AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| SHOLEM WEISNER | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-02862 |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date: 05/04/2020

_Attorney's signature_

Kevin X. McGann, NYSB No. 2842425
*Printed name and bar number*

Fenwick & West LLP
902 Broadway, Suite 14
New York, New York 10010

*Address*

kmcgann@fenwick.com
*E-mail address*

(212) 430-2600
*Telephone number*

(650) 938-5200
*FAX number*