AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SHOLEM WEISNER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-cv-02862 |
| GOOGLE LLC | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Google LLC.

Date: 05/04/2020

*Attorney's signature*

Scott D. Baker, NYSB No. 5690292
*Printed name and bar number*

Fenwick & West LLP
902 Broadway, Suite 14
New York, New York 10010
*Address*

sbaker@fenwick.com
*E-mail address*

(212) 430-2600
*Telephone number*

(650) 938-5200
*FAX number*