UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER,<br><br>                               Plaintiff,<br><br>                               v.<br><br>GOOGLE LLC and SHMUEL NEMANOV,<br><br>                               Defendants. | Civil Action No. 20-cv-02862-AKH<br><br><u>**NOTICE OF APPEARANCE**</u> |

I respectfully submit an appearance in this case as counsel for Defendant/Involuntary Party Shmuel Nemanov.

                                                Respectfully submitted,
                                                **STERN & SCHURIN LLP**

                                                By:

                                                */s/ Steven Stern*
                                                Steven Stern
                                                sstern@sternschurin.com
                                                595 Stewart Avenue
                                                Suite 510
                                                Garden City, NY 11530
                                                Telephone: (516) 248-0300
                                                Facsimile: (516) 283-0277

                                                *Attorney for Defendant*

Dated: July 14, 2020
        Garden City, New York