**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SHOLEM WEISNER,

                    Plaintiff,

          v.

GOOGLE LLC and SHMUEL NEMANOV,

                    Defendant and Involuntary
                    Party.

Civil Action No. 20-cv-02862-AKH

<u>NOTICE OF APPEARANCE</u>

I respectfully submit an appearance in this case as counsel for Involuntary Party

Shmuel Nemanov.

Respectfully submitted,
**STERN & SCHURIN LLP**

By:

*Penina Green*
Penina Green
pgreen@sternschurin.com
595 Stewart Avenue
Suite 510
Garden City, NY 11530
Telephone: (516) 248-0300
Facsimile: (516) 283-0277

*Attorney for Involuntary Party*

Dated: August 14, 2020
          Garden City, New York