| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|
| SHOLEM WEISNER,<br><br>　　　　　Plaintiff,<br>-against-<br><br>GOOGLE LLC and SHMUEL NEMANOV,<br><br>　　　　　Defendant and Involuntary Party. | Case No.: 20-cv-02862- AKH<br><br>**NOTICE OF CROSS-MOTION**<br>(AND OPPOSITION TO INVOLUNTARY PARTY NEMANOV'S MOTION TO REALIGN THE PARTIES (ECF #s 28-30) |

**PLEASE TAKE NOTICE**, that upon the Affirmation of Sholem Weisner, affirmed August 26, 2020, Affirmation of Jacob Ginsburg, affirmed August 27, 2020, Memorandum of Law, and upon the annexed Exhibits "A" through "L", submitted herewith, and upon all the papers, records on file in this action, and proceedings heretofore had herein, all matters of which the Court may take judicial notice, and any other argument or evidence that may be presented in support of this Cross-Motion, through the undersigned counsel, Plaintiff Sholem Weisner, will Cross-Move this Court before the Honorable Alvin K. Hellerstein at the United States District Courthouse for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, pursuant to SDNY Local Rule 7.1(b) and other applicable law, at a date and time to be determined by the Court for an Order granting the following relief:

a)　　for an Order confirming Involuntary Party Nemanov is not a Fed. R. Civ. Pro. Rule 19 Necessary Party, need not be named in the First Amended Complaint and may be

1

dismissed/removed from the First Amended Complaint, or any amendment thereof, or alternatively,

b) that if arguendo Nemanov was a Rule 19(a) Necessary Party, he should be realigned if at all as an Involuntary Plaintiff.

c) Such other and further relief as the Court may seem just and equitable.

**PLEASE TAKE FURTHER NOTICE** that Answering Affidavits, if any, shall be served and filed pursuant to SDNY LR 6.1(b)(2).

| | |
|---|---|
| Dated: Monsey, New York<br>August 27, 2020 | Respectfully submitted.<br><br>JACOB GINSBURG, ESQ. PLLC<br><br>  /s/Jacob Ginsburg  <br>By: Jacob Ginsburg, Esq.<br>One Concord Drive<br>Monsey, NY 10952<br>(845) 371-1914<br>Attorney for Plaintiff<br>email: jg@jacobginsburglaw.com |

Via ECF To:

All Counsel of Record

2