# EXHIBIT D

Case Caption:  **SHOLEM WEISNER v. SHMUEL NEMANOV et al**
Judge Name:   **Leon Ruchelsman (Pt. 16)**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT<br>S VC .s | Processed | 01/29/2020 | Ginsburg, J. |
| 2 | EXHIBIT(S)<br>Exhibit A  07.09.19 W N Agreement | Processed | 01/29/2020 | Ginsburg, J. |
| 3 | EXHIBIT(S)<br>Exhibit B redacted C&D ltr to third party | Processed | 01/29/2020 | Ginsburg, J. |
| 4 | ORDER TO SHOW CAUSE - ACCOMPANYING COMMENCEMENT DOC(S) (PROPOSED)<br>SW OSC | Processed | 01/29/2020 | Ginsburg, J. |
| 5 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>E-Aff SW 1.28.(1.2) .s | Processed | 01/29/2020 | Ginsburg, J. |
| 6 | EXHIBIT(S)<br>Exhibit A  07.09.19 W N Agreement | Processed | 01/29/2020 | Ginsburg, J. |
| 7 | EXHIBIT(S)<br>Exhibit B redacted C&D ltr to third party | Processed | 01/29/2020 | Ginsburg, J. |
| 8 | EXHIBIT(S)<br>Exhibit C 1.1.20 email | Processed | 01/29/2020 | Ginsburg, J. |
| 9 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>JG SW E Affirmation - 22 NYCRR  202 7(f) | Processed | 01/29/2020 | Ginsburg, J. |
| 10 | EXHIBIT(S)<br>Exhibit A  07.09.19 W N Agreement | Processed | 01/29/2020 | Ginsburg, J. |
| 11 | EXHIBIT(S)<br>Exhibit B redacted C&D ltr to third party | Processed | 01/29/2020 | Ginsburg, J. |
| 12 | EXHIBIT(S)<br>Exhibit C 1.1.20 email | Processed | 01/29/2020 | Ginsburg, J. |
| 13 | EXHIBIT(S)<br>Exhibit D SW 24 hour notice ltr recpts | Processed | 01/29/2020 | Ginsburg, J. |
| 14 | EXHIBIT(S)<br>Exhibit E VC | Processed | 01/29/2020 | Ginsburg, J. |
| 15 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 01/29/2020 | Ginsburg, J. |
| 16 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 01/29/2020 | Ginsburg, J. |
| 17 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>E-Aff #4 SW 2.10.20 clean ok .s | Processed | 02/10/2020 | Ginsburg, J. |
| 18 | EXHIBIT(S)<br>E-Aff #4 SW 2.10.20 clean ok .s | Processed | 02/10/2020 | Ginsburg, J. |
| 19 | EXHIBIT(S)<br>Ex.B #10 (Ex A 07.09.19 W N Agree) | Processed | 02/10/2020 | Ginsburg, J. |
| 20 | EXHIBIT(S)<br>Ex.C Email Trail Pltf Lonuzzi | Returned For Correction | 02/10/2020 | Ginsburg, J. |
| 21 | EXHIBIT(S)<br>Ex.D Email Trail Ct. Atty Kagan, Ginzy,Lonuzzi Stirgeil | Processed | 02/10/2020 | Ginsburg, J. |
| 22 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP | Processed | 02/10/2020 | Ginsburg, J. |


| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| | JG SW E Affirmation Supp | | | |
| 23 | EXHIBIT(S)<br>Ex.A Email Trail (1-24) | Processed | 02/10/2020 | Ginsburg, J. |
| 24 | EXHIBIT(S)<br>Ex.B #10 (Ex A 07.09.19 W N Agree) | Processed | 02/10/2020 | Ginsburg, J. |
| 25 | EXHIBIT(S)<br>Ex.C Email Trail Pltf Lonuzzi | Returned For Correction | 02/10/2020 | Ginsburg, J. |
| 26 | EXHIBIT(S)<br>Ex.D Email Trail Ct. Atty Kagan, Ginzy,Lonuzzi Stirgeil | Processed | 02/10/2020 | Ginsburg, J. |
| 27 | MEMORANDUM OF LAW IN SUPPORT<br>SW Supp MOL TRO OSC 1.0 | Processed | 02/10/2020 | Ginsburg, J. |
| 28 | EXHIBIT(S)<br>Ex.A Email Trail (1-24) | Processed | 02/10/2020 | Ginsburg, J. |
| 29 | EXHIBIT(S)<br>Ex.B #10 (Ex A 07.09.19 W N Agree) | Processed | 02/10/2020 | Ginsburg, J. |
| 30 | EXHIBIT(S)<br>Ex.C Email Trail Pltf Lonuzzi | Returned For Correction | 02/10/2020 | Ginsburg, J. |
| 31 | EXHIBIT(S)<br>Ex.D Email Trail Ct. Atty Kagan, Ginzy,Lonuzzi Stirgeil | Processed | 02/10/2020 | Ginsburg, J. |
| 32 | LETTER / CORRESPONDENCE TO JUDGE<br>ltr JR 3.2.20 | Processed | 03/02/2020 | Ginsburg, J. |
| 33 | EXHIBIT(S)<br>Ex.A Email and Txt 1-10 | Processed | 03/02/2020 | Ginsburg, J. |
| 34 | DECISION + ORDER ON MOTION | Processed | 05/04/2020 | Court User |
| 35 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 06/12/2020 | Ginsburg, J. |
| 36 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS Katan | Processed | 06/25/2020 | Ginsburg, J. |
| 37 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS Nemanov Kings County Sup. | Processed | 07/03/2020 | Ginsburg, J. |