# EXHIBIT E

# AFFIDAVIT OF SERVICE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
Index No. **502269/2020**
Affidavit of Service of:
**NOTICE OF ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT WITH EXHIBITS**
**SHOLEM WEISNER,**

Plaintiff(s),

-against-

**SHMUEL NEMANOV, ET AL,**

Defendant(s).

State of New York, County of New York,    ss:

IVAN GREGG being duly sworn, deposes and says that deponent is not a party to the action or proceeding, is over 18 years of age and resides in Bronx County

That on **JUNE 24, 2020** at **7:11 AM** at **1361 ST. JOHN'S PLACE, APARTMENT 1B, BROOKLYN, NEW YORK 11213** Deponent served the **NOTICE OF ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT WITH EXHIBITS** on the Defendant **SHMUEL NEMANOV**

by affixing a true copy of each to the door of said premises, which is **SHMUEL NEMANOV's** place of **DWELLING** within the state. Deponent was unable, with due diligence to find **SHMUEL NEMANOV** or a person of suitable age and discretion, thereat, having called there
1. JUNE 22, 2020 AT 12:45 PM
2. JUNE 23, 2020 AT 6:53 PM
3. JUNE 24, 2020 AT 7:11 AM

On June 22, 2020, Deponent spoke with a representative of Dougert Management Corp., the company that manages 1361 St. John's Place, at (718) 828-5388, who confirmed that Shmuel Nemanov resides in Apartment 1B.

On June 25, 2020, deponent enclosed a copy of the **NOTICE OF ELECTRONIC FILING, SUMMONS AND VERIFIED COMPLAINT WITH EXHIBITS** in a first class postpaid envelope properly addressed to **SHMUEL NEMANOV** at his **LAST KNOWN RESIDENCE** at **1361 ST. JOHN'S PLACE, APARTMENT 1B, BROOKLYN, NEW YORK 11213**, and deposited said documents in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant.

Ivan Gregg
Process Server
License No. 2072478

Sworn to before me on July 3, 2020

MARK SANDSTROM
Notary Public - State of New York
No. 01SA4893767
Qualified In Rockland County
My Commission Expires May 26, 2023