# EXHIBIT K

I Shmuel Nemanov consent to be named and joined as a plaintiff in the pending action captioned Sholem Weisner v. Google LLC (S.D.N.Y. 1:20- CV-02860) at my cost.

Dated: 0606 2020

Signed: _____
Shmuel Nemanov