UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER,<br><br>                    Plaintiff,<br><br>     v.<br><br>GOOGLE LLC and SHMUEL NEMANOV,<br><br>                    Defendant and<br>                    Involuntary Party. | Civil Action No. 20-cv-02862-AKH<br><br>ECF CASE |

**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR
INVOLUNTARY PARTY SHMUEL NEMANOV**

**PLEASE TAKE NOTICE THAT,** upon the accompanying Declaration of Steven Stern and Memorandum of Law, Steven Stern and the attorneys of STERN & SCHURIN LLP who have appeared in this case will move pursuant to Local Rule 1.4 for leave to withdraw as counsel for Involuntary Party, Shmuel Nemanov, at a time and place to be determined by the Court.

Any papers in opposition must be served in accordance with the Local Rules of the Southern District of New York or as directed by the Court.

STERN & SCHURIN LLP

By: _/s/ Steven Stern_
Steven Stern (SS 5203)
  sstern@sternschurin.com
Richard Schurin (RS 0199)
  rschurin@sternschurin.com
*Attorneys for Shmuel Nemanov*
595 Stewart Avenue
Suite 510
Garden City, New York 11530
Telephone: (516) 248-0300
Facsimile: (516) 283-0277

1

Dated: Garden City, New York
      September 3, 2020