```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SHOLEM WEISNER,                                                :
                                                               :   ORDER
                              Plaintiff,                       :
         v.                                                    :   20 Civ. 2862 (AKH)
                                                               :
GOOGLE LLC,                                                    :
                                                               :
                              Defendant.                       :
                                                               :
-------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Counsel for involuntary party Shmuel Nemanov moves, with Nemanov's consent, to withdraw in light of a conflict of interest that recently became apparent. Nemanov also moves for extensions of certain deadlines on pending motions, in part to give him time to secure new counsel. I rule as follows:

1. The motion for Stern & Schurin LLP to withdraw as counsel (ECF No. 41) is granted.

2. Any oppositions to Google LLC's ("Google") motion to dismiss (ECF No. 34) shall be filed by October 13, 2020. Google's reply shall be filed by November 20, 2020.

3. Any oppositions to Weisner's motion for declaratory judgment (ECF No. 36) shall be filed by October 13, 2020. Weisner's reply shall be filed by November 20, 2020.

4. Nemanov's reply in support of his motion to realign parties (ECF No. 28) shall be filed by October 13, 2020.

2

        The Clerk is directed to terminate the open motions at ECF Nos. 41 and 46 and to terminate Stern & Schurin LLP as counsel of record for Shmuel Nemanov.

        SO ORDERED.

| | |
|---|---|
| Dated: | September 10, 2020<br>New York, New York |

                                                                            /s/ Alvin K. Hellerstein
                                                                        ALVIN K. HELLERSTEIN
                                                                        United States District Judge