UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER,<br><br>                Plaintiff,<br><br>    v.<br><br>GOOGLE LLC and SHMUEL NEMANOV,<br><br>                Defendant and Involuntary Party. | Case No.  1:20-cv-02862-AKH<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Allen Wang for admission to practice *Pro Hac Vice* in the above-captioned action is granted.  Movant has declared that he is a member in good standing of the bar of the State of California, and that his contact information is as follows:

> Allen Wang
> allen.wang@fenwick.com
> **FENWICK & WEST LLP**
> 801 California Street
> Mountain View, CA 94041
> Telephone:     650.988.8500
> Facsimile:      650.938.5200

Movant has requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Google LLC in the above-captioned action.

**IT IS HEREBY ORDERED** that Movant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:  September 10, 2020                    /s/ Alvin K. Hellerstein
                                                                   HONORABLE ALVIN K. HELLERSTEIN
                                                                   United States District Judge