| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| SHOLEM WEISNER,<br><br>    Plaintiff,<br>-against-<br><br>GOOGLE LLC and SHMUEL NEMANOV,<br><br>    Defendant and Involuntary Party. | Case No.:  20-cv-02862- AKH |

## DECLARATION OF JACOB GINSBURG

  Jacob Ginsburg, affirms under the penalties of perjury, pursuant to 28 U.S.C. §1746 as follows:

1. I am an attorney duly admitted to practice before this Court. I am a member of the law office of Jacob Ginsburg, Esq. PLLC the attorney for Plaintiff herein.

2. I make this this Affirmation in Reply to Google's Opposition (ECF #50) to Plaintiff's Cross-Motion and Opposition (ECF #s 36-39) to Nemanov's Motion to Realign (ECF #s 28-30 "Nemanov's Motion").

3. I make this this Affirmation in further support of Plaintiff's Cross-Motion ("Cross-Motion"):

a) for an Order confirming Involuntary Party Nemanov is not a Fed. R. Civ. Pro. Rule 19 Necessary Party, need not be named in the First Amended Complaint and may be dismissed/removed from the First Amended Complaint, or any amendment thereof, or alternatively,

1

b) that if arguendo Nemanov was a Rule 19(a) Necessary Party, he should be realigned if at all as an Involuntary Plaintiff.

4.  Annexed hereto in support of are true and correct copies of the following documents:

| Exhibit A | Plaintiff's State Court Affirmation |
| Exhibit B | State Court NYSCEF Docket |

**WHEREFORE**, based upon the foregoing, and for the reasons stated in Plaintiff's Reply Memorandum of Law, and all other papers filed in support of Plaintiff's Cross-Motion and Opposition, Plaintiff respectfully requests that the Court overrule Google's Objection to Plaintiff's Cross-Motion and grant Plaintiff's Cross-Motion in its entirety; such other and further relief as to this Court is just and proper.

Dated:   November 19, 2020            /s/Jacob Ginsburg
         Monsey, New York             Jacob Ginsburg