# EXHIBIT B

Case Caption: **SHOLEM WEISNER v. SHMUEL NEMANOV et al**
Judge Name: **Leon Ruchelsman (Pt. 16)**

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 1 | SUMMONS + COMPLAINT<br>S VC .s | Processed | 01/29/2020 | Ginsburg, J. |
| 2 | EXHIBIT(S)<br>Exhibit A 07.09.19 W N Agreement | Processed | 01/29/2020 | Ginsburg, J. |
| 3 | EXHIBIT(S)<br>Exhibit B redacted C&D ltr to third party | Processed | 01/29/2020 | Ginsburg, J. |
| 4 | ORDER TO SHOW CAUSE - ACCOMPANYING COMMENCEMENT DOC(S) (PROPOSED)<br>SW OSC | Processed | 01/29/2020 | Ginsburg, J. |
| 5 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>E-Aff SW 1.28.(1.2) .s | Processed | 01/29/2020 | Ginsburg, J. |
| 6 | EXHIBIT(S)<br>Exhibit A 07.09.19 W N Agreement | Processed | 01/29/2020 | Ginsburg, J. |
| 7 | EXHIBIT(S)<br>Exhibit B redacted C&D ltr to third party | Processed | 01/29/2020 | Ginsburg, J. |
| 8 | EXHIBIT(S)<br>Exhibit C 1.1.20 email | Processed | 01/29/2020 | Ginsburg, J. |
| 9 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>JG SW E Affirmation - 22 NYCRR 202 7(f) | Processed | 01/29/2020 | Ginsburg, J. |
| 10 | EXHIBIT(S)<br>Exhibit A 07.09.19 W N Agreement | Processed | 01/29/2020 | Ginsburg, J. |
| 11 | EXHIBIT(S)<br>Exhibit B redacted C&D ltr to third party | Processed | 01/29/2020 | Ginsburg, J. |
| 12 | EXHIBIT(S)<br>Exhibit C 1.1.20 email | Processed | 01/29/2020 | Ginsburg, J. |
| 13 | EXHIBIT(S)<br>Exhibit D SW 24 hour notice ltr recpts | Processed | 01/29/2020 | Ginsburg, J. |
| 14 | EXHIBIT(S)<br>Exhibit E VC | Processed | 01/29/2020 | Ginsburg, J. |
| 15 | RJI -RE: ORDER TO SHOW CAUSE | Processed | 01/29/2020 | Ginsburg, J. |
| 16 | ADDENDUM - COMMERCIAL DIVISION (840C) | Processed | 01/29/2020 | Ginsburg, J. |
| 17 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF PROPOSED OSC/EXPARTE APP<br>E-Aff #4 SW 2.10.20 clean ok .s | Processed | 02/10/2020 | Ginsburg, J. |

