UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SHOLEM WEISNER,

         **Plaintiff,**

         **v.**

GOOGLE LLC and SHMUEL NEMANOV,

         **Defendant and Involuntary Party.**
-----------------------------------------------------------------X

Civil Action No.
20 Civ. 2862(AKH)

# NOTICE OF APPEARANCE OF MAX MOSKOWITZ

    PLEASE TAKE NOTICE that Max Moskowitz hereby appears as counsel in this action for Plaintiff Sholem Weisner.  I certify that I am admitted to practice in this court.

Dated:  December 29, 2020
      New York, New York

Respectfully submitted,

  s/ Max Moskowitz
Max Moskowtiz
mmoskowitz@ostrolenk.com
Ostrolenk Faber LLP
845 Third Avenue
New York, New York 10022
Tel: 212-382-0700
Fax: 212-382-0888

*Attorneys for Plaintiff*

{02615443.1}

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December 29, 2020, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be served on all counsel of record via the Court's ECF filing system pursuant to Federal and local rules.

> s/ Max Moskowitz
> Max Moskowtiz
> mmoskowitz@ostrolenk.com
> Ostrolenk Faber LLP
> 845 Third Avenue
> New York, New York 10022
> Tel: 212-382-0700
> Fax: 212-382-0888

{02615443.1}