Case 1:20-cv-02862-AKH   Document 57-3   Filed 11/19/20   Page 3 of 6

NYSCEF
Kings County Supreme Court

**Document List**
Index #   502269/2020

Created on:11/19/2020 10:04 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| | JG SW E Affirmation Supp | | | |
| 23 | EXHIBIT(S)<br>Ex.A Email Trail (1-24) | Processed | 02/10/2020 | Ginsburg, J. |
| 24 | EXHIBIT(S)<br>Ex.B #10 (Ex A 07.09.19 W N Agree) | Processed | 02/10/2020 | Ginsburg, J. |
| 25 | EXHIBIT(S)<br>Ex.C Email Trail Pltf Lonuzzi | Returned For Correction | 02/10/2020 | Ginsburg, J. |
| 26 | EXHIBIT(S)<br>Ex.D Email Trail Ct. Atty Kagan, Ginzy,Lonuzzi Stirgeil | Processed | 02/10/2020 | Ginsburg, J. |
| 27 | MEMORANDUM OF LAW IN SUPPORT<br>SW Supp MOL TRO OSC 1.0 | Processed | 02/10/2020 | Ginsburg, J. |
| 28 | EXHIBIT(S)<br>Ex.A Email Trail (1-24) | Processed | 02/10/2020 | Ginsburg, J. |
| 29 | EXHIBIT(S)<br>Ex.B #10 (Ex A 07.09.19 W N Agree) | Processed | 02/10/2020 | Ginsburg, J. |
| 30 | EXHIBIT(S)<br>Ex.C Email Trail Pltf Lonuzzi | Returned For Correction | 02/10/2020 | Ginsburg, J. |
| 31 | EXHIBIT(S)<br>Ex.D Email Trail Ct. Atty Kagan, Ginzy,Lonuzzi Stirgeil | Processed | 02/10/2020 | Ginsburg, J. |
| 32 | LETTER / CORRESPONDENCE TO JUDGE<br>ltr JR 3.2.20 | Processed | 03/02/2020 | Ginsburg, J. |
| 33 | EXHIBIT(S)<br>Ex.A Email and Txt 1-10 | Processed | 03/02/2020 | Ginsburg, J. |
| 34 | DECISION + ORDER ON MOTION | Processed | 05/04/2020 | Court User |
| 35 | AFFIRMATION/AFFIDAVIT OF SERVICE | Processed | 06/12/2020 | Ginsburg, J. |
| 36 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS Katan | Processed | 06/25/2020 | Ginsburg, J. |
| 37 | AFFIRMATION/AFFIDAVIT OF SERVICE<br>AOS Nemanov Kings County Sup. | Processed | 07/03/2020 | Ginsburg, J. |
| 38 | ANSWER WITH COUNTER-CLAIM(S) | Processed | 09/03/2020 | Spirgel, S. |
| 39 | NOTICE OF MOTION | Processed | 09/03/2020 | Spirgel, S. |
| 40 | AFFIDAVIT OR AFFIRMATION IN SUPPORT OF MOTION | Processed | 09/03/2020 | Spirgel, S. |
| 41 | EXHIBIT(S) | Processed | 09/03/2020 | Spirgel, S. |

Case 1:20-cv-02862-AKH   Document 57-3   Filed 11/19/20   Page 4 of 6

NYSCEF
Kings County Supreme Court

**Document List**
Index # 502269/2020

Created on: 11/19/2020 10:04 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 46 | NOTICE OF REJECTION<br>Ntc Rejection | Processed | 09/04/2020 | Ginsburg, J. |
| 47 | EXHIBIT(S)<br>Ex.A Luri, K n Nem filed aos | Processed | 09/04/2020 | Ginsburg, J. |
| 48 | EXHIBIT(S)<br>Ex.B ltr SS 9.4.20 | Processed | 09/04/2020 | Ginsburg, J. |
| 49 | EXHIBIT(S)<br>Ex.C #38 Ans CCs | Processed | 09/04/2020 | Ginsburg, J. |
| 50 | NOTICE OF CROSS-MOTION<br>0. Ntc C-Motion SW 9.17.20 | Processed | 09/17/2020 | Ginsburg, J. |
| 51 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION<br>1. SW Aff 9.16.20 (1.0) | Processed | 09/17/2020 | Ginsburg, J. |
| 52 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION<br>1.0 AOM Shalom Weisner 9.15.20 (1.0) | Processed | 09/17/2020 | Ginsburg, J. |
| 53 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION<br>2. JG Affirm, and Aff. Regularity 1.0 | Processed | 09/17/2020 | Ginsburg, J. |
| 54 | EXHIBIT(S)<br>Ex.A #1 S Verified Comp | Processed | 09/17/2020 | Ginsburg, J. |
| 55 | EXHIBIT(S)<br>Ex.B #2 Ex.A 07.09.19 Agreement | Processed | 09/17/2020 | Ginsburg, J. |
| 56 | EXHIBIT(S)<br>Ex.C #5 EAff SW | Processed | 09/17/2020 | Ginsburg, J. |
| 57 | EXHIBIT(S)<br>Ex.D #17 E-Aff #4 SW 2.10.20 | Processed | 09/17/2020 | Ginsburg, J. |
| 58 | EXHIBIT(S)<br>Ex.E 7.24.19 SW to K. B & Z | Processed | 09/17/2020 | Ginsburg, J. |
| 59 | EXHIBIT(S)<br>Ex.F 8.19.19 W. Wach.-Katan | Processed | 09/17/2020 | Ginsburg, J. |
| 60 | EXHIBIT(S)<br>Ex.G 12.09.19 Luria OA N & Katan | Processed | 09/17/2020 | Ginsburg, J. |
| 61 | EXHIBIT(S)<br>Ex.H 12.31.19 A&R OA Luria | Processed | 09/17/2020 | Ginsburg, J. |
| 62 | EXHIBIT(S)<br>Ex.I 3.3.30 Transc. HG | Processed | 09/17/2020 | Ginsburg, J. |
| 63 | EXHIBIT(S)<br>Ex.J #35 AOS Luria | Processed | 09/17/2020 | Ginsburg, J. |
| 64 | EXHIBIT(S) | Processed | 09/17/2020 | Ginsburg, J. |

Case 1:20-cv-02862-AKH   Document 57-3   Filed 11/19/20   Page 5 of 6

NYSCEF
Kings County Supreme Court

Document List
Index #  502269/2020

Created on:11/19/2020 10:04 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 69 | EXHIBIT(S)<br>Ex.P #23 SDNY AOS Nemanov | Processed | 09/17/2020 | Ginsburg, J. |
| 70 | EXHIBIT(S)<br>Ex.Q Luri, K n Nem filed aos | Processed | 09/17/2020 | Ginsburg, J. |
| 71 | EXHIBIT(S)<br>Ex.R #30 Memo of Law | Processed | 09/17/2020 | Ginsburg, J. |
| 72 | EXHIBIT(S)<br>Ex.S #29 Green Aff | Processed | 09/17/2020 | Ginsburg, J. |
| 73 | EXHIBIT(S)<br>Ex.T #39 MOL Cross Mtn | Processed | 09/17/2020 | Ginsburg, J. |
| 74 | EXHIBIT(S)<br>Ex.U #49 J. Hellerstein Order 9.10.10 | Processed | 09/17/2020 | Ginsburg, J. |
| 75 | EXHIBIT(S)<br>Ex.V #50, 52-1 Google Objection | Processed | 09/17/2020 | Ginsburg, J. |
| 76 | EXHIBIT(S)<br>Ex.W #48-1 Ex.A tr SS 9.4.20 | Processed | 09/17/2020 | Ginsburg, J. |
| 77 | EXHIBIT(S)<br>Ex.X #46-49  Ntc Rejection | Processed | 09/17/2020 | Ginsburg, J. |
| 78 | EXHIBIT(S)<br>Ex.Y #27 SW Supp MOL | Processed | 09/17/2020 | Ginsburg, J. |
| 79 | EXHIBIT(S)<br>Ex.Z #28 Ex.A,C,D Email Trail | Processed | 09/17/2020 | Ginsburg, J. |
| 80 | MEMORANDUM IN OPPOSITION TO MOTION AND IN SUPPORT OF CROSS-MOTION<br>SW  MOL 9.17.20 1.0 | Processed | 09/17/2020 | Ginsburg, J. |
| 81 | REPLY TO COUNTERCLAIM(S)<br>SW Reply 1.0..pdf | Processed | 09/22/2020 | Ginsburg, J. |
| 82 | LETTER / CORRESPONDENCE TO JUDGE<br>ltr JR 9.29.20 | Pending | 09/29/2020 | Ginsburg, J. |
| 83 | AFFIDAVIT OR AFFIRMATION IN OPPOSITION TO CROSS-MOTION AND IN FURTHER SUPPORT OF MOTION | Processed | 10/26/2020 | Spirgel, S. |
| 84 | MEMORANDUM OF LAW IN OPPOSITION TO CROSS-MOTION AND IN FURTHER SUPPORT OF MOTION | Processed | 10/26/2020 | Spirgel, S. |
| 85 | NOTICE OF REJECTION<br>Ntc Rejection 10.27.20 | Processed | 10/27/2020 | Ginsburg, J. |
| 86 | EXHIBIT(S) | Processed | 10/27/2020 | Ginsburg, J. |

Case 1:20-cv-02862-AKH   Document 57-3   Filed 11/19/20   Page 6 of 6

NYSCEF
Kings County Supreme Court

**Document List**
Index # **502269/2020**

Created on:11/19/2020 10:04 PM

| Doc# | Document Type/Information | Status | Date Received | Filed By |
|---|---|---|---|---|
| 90 | EXHIBIT(S)<br>Ex.A #48 n 48-1 ltr Judge Hellerstein 9.10.20 | Processed | 11/11/2020 | Ginsburg, J. |
| 91 | EXHIBIT(S)<br>Ex.B SDNY Dkt thru #55 | Processed | 11/11/2020 | Ginsburg, J. |