EXHIBIT A

'202 Patent

Case 1:20-cv-02862-AKH   Document 79-1   Filed 01/29/21   Page 2 of 56

US010380202B2

(12) **United States Patent**

Weisner et al.

(10) Patent No.: **US 10,380,202 B2**

(45) **Date of Patent:** **Aug. 13, 2019**

(54) **PHYSICAL LOCATION HISTORY WITH URL AND POSITIONING SYSTEM**

(71) Applicants: **Sholem Weisner**, New York, NY (US); **Shmuel Nemanov**, New York, NY (US)

(72) Inventors: **Sholem Weisner**, New York, NY (US); **Shmuel Nemanov**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **16/175,876**

(22) Filed: **Oct. 31, 2018**

(65) **Prior Publication Data**

US 2019/0087493 A1 Mar. 21, 2019

**Related U.S. Application Data**

(63) Continuation of application No. 11/811,165, filed on Jun. 7, 2007, now Pat. No. 10,146,871, which is a continuation-in-part of application No. 11/729,798, filed on Mar. 27, 2007, now abandoned.

(51) **Int. Cl.**
 **G06F 16/951** (2019.01)

(52) **U.S. Cl.**
 CPC .................................. **G06F 16/951** (2019.01)

(58) **Field of Classification Search**
 CPC ................................................... G06F 16/951
 See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,321,158 B1 | 11/2001 | Delorme et al. | |
| 6,442,263 B1 | 8/2002 | Beaton | |
| 6,832,218 B1 | 12/2004 | Emens et al. | |
| 6,976,032 B1 * | 12/2005 | Hull ....................... | G06Q 10/10 |
| 6,998,985 B2 | 2/2006 | Reisman | |
| 7,191,220 B2 | 3/2007 | Ohwa | |
| 7,693,752 B2 | 4/2010 | Jaramillo | |
| 8,086,605 B2 | 12/2011 | Xu et al. | |
| 8,122,013 B1 * | 2/2012 | Qian ....................... | G06Q 30/00 |
| | | | 707/722 |

(Continued)

OTHER PUBLICATIONS

Aalto, L., Gothlin, N., Korhonen, J. and Ojala, T. "Bluetooth and WAP Push based Location-Aware Mobile Advertising System", MobiSys '04, Jun. 6-9, 2004, Boston, Mass., USA.

*Primary Examiner* — Jason D Recek

(74) *Attorney, Agent, or Firm* — Mark M. Friedman

(57) **ABSTRACT**

A personalized way to digitally record a person's physical activities over time serves web searching, business advertising, nostalgia, security and object tracing purposes. The chronological digital history of the person's physical presence over a time includes (i) digital network entries from other members who hold their portable wireless short range device near the person's device and transmit a URL or other key data and (ii) digital member entries such a digital photograph of a store sign. The digital network entries and digital member entries are automatically transmitted to a database located on a telecommunications network at a time of entry. Advertisers can transmit to members when members enter premises of advertiser's store. Upon sign-up online, the authentication data uniquely associated with an account is provided and key data they want to transmit is associated with the account. Digital histories can be used to improve web searching and networking opportunities.

**19 Claims, 10 Drawing Sheets**



**US 10,380,202 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 8,566,602 | B2 | 10/2013 | Aaron | |
| 9,456,051 | B2 | 9/2016 | Aaron | |
| 2001/0039546 | A1 | 11/2001 | Moore et al. | |
| 2002/0103865 | A1 | 8/2002 | Lilly | |
| 2002/0128905 | A1 | 9/2002 | Gillman et al. | |
| 2003/0060212 | A1* | 3/2003 | Thomas | H04W 4/02 |
| | | | | 455/456.1 |
| 2004/0248569 | A1 | 12/2004 | Kondou et al. | |
| 2005/0038876 | A1 | 2/2005 | Chaudhuri | |
| 2005/0043990 | A1 | 2/2005 | Powers | |
| 2005/0073443 | A1 | 4/2005 | Sheha et al. | |
| 2005/0075119 | A1* | 4/2005 | Sheha | G01C 21/26 |
| | | | | 455/456.6 |
| 2005/0085188 | A1 | 4/2005 | Ishii et al. | |
| 2005/0102233 | A1* | 5/2005 | Park | G06Q 20/16 |
| | | | | 705/44 |
| 2005/0136949 | A1 | 6/2005 | Barnes, Jr. | |
| 2006/0036960 | A1 | 2/2006 | Loui | |
| 2006/0039030 | A1 | 2/2006 | Peterschmidt | |
| 2006/0071798 | A1 | 4/2006 | Kiff et al. | |
| 2006/0085347 | A1 | 4/2006 | Yiachos | |
| 2006/0090067 | A1 | 4/2006 | Edmonds | |
| 2006/0220879 | A1 | 10/2006 | Chan | |
| 2007/0008321 | A1 | 1/2007 | Gallagher et al. | |
| 2007/0156446 | A1 | 7/2007 | Jolly et al. | |
| 2007/0179356 | A1 | 8/2007 | Wessel | |
| 2008/0010131 | A1 | 1/2008 | Bridges et al. | |
| 2008/0083825 | A1 | 4/2008 | Yang et al. | |
| 2008/0182588 | A1 | 7/2008 | Aaron | |
| 2008/0244006 | A1* | 10/2008 | Weisner | G06F 16/951 |
| | | | | 709/204 |

* cited by examiner



FIG. 1



**FIG. 2**



FIG. 3



FIG. 3a



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9

US 10,380,202 B2

**1**

# PHYSICAL LOCATION HISTORY WITH URL AND POSITIONING SYSTEM

## FIELD OF THE INVENTION

The field of the present invention is the accumulation of a digital record of a person's physical presence across time, i.e. a "leg history", and more particularly, such a digital leg history that includes data from members of a network as well as data from images obtained unilaterally by the person.

## BACKGROUND OF THE INVENTION AND DISCUSSION OF THE PRIOR ART

When a person/user surfs the world wide web, the user's browser maintains a surf history. For example, AOL® has an arrow next to the URL window that when clicked opens up a drop-down menu of previously visited web sites. Internet Explorer® has a more extensive search history feature that allows you to see all sites visited by someone at the computer on a certain date as well as a list of the most visited sites. It allows the user to search the list of sites. These surf histories or lists of previously visited web sites are lists of places that exist only in cyberspace and which the user has visited. Also, often the sites visited are gigantic sites that tens of millions of people visit per day or week and hence do not characterize the life of the person very much. Knowing that a person visited google.com no more tells you about that person's personality, life, uniqueness than would knowing that the person passed through a major intersection in Manhattan. Consequently, surf history lists cannot be said to meaningfully characterize the life of the user during a particular period of time. It could not provide a person reviewing their own history with the satisfaction, nostalgia and practical value associated with a digital leg history that meaningfully characterizes that person's life and past physical activities.

Some of the data that a person may wish to include in his digital leg history is data that exists handily on the electronic transmission device of another person he encounters and concerns that other person. There are also known methods of transferring data objects between portable electronic devices using short-range wireless communication methods, such as described in United States Patent Application Publication No. US 2005/0085188 to Ishii et al. entitled Method for Transferring Data Objects Between Portable Devices. The prior art, however, does not disclose using such transmission in the context of an overall digital leg history, especially not in the manner described more fully below.

Although there also exists various ways of recording events in one's life in digital form, see, e.g., U.S. Patent Application Publication No. US 2007/0008321 to Gallagher et al. entitled Identifying Collection Images With Special Events, the prior art does not teach the idea of a digital leg history with the characteristics and advantages described more fully below.

In addition, it is believed that in the not too distant future the distinction between business and individuals may be blurred since everyone will have a URL. This will also blur the distinction between advertisements and URLs since a person or business will be able to simply point a person to its or their URL and the web site located there will function as an advertisement

There is compelling need to have data on the location and activities, past and present, of individuals. Such monitoring for security and police purposes raises "big brother" concerns. Even if such concerns can be met in various ways,

**2**

empirically people may be severely reluctant to voluntarily submit to such monitoring unless the ability to monitor arose out of natural activities that people enjoyed doing. Accordingly, it is very useful to be able to have a digital leg history that people can use to sit back and review their life history in a novel and interesting way. Furthermore, such a digital leg history would thereby provide a way for security to be enhanced. The security needs of the public are often compelling, particularly since the advent of the global war on terror.

As an adjunct to the need to need to have data on the location and activities, past and present, of individuals and businesses, there is also a related need to have such data on the time and place of data transmissions or transfers.

Another basic need among businesses in society is advertising. Businesses are always looking for new venues in which to advertise. When use of the Internet became commonplace in the late 1990's business advertising on the Internet exploded. A digital leg history that is attractive to users would provide a new venue for businesses to advertise in.

Another problem unrelated to the above, and one that aggravates people, is finding their own possessions after such possessions have been seemingly lost. A person could buy something in a store, go to a doctor's appointment, meet a friend etc. over a period of hours and then realize that they lost an object that they were carrying or a valuable possession and do not have an easy way to figure out where it could be. If they had a clear log of where they had been and when and which people they had met during a defined time interval it would be easier to find lost objects. If the generating of such a log were not time-consuming on the part of the person generating it, it would be particularly useful.

Accordingly, there is a need to have a digital record of a person's past—where they have been physically—that includes people or places that they met that they consider significant enough to record for later use—as well as data transmitted from other members of a network including friends and including business members interested in advertising. There is a need to have such a log whose entries would automatically be transmitted to a database on the Internet. There is a further need to have a digital leg history that is appealing to review, including but not limited to reasons of nostalgia, that can be used to promote public security, that can provide a new venue for business advertisement and that can help track and ultimately find lost objects.

Another problem is that the world wide web and Internet in general have become dominated by large entities such as Google®. It is fair to say that while the Internet and world wide web has successfully connected everyone to everyone else, and this has provided new and great opportunities for smaller business and individuals, it is still fair to say that the world wide web, and in particular the process of searching the world wide web, has become dominated by a few large businesses. There is a need to allow smaller businesses and entities to feature more heavily in importance during web searching. Furthermore, it is fair to say that the process of searching the world wide web does not adequately take cognizance of the unique characteristics and tastes of the searching person. There is therefore a further need to allow web searching to better take cognizance of the unique tastes and characteristics of the searching person.

## SUMMARY OF THE PRESENT INVENTION

Although accumulated electronically, the present invention is a viewable and updateable digital leg history con-

**3**

veying various kinds of information about where a person has physically been stretching back a day, a month, a year of many years. The entries represent various kinds of data that a person obtained at different points in time. The types of data can be data about the place he is in. It can be data concerning the person he met. It can be data concerning a business he visited. It can be data that another person he met thought was interesting. The data characterizing a place he was at can be in any sensory form. The data concerning people and businesses he met can be contact information, URLs, advertisements or another data. In some case, the people that the person encountered were members of the same network that the person signed up for to obtain this digital history. In other cases, the "people" are businesses that are interested to providing URLs, contact information or advertisements that will sit in the person's digital leg history and be viewed whenever the person looks at their leg history.

The data captured along the trail of a person's daily encounters are transmitted or entered electronically and stored in that person's hand-held electronic device. The data is also simultaneously sent to an online database holding that person's digital leg history.

A prerequisite of the system is that a manufacturer of electronic devices, i.e. cell phones, will have agreed to install special software **89** into the cell phone or other electronic device allowing it to upload data to a database on the web and to receive and transmit to other such electronic devices preferably using short range wireless communication methods, for example Bluetooth®.

Customers of the system of the present invention then sign up at a web site for a fee and obtain an account with the system. They thereby obtain data receiving privileges. In certain preferred embodiments, they also thereby obtain limited data transmitting privileges, in that they can transmit a URL or an electronic business card to another member of the system. If they want more extensive data transmitting privileges, they pay more under a separate package. In either case, they provide a digital copy of the data that they want to have stored in their cell phone to be transmitted to others. The data can be a business card, a URL, or, under the more extensive data transmitting package a song they like or an insight into a topic they are studying or anything else.

Signing up requires identifying the particular electronic device with its serial number. The system recognizes that device's right to upload information to the account/databank and the system will also transmit the data that the accountholder wanted to transmit to others to the device.

As an individual goes through his day, he may encounter people at meetings that he considers significant enough to record in his leg history. If the two individuals are both members of the system they each take out their cell phones and place them in reasonable proximity to one another. The receiving individual first pushes a button on his or her cell phone to put the receiving person's phone in receiving mode. Then the transmitting person pushes a button on his or her cell phone causing the data of the transmitter/sender to be transmitted to the receiver's cell phone. The receiving individual then pushes the same button on his communication device that he pushed before, in order to now store and "accept" the data. In a preferred embodiment, when the data first goes from the system's web site to the transmitter's cell phone the data is "coded" so that when the transmitter later transmits it to a recipient, the recipient cannot re-transmit that sender's data to another member of the network even if the recipient attains or has transmitting privileges

That is one type of entry recorded in the leg history—a digital network entry. Another type of entry—a digital

**4**

member entry—gets entered into the person's leg history unilaterally without requiring the activity of another person being a member of the system. For example the accountholder takes a snapshot with a digital camera or videos a scene at a park and uploads it to his databank at the system. Vendors and advertisers can as members of the system transmit to members of the network who enter the store (or who are paying at the cashier) data such as contact information or a store URL. In certain embodiments, the person can enter the data into the person's leg history by simple keyboard while he waits for the cashier.

When the user gets home at the end of his day, he accesses his leg history and sees a list of entries. The types of entries in the leg history are coded—by icon, color or acronym—to indicate whether it is a transmission from another member of the system, whether it is simple contact info such as a URL, whether, it is from a business, whether it is a scene or audio that came from a camera or a tape recorder. It is also time and place stamped. If he enters the item on the list he of course can access the full data transmitted. But the list itself gives him a quick leg history of where he was for any period of time.

In another preferred embodiment, signing up does not entail registering the serial number of the network device used by the member. Rather any network device outfitted with the software of the present invention can be used to access the database containing the digital history of a particular person by providing authentication data uniquely associated with a particular account at the database, which account contains a particular person's digital history.

In a further embodiment, advertising on a person's digital history will be possible and can be based on the profile of URLs that the person has in their digital history.

In a still further embodiment, an improved method of searching the world wide web is provided that makes use of digital histories. In one version of this embodiment, a searching person searches a database of URLs for a certain kind of business (in a particular geographic area or of a certain topic category) by means of a search algorithm that considers a plurality of factors in ranking search results of URLs. The search algorithm is given access to the digital histories of persons who are members of the network and the search algorithm or the system controlling the database finds a target business of that kind (in the particular geographic area or of that topic) wherein a URL of the target business appears in a digital history of a useful person who is a member of the network, the digital history of the useful person also including a URL for a second business of the same kind located in a second geographic area (or a second business of a second kind), wherein the searching person has in his digital history the URL of the second business. As a result, the plurality of factors includes an assignment of priority to the URL of the target business.

### OBJECTS AND ADVANTAGES

The following objects and advantages may be present in certain embodiments of the present invention are:

(1) to provide a method and apparatus for the accumulation of a digital history of the person's physical presence over time;

(2) to provide such a method and apparatus that serves a nostalgia purpose in that it allows a person to view digital lists or records of where they have been at various points in time during their life;

US 10,380,202 B2

**5**

(3) to provide such a method and apparatus that also provides a police and public security function by keeping track of a person's physical presence in detail;

(4) to provide such a method and apparatus that also provides a police and public security function by keeping track of the physical presence of a population of persons in detail;

(5) to provide such a method and apparatus as in Object and Advantage "(3)" that benefits the person and thereby encourages the person to maintain the digital history;

(6) to provide such a method and apparatus that also allows a person to trace and find lost objects by allowing the person to identify and then check places that he may have left the object at during a certain most recent time interval;

(7) to provide such a method and apparatus that also serves the function of allowing a business to advertise itself on the digital history thereby creating a new venue for business advertising;

(8) to provide such a method and apparatus as in Object and Advantage "(7)" that allows the business to have an entry in the digital history which functions as an advertisement for that business;

(9) to provide such a method and apparatus as in Object and Advantage "(8)" that includes the URL of the business or a more elaborate advertisement;

(10) to provide a method and apparatus for the accumulation of a digital history of a person's physical presence over a period of time that combines (a) digital network entries received from a member of the network by close-range transmission using network communication devices and (b) digital member entries by the person himself of things the person perceived, i.e. saw, heard, touched, smelled and/or tasted, and that he considered significant;

(11) to provide such a digital history as in Object and Advantage "(10)" wherein the close-range transmission occurs between hand-held communication devices such as cell phones;

(12) to provide such a digital history wherein data is transmitted from the network device of a member of the network to the network device of the person after the person inputs a cue on the person's network device to receive data and wherein after transmission of the data the person inputs a cue to receive said data;

(13) to provide such a digital history wherein digital network entries automatically include a viewable recordation of time and place of entry and wherein digital member entries automatically include a viewable recordation of time and place of entry, the place of entry information coming from a global positioning system that the person is in communication with;

(14) to provide a method and apparatus that would allow a person to sit at home and easily review and relive important moments of their life;

(15) to provide a method and apparatus of capturing important moments in a person's life;

(16) to provide a method and apparatus that allows a person to capture, access and relive important moments or periods of the person's life in the form of a digital "leg" history;

(17) to provide to provide a method and apparatus that allows a person to capture, access and relive important moments or periods of the person's life in the form of a digital "leg" history and that simultaneously provides a format for businesses to advertise within the digital "leg" history;

(18) to provide a method and apparatus for the exchange of electronic business cards;

**6**

(19) to provide a method and apparatus for the exchange of URLs;

(20) to provide a method and apparatus for the exchange of URLs that can include the URLs of businesses;

(21) to provide a method and apparatus as described in the above Objects and Advantages in which the digital network entries and the digital member entries are automatically transmitted to a database located on a telecommunications network (such as a global telecommunications network) at the time of entry,

(22) to provide a method and apparatus as described in Object and Advantage "(20)" wherein access to an entire collection of the digital history for viewing thereof can be accomplished by the person by accessing the database;

(23) to provide a method and apparatus for a digital "leg" history that includes entries from vendors or businesses who are members of the network, said entries occurring when a person who is a member of the network enters the premises of the vendor or business and receives an automatic electronic transmission from pre-placed network communication devices located at entrances to said premises;

(24) to provide a method and apparatus as per Object and Advantage "(23)" wherein the person chooses whether to accept the transmission from the vendor or business upon entry into the premises;

(25) to provide a method and apparatus for a digital history of a person over time which requires the person to sign up with a network, for example, at a web site;

(26) to provide such a method and apparatus of a digital history wherein when you sign up you have the option of providing data that would be sent to your network communication device, such as a cell phone, which upon encountering another member of the network can be transmitted to said other member;

(27) to provide such a method and apparatus for a digital history as per Object and Advantage "(26)" wherein said data can include such things as an electronic business or a URL;

(28) to provide such a method and apparatus for a digital history as per Object and Advantage "(27)" wherein said data can also include anything important to the person such as a song that they like or an insight into a topic they are studying;

(29) a method and apparatus of a digital "leg" history wherein in certain alternative embodiments, when the person signs up with the network the person has the option of allowing advertisers or a select subset of advertisers to automatically send advertisements into your digital history;

(30) a method and apparatus of creating a digital representation of a person's past;

(31) a method and apparatus of creating an updateable digital representation of a person's past;

(32) to provide a method and apparatus for a digital "leg" history wherein entries in the leg history, particular digital network entries, can be just a URL alone, such that when the person reviews the digital history, the person can make a single click on the URL and automatically be taken to the member's web site associated with that URL;

(33) to provide a new method and apparatus for organizing information about a person;

(34) to provide a new method and apparatus for organizing and reviewing information about a large group of people;

(35) to provide a digital leg history that through continuous daily updating can transform the daily leg history into a monthly, a yearly and a decade or longer leg history;

(36) to provide a digital leg history that is not difficult or time-consuming to accumulate;

7

(37) to provide a new way to organize information that is important to a person;

(38) to provide a method and apparatus that combines the interests of advertisers and of ordinary potential consumers;

(39) to provide a method and apparatus for a digital leg history that uses a global position system to trigger the recordation of time and place based upon a person's data entry or data transfer;

(40) to provide a method and apparatus for a digital leg history that is accumulated effortlessly in the sense that it is incidental to data tasks that would otherwise be performed anyway;

(41) to provide a method of serving advertisements to a person based on the URL profiles of the person whose leg history it is;

(42) to provide a method and apparatus of a collection of URLs forming part of the leg history of the present invention such that advertisers serve advertisements in the leg history based on the nature of these URLs;

(43) to provide a method of using digital histories to improve web searching by identifying a "useful business" in accordance with one embodiment of the present invention;

(44) to provide a method of using digital histories to enhance web searching through enhancing networking opportunities;

(45) to provide a method of using digital histories in web searching that has the effect of elevating the importance of smaller companies and entities relative to larger business and entities within the world wide and web and Internet; and

(46) to provide a digital leg history whose entries are in chronological order.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a simplified schematic diagram in accordance with the method and apparatus of the present invention showing a member signing up and providing key data, which data is then transmitted to the member's cell phone;

FIG. 2 is a simplified schematic diagram of an encounter between two members of the network that generates a digital network entry into the leg history of one of the members in accordance with the method and apparatus of the present invention;

FIG. 3 is a simplified schematic diagram showing an individual member of the network entering the premises of a vendor member of the network and accepting a transmission from the vendor's pre-positioned device that generates a digital network entry in the digital leg history of the member in accordance with the method and apparatus of the present invention;

FIG. 3A is a simplified schematic diagram of a member adjacent a second entrance to the premise of the vendor member of FIG. 3;

FIG. 4 is a simplified schematic diagram of a situation where a member photographs a store sign to generate a digital member entry into the leg history of a member in accordance with the apparatus and method of the present invention;

FIG. 5 is a screen page in the digital leg history of a member displayed on a computer screen of a PDA or other electronic device of a member in accordance with the apparatus and method of the present invention;

FIG. 6 is a simplified schematic diagram in accordance with the method and apparatus of the present invention showing a member signing up and providing key data;

8

FIG. 7 is a flow chart for the second preferred embodiment covering the steps leading to a digital network entry or a digital member entry in accordance with the present invention;

FIG. 8 is a digital history of the present invention containing only URLs and appearing in the "monthly calendar" embodiment; and

FIG. 9 shows the method of searching for businesses of a certain kind in a certain geographic area using the digital histories of the present invention to identify a "useful person" in accordance with one embodiment of the present invention.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

The apparatus and method of the present invention will now be illustrated by reference to the accompanying drawings. The apparatus of the present invention has been assigned reference numeral 10 Other elements have been assigned the reference numerals referred to below.

As seen from FIGS. 1-5, apparatus 10 is a viewable and updateable digital history 10 of a person's physical presence over a time. It is a chronologically arranged collection of viewable entries on a computer or other viewable electronic device. The collection includes various types of entries, which can be divided into general categories. Each category of entries has preferably numerous entries in the category. In an alternative embodiment, there can be only one entry in a particular category.

In order for any entry in the digital leg history to occur, the system has to first be set up. A manufacturer of electronic devices such as cell phones has to have agreed to install software 89, whose content is known to those skilled in the art of computer science, into the cell phone or other device allowing it to upload data to a database on a global (or smaller) telecommunication network such as the world wide web and to receive and transmit wirelessly to other such devices, for example known short range wireless communications methods such as Bluetooth®. Such software 89 can be readily developed or is already known to those skilled in the art.

When the present invention refers to cell phones as an example of a handheld electronic network device 22, it should be understood that the present invention specifically contemplates other such electronic devices that could carry the software 89 used in the present invention. For example, network device 22 can include any other handheld electronic device that is typically carried around by people during their day including IPods, cellular telephones, personal digital assistants, small laptop computers media players including video and/or game players, possibly digital cameras, Internet terminals, and GPS and remote control devices. In certain embodiments, it could also include bar code scanners. It can also include multi-function electronic devices that incorporate the functionalities of all or combinations of these devices. In addition, vendors may utilize electronic devices that are at the entrances to their premises, as explained more fully below. In such a case, the device 22 need not be handheld and could be a computer.

In a preferred embodiment, customers of the system of the present invention sign up at a web site 121 for a fee and obtain an account with the system, thereby becoming a member of the network. In certain other preferred embodiments, no fee will be charged. By signing up the members thereby obtain data receiving privileges. They also thereby obtain limited data transmitting privileges, in that they can

**9**

transmit their URL (or other basic contact information) to another member of the system. If they want more extensive data transmitting privileges, they pay more (or enroll without paying in certain embodiments) under a separate package. In either case, they provide a digital copy of the data that they want to have stored in their cell phone to be transmitted to others. This data is sometimes referred to herein for convenience as "key data" **15**. The key data **15** can be a business card, a URL, or, under the more extensive data transmitting package, key data **15** can be a song they like or a discussion of a topic they are studying, or it can be anything else that the member considered significant enough to be transmitted later. In certain alternative embodiments, key data **15** is limited to URLs, or in other embodiments, limited to URLs, electronic business cards and business advertisements.

In a preferred embodiment, key data **15** can be updated by the member after the member has signed up by accessing the database **100** at web site **121**. Accordingly, the member is not limited to having their digital network entries **20** be fixed forever. In one preferred embodiment, signing up requires identifying the particular electronic device with its serial number. The system recognizes that device's right to upload data entries to the account/databank. At the beginning, the system also transmits the key data **15** to that device. The cell phone or other device thereby becomes a network communication device.

In a second more preferred embodiment depicted in FIGS. **6**-**8**, the network device **22** is not registered upon sign up. Rather, any network device can be used by any member of the system provided it has software **89** in it. Upon sign up for the system, a member selects a user name and password that will be uniquely associated with his account on the database **100**. Alternatively, the new member of the network provides some other authentication data which is uniquely associated with his particular account.

Software **89** in device **22** allows a user to interact with his account at database **100** using device **22**, including accessing and retrieving key data **15**, and processes digital network entries **20** and digital member entries **30**. Making use of software **89**, the user interfaces with device **22** so as to navigate to or select the leg history function within device **22**. Software **89** in the network device **22** will then prompt the user of the device **22** to enter authentication data uniquely associated with his user account on the database **100**. Upon entry of this authentication data, the network device wirelessly connects the operator of the device **22** to the account at system database **100** associated with that authentication data. This allows the person controlling device **22** to access or transmit data to the digital leg history **10** for that account.

Accordingly, anyone who enters a certain user and password or other authentication data will have the ability to send digital network entries and digital member entries to the digital leg history of the member whose authentication data was provided. Among other things, this would allow a network device to be borrowed by a friend who wishes to send his (the friend's) digital member entry to his (the friend's) digital leg history. Furthermore, if the network device were stolen or entered the possession of the wrong person, such person could not send data to or alter the digital leg history of the proper owner.

In this second preferred embodiment, upon signing up with the system, key data **15** is still provided. But the key data **15** is not tied to any particular network device **22** and is not automatically transmitted to the network device **22** of the accountholder. Hence, signing up does not trigger key

**10**

data **15** being transmitted to any network device **22**. Software **89** in device **22** is such that entry of authentication data into device **22** causes device **22** to communicate with the appropriate account at database **100** and "know" that a particular key data **15** is associated with the accountholder that was authenticated. Accordingly, if the member wishes to generate a digital network entry **20**, device **22** then transmits that key data to another member at short range for entry into the leg history of the recipient individual using the short range communication method described above, including for example by holding their devices **22** facing each other and transmitting/receiving.

In this second preferred embodiment, preferably when a member transmits digital network entries **20** between his device **22** and a network device **22** of some other member of the network at short range, if the authentication data has not already been entered, then it must be entered prior to the transmission. In an alternative embodiment, the transmitted key data is stored in device **22** but then to enter the data into the leg history the authentication data must be entered after receipt of the transmission.

Likewise, as shown in FIG. **7**, after entering authentication data, if the member wishes to capture a sensory image for entry of a digital member entry **30** into leg history **10**, in a preferred embodiment, the user/member selects automatic mode or non-automatic mode. In automatic mode any sensory image captured by device **22** is automatically forwarded to database **100** as a digital member entry **30**. In non-automatic mode, upon the capture of a sensory image as data into device **22**, a window or other prompt opens up and prompts the user to (i) transmit the image to the database **100** for entry into leg history **10** as a digital member entry **30**, (ii) not transmit the image to database **100** or (iii) to transmit the image along with an attached file or an attached note of the member.

The first type of entry in the digital history **10** is digital network entries made by a person who has signed up and is a member of a network. The digital network entries **20** can occur at any point in time after signing up. As an individual goes through his day, he may encounter people and may consider the encounter significant enough to record in his digital leg history or he may consider the data transmitted from the person he met significant enough to be recorded in his digital leg history. The digital network entries **20** are comprised of various kinds of data that was transmitted from a network device **22** of some other member of the network to the network device of the person whose digital leg history is being formed. In a preferred embodiment, digital network entries are transferred at short range using wireless communication methods. This is illustrated more fully below and in FIG. **2**. The definition of "short range" or "proximity" would vary depending on the technical specifications of the wireless transmission. Purely by way of illustration, in one preferred embodiment, "proximate" can mean twenty feet or less.

If the two individuals are both members of the system and are close enough to one another they each take out their cell phones or other electronic communication devices and if required by the wireless communication method position them so that they face one another, as shown in FIG. **2**. The exact transmission mechanism can occur in a number of ways, and the present invention is not limited to one particular method or the exact illustration shown in FIG. **2**. In one preferred embodiment, the receiving individual first pushes a button on his or her cell phone to put the receiving person's phone in receiving mode. Then the transmitting person pushes a button on his or her cell phone causing the

**11**

data of the transmitting person to be transmitted to the receiver's cell phone or device. The receiving individual then pushes the same button on his cell phone that he pushed before and he thereby stores and "accepts" the data. This automatically also transmits the data to the system web site and online database **100** storing the digital leg history. Alternatively, a separate button has to be pushed to transmit to the database.

This is a general description of digital network entries, which is one type of entry recorded in the leg history **10**. Another type of digital network entry **20**, and one which offers big advantages in business advertising, involves vendors who are members of the network. Stores will recognize the value of getting into your digital leg history **10** at database **100**, the way they recognize the value of being in the newspapers you read or the web sites you visit. So if you encounter a store or other business and the store is part of the network, one way it can transmit to you data is by placing transmitting devices near each store entrance.

As shown in FIG. **3**, the minute you enter the store your electronic communication device, such as a cell phone, receives a message or signal from the store's pre-positioned transmitting cell phone or other transmitting device near any of the entrances of the premises. The data that the store is proposing to transmit to you is the store's electronic business card, the store's URL or other an advertisement or promotional information from the store. It would be key data **15** that the store, as a member of the network, previously provided to an account at database **100**. Again, purely by way of an illustration of one preferred embodiment of the manner in which the transmission would take place, if the member who receives a signal from the vendor member or store then hits the button on his cell phone to accept and store the information, the data is transmitted, stored and automatically sent to the database **100** on the system web site at the member's account at database **100** that holds the digital leg history (e.g. **10**A) of the individual member. FIG. **3**A shows that the store has other pre-positioned electronic communication devices at other entrances to is premises.

Although the drawing figures show database **100** as being located at a system web site, the present invention also contemplates database **100** being located remote from network device **22** held by the member at any telecommunications network. Typically, said telecommunications network would be a global network such as the world wide web, although it does not have to be.

In certain alternative embodiments, the store personnel approach store customers who entered the store and offer to transmit a digital network entry containing the store URL, contact information, advertisement or promotion. In a further alternative embodiment, the member types in or otherwise inputs the name of the store while he is paying at the cashier.

In certain alternative embodiments, when you sign up with the system you can choose to allow businesses in a particular industry to have the right to transmit proposed advertising to your digital leg history at any time. This is an alternative embodiment, since it may be too invasive, although controls can be added to moderate the invasiveness. For example, the member can set their digital leg history to a mode that does not accept any such advertising or there can be option to delete all advertising that came into the leg history other than data that was transmitted when the person was physically present in the premises of the business.

The present invention also envisions having the digital network entries and the digital member entries coded to

**12**

allow the user to instantly recognize the type of entry it is even while reviewing the digital leg history itself. One type of coding can be color codes. Another type of coding can be icons adjacent the beginning of the title of the entry. A further type of code can be an acronym—"BC" for a text or art consisting of an electronic business card, "T" for text, "AV" for audiovisual, "P" for photograph, "DNE" for digital network entry, "DME" for digital member entry. The "T" may indicate that there is a significant amount of text (i.e. a song) rather than one line of a URL or three lines of contact information. The acronyms can be stylized and/or can incorporate an icon. As can be seen from the acronyms, the codes can distinguish between digital network entries and digital member entries. The codes can also distinguish between different types of digital member entries—audio, visual, audiovisual, etc.

In a preferred embodiment, when the data first goes from the system's web site to the transmitter's cell phone the data is "coded" in any manner known to those skilled in the art so that when the transmitter later transmits it to a recipient, the recipient cannot re-transmit that sender's data to another member of the network even if the recipient attains or has transmitting privileges.

As previously noted, network device **22** should have short range wireless capability to be able to receive and transmit data or various times (text, video, audio, etc.) to and from other members of the network. In addition, device **22** should be able to transmit data wirelessly to the database **100** on the world wide web.

The second type of entry in digital leg history **10** is one or more digital member entries **30**. These entries are entries that are made unilaterally at any point in time by the person whose digital leg history it is. The member entries arise when the person perceives something where he is (i.e. where his legs are) and decides to capture it and incorporate it into his digital leg history. The data that forms the digital member entry **30** can be any digital representation of any sensory image perceived by the member at a point during the time that the digital leg history covered. By definition, the data would be something that the member considers significant enough to enter into his leg history. In contrast to the digital network entries **20** the digital member entries **30** that get entered into the person's leg history are unilateral—they do not require receiving anything from another person who a member of the network/system.

A simple example of a digital member entry **30** occurs when the member is carrying a digital camera and decides to take a photograph of something. It is noted that the digital camera we are speaking of would be one that has the capability to upload data to a database on a global telecommunications network such as the Internet. Applicant is not aware of whether such a digital camera exists presently on the market at present. In either case, the technology certainly exists for incorporating wireless transmitting capability into a digital camera, if only by conjoining a digital camera with a cellular telephone, a PDA, IPOD® or other electronic device.

In certain embodiments, another example of a digital member entry **30** (not shown in the digital leg history **10** depicted in FIG. **5**) can occur when a member can enter text into network device **22** whether manually or otherwise and thereby record the time and place of their intellectual advancement. Preferably, the "time" means the calendar date and the time or it can mean the date alone or the time of day alone. The text can be a sudden insight into a study topic, for

**13**

example. This is particularly important for creative people or people who study all day long, i.e. researchers or students of religious texts.

Suppose the member wants to record all the places he will go to in a long afternoon of errands and store visits. He wants to record that he went into a particular store and enter it into his leg history. After he leaves the store he positions the camera and takes a photograph of the sign **55** in the front of the store (or any other distinguishing feature of the store that reminds him of the experience of going into that store). As shown in FIG. **4**, the photograph of store sign **55** is automatically transmitted to database **100** for entry into the digital leg history **10** as a digital member entry **30**. In a preferred embodiment, as shown in FIG. **5** the photograph is coded to indicate that it is a photograph by having the name of the store preceded by the letter "P" in iconic or stylized fashion.

The reason that iconic or stylized codes are used to describe the types of digital member entries **30** and digital network entries **20** is that when the member accesses and reviews his or her digital leg history **10**, see e.g. FIG. **5**, the member does not see all the data on the initial screen. The screen shown in FIG. **5** is merely the initial screen of the list of entries comprising the digital leg history **10**. The member then has the ability to call up the full entry by clicking on or otherwise selecting that entry seen on the screen. For the benefit of obtaining an overview of the entries in the digital leg history **10**, the icons or codes preceding the entry are provided. As can be seen in FIG. **5**, the places are and times of entry are also recorded. The places are obtaining from the fact that each device **22** is capable of communicating with and receiving place data from the global positioning system used in the present invention. It is noted that the global positioning device uses a satellite or any other appropriate means known to those skilled in the art.

As shown in FIG. **8**, in one preferred embodiment, the digital history **10** is presented as a monthly calendar **334** broken down by date wherein within each date there is a series of entries (digital network entries and/or digital member entries) substantially in the form as shown in FIG. **8**. Preferably, in this "monthly calendar" embodiment as shown in FIG. **8** the entries on each date in the calendar may be rather small to read. Accordingly, when one clicks on a particular date, say May 18, that date opens a window containing only the entries for that date, which window is large to enough to occupy at least a good part of the screen (calendar **334**, preferably, is then viewable in the background). It is noted that although in FIG. **8** URLs are the only entries in the digital leg history **10**, this should not be taken to mean that the monthly calendar embodiment requires this. This is an alternative embodiment combined with the "monthly calendar" embodiment.

As noted, it is believed that in the not too distant future virtually all individuals will have URLs, which constitute a form of advertisement for themselves, and that chance encounters between people will result in the desire to exchange URLs, which in effect involves having people access the world wide web outdoors, the present invention makes use of this important development by using global positioning systems to trigger a recordation of time and place based on a person's having performed a data transfer or a data entry (at least those that the person considers significant pursuant to the present invention), rather than based on a person's simply being somewhere. This is particularly important in a world in which data transfers are themselves more and more essential.

**14**

Although FIG. **5** depicts the place data in the form of a written address, other ways of depicting place data may be used. For example, the zip code of the location alone may be used for space reasons. Alternatively, any place data, i.e. digital representation of the location where the entry was made, may be used in the initial screen of the digital leg history and then by clicking specifically on that place data the full address may be retrieved.

In a preferred embodiment, by clicking on or otherwise selecting a particular URL depicted in the initial screen **10** of digital leg history **10**, the user immediately is taken to the web site called for. In this way, a person meeting someone new can electronically receive that person's URL (provided the person is a member of the network at least at some level of privileges), for example using the procedure depicted above and shown in FIG. **2**, and then at any later time go to that person's web site. The owner of the digital leg history not only has the contact information of the other member at his disposal, but has a simple way to enter the web site of the other individual. It is believed that in the not too distant future this will be particularly useful because it will allow a "world" in which everyone has a web site and people can simply exchange their URLs and invite others to instantly enter their web sites.

It should be understood that the digital leg history **10** will be searchable in a variety of ways for the member. Purely by way of example, software either located in the network device **22** (and forming a part of software **89**) or accessible by the computer that houses the database will allow the member, at the touch of a button to place the entries **20**, **30** in order whether chronologically, by the location of the entry, by the identity of the person or vendor, by data type, etc. This is a searching feature. In a preferred embodiment, unless the user indicates otherwise, the default ordering of entries in digital leg history **10** will be chronological. Preferably, although the user can re-order the entries in leg history **10**, the essence of the digital leg history is a chronological presentation of such entries, because the word "history" in the phrase "digital leg 'history'" denotes such a chronological ordering.

A person who wishes to access their digital leg history **10** does so, in a preferred embodiment, by accessing database **100** at a web site on the world wide web or other telecommunications network. In an alternative embodiment, the person stores leg history **10** on his own hard drive of any appropriate computer device.

In a further embodiment of the present invention, the entire database **100** may be searchable by a member who has a digital history **10** on the database **100**. A searcher can search for any entry—digital network entry **20** or digital member entry **30**—in database **100** that satisfies a particular time/place characteristic. For example, "Sep. 11, 2001 and New York, N.Y." might retrieve any entry that was entered into a digital history **10** within database **100** on that date and at that place. In this embodiment, a search engine controlled by the system operating database **100** will perform the searching in accordance with an algorithm provided to it. The time and place characteristics can in certain embodiments also be broader than the entry in the digital history, for example "the week on Sep. 11, 2001 and New York City". The above database searching can be accomplished due to the fact that database **100** has digital histories **10** whose entries are stamped based not only the time of their entry but also based on the place at which that they were entered. Furthermore, the place of entry and the time of entry are separate labels that are independent of the content of the entry itself.

US 10,380,202 B2

**15**

Accordingly, a method is presented of searching a database containing entries having time and place labels or stamps. The database is database **100** representing a collection of digital histories **10** or in certain embodiments is any other database having documents labeled by not just time but also the place at which the data file was entered. Thus, the entry is associated with the time and with the place. The method comprises providing a database of documents, each of said documents having a label, said label indicating a time at which and a place at which the document was entered into said database, (ii) inputting a time and a place as a search term in a search engine algorithm, the search engine algorithm having access to the database and (iii) retrieving search results that correspond to the time and place inputted.

Since the present invention may combine features from different embodiments, it should be also noted that if the store (see FIG. **4**) is a member then as he enters the store his digital camera, cell phone or other electronic device that he registered when he signed up will receive a proposed entry from the store's electronic device pre-positioned at the entrance. However, that would be a digital network entry rather than a digital member entry because it comes from a fellow member and is not unilateral. In the second preferred embodiment, the device **22** held by the member of the network would receive a proposed entry from the store's electronic device at the entrance to the store even though the device **22** itself is not registered with the system, provided the device **22** has software **89** within it. It would then be up to the user to enter authentication data if he wanted to accept the entry and transmit it to the digital leg history **10**. Alternatively, if the user had already entered authentication data prior to entering the premises of the store, he merely has to accept the proposed entry from the store and the entry will be automatically captured and transmitted to the leg history **10** at database **100**.

In another example of a digital member entry **30**, the member takes a snapshot with a digital camera or videos a scene at a park and uploads it to his databank at the system. An hour later he meets with someone and records a snippet of the audio from the meeting. This entry is coded as audio. An hour later he meets a new person at a function and inputs the person's URL which is instantly uploaded to his databank.

In a further preferred embodiment, in the data bank of his leg history for the day, all entries have a time stamp and also have a geographical place stamp because the system makes use of a GPS or other navigational system that is activated at the moment the accountholder uploads either a digital network entry **20** or a digital member entry **30** into his databank on the system.

The digital network entries **20** and the digital member entries **30** are automatically transmitted to a database located on a telecommunications network at the time of entry. "At a time of entry" means when the digital network entry **20** or the digital member entry **30** is captured by and entered into the network device **22**, and preferably when these entries are entered into device **22** for the first time. When a person wants to review their digital leg history **10**, they obtain access to the entire digital history for viewing by simply going to the web site of the system and accessing the database, after entry of authentication data.

A further feature of the present invention is that the digital history **10** can be updated by the person at any time by simply adding a digital network entry **20** or a digital member entry **30**. In the system database **100**, there is maintained separate digital leg histories **10**A, **10**B, **10**C, **10**D, etc. for each person who signed up with the system/network. How-

**16**

ever, in certain preferred embodiments serving public security and/or police functions, the system also has the ability to search the entire database **100** representing a collection of the digital leg histories of a population or of a group of individuals in a particular location, such as a zip code, state or country.

In this patent application the term "sensory images" means audio, visual, olfactory, tactile and/or taste images. The most common sensory images will be visual and the second most common will be audio. Any combination of images are also contemplated such as audio visual images. Furthermore, in this patent application, the term "proximate network device of the person" means a network device of the person that is located proximate to the network device of the member of the network, said member being different than the person (who is also a member of the network). In addition, in this context, the term "proximate" means, in one preferred embodiment and described in claim **1**, within sight of one another and preferably also within a short enough range that short-range wireless communication system (purely by way of example, Bluetooth®) function properly. It is contemplated by the present invention that the term proximate can be defined differently so that it can be even closer than "within sight". For example, proximate can be defined to mean within 20 yards and within a short enough range that a short-range wireless communication system can function properly.

Preferably, digital network entries **20** and digital member entries **30** are not work files that reflect work done by a person processing data. Rather, these entries are unprocessed files capturing significant data at a certain time and place. They therefore can be said to contain "experiential" data, in the sense that the data in them relate significantly to the time in which and place at which the data therein was captured or transmitted, and thereby represent a significant experience for the person who entered them into his digital leg history. If this was not the case, the function of providing a nostalgic experience upon review of the digital leg history entries would not be effective.

FIG. **8** also shows an advertisement **333** on blank space on the leg history screen, i.e. the screen displaying the leg history **10**. This is important because the leg histories will have become popular. The advertisement can end up in the leg history **10** in a number of ways. One way is that large companies approach the system owner and offer to place advertisements on digital leg history account holders having a particular profile. Preferably, the profile is a profile of the digital network entries **20** that are comprised of URLs. The content of the URLs in the leg history **10** make it more likely that the advertisement is attractive to the person whose leg history it is. "Attractive" in this context means likely to generate a positive response to the advertisement.

For example, in one embodiment a person whose leg history **10** contains a high preponderance of URLs for airline companies would be served an advertisement from an airline company. Understandably, an airline company would be more interested in having its advertisements appear on the digital leg history **10** of such a person than on the digital history **10** of a person without a high preponderance of airline URLs.

This requires that the URLs be categorized into topics that define business categories. The system **121** running database **100** would need to do this. One way would be for the database to search for well known names of airlines or the URLs of such airline companies throughout the database.

In an alternative embodiment, those business that have provided digital network entries to members of the network

**17**

as they enter store premises, will have the right to advertise separately in a blank space on the leg history screen.

In certain embodiments, the advertisement appears whenever the member, after providing authentication data, accesses his leg history **10**. In this way, advertisers have a new way of reaching potential purchasers because the leg history represents where the purchasers have been.
Using Digital Histories to Improve Search Results

As seen from FIG. **9** and the description herein, a new method that uses digital histories to enhance web searching results is presented. It is a method of searching the Internet or the world wide web using the digital history **10** of the present invention. Algorithms can be easily imagined by those skilled in the art of search engine algorithms that would improve searching. The search engine would be given access to the digital history **10** of the person searching and the digital leg histories of other members in the database **100**. The search engine algorithm would consider the URLs in the digital history of the person doing the searching.

It is noted that when the search engine accesses the database **100** of digital histories, it only looks at the digital network entries **20** and only those that are URLs. Alternatively, it searches all digital network entries **20** and those digital network entries **20** that are not URLs have a URL associated with them. This would be because in this embodiment when a person signs up and provides key data, if the key data **15** is not a URL then the person is either given a URL by the system of provides a pre-existing URL to the system along with or as part of the key data **15**. In this case, when the key data is transmitted and becomes a digital network entry **20**, it has a URL associated with it even if the key data **15** is primarily text. This just means that a search engine will "find" a URL in that digital network entry **20** even though the digital network entry is a poem or text. The text or poem is what the member will see when he accesses and looks through his digital history **10**.

Accordingly, with respect to these methods of using digital histories, it is emphasized that the digital history involved is understood broadly in that it may even be a digital history that only contains digital network entries. Even more broadly, it may be a digital history that only contains URLs.

A method is provided of using a digital history of a person who is a member of a network in searching a database of URLs (i.e. the world wide web, not database **100**) by means of a search algorithm to improve the search result ranking. The algorithm of the search considers a plurality of factors in ranking search results of URLs known to those skilled in the art of search engine algorithms. This assignment of a degree of priority merely adds one additional factor in the collection of factors determining overall priority in the search result ranking.

As shown in FIG. **9**, a use of digital histories to perform web searching involves searching for a particular kind of business, for example in a particular geographic area. Suppose a person, Mr. Smith, dines at a particular New York restaurant. Mr. Smith therefore has that restaurant's URL in his digital history. Mr. Smith is visiting or will visit Texas and needs to locate an appropriate restaurant in Dallas. The idea is that restaurants in Dallas which have been frequented by people who have also dined in the New York restaurant that Mr. Smith frequents are more appealing candidates to be a restaurant suitable for Mr. Smith. The search engine would be given access to the digital history **10** of Mr. Smith who is conducting a search on the search engine and the search engine would also have access to digital histories of others at database **100**. An algorithm, which could be the search

**18**

engine algorithm or else an algorithm operated by the database **100** and ultimately outputted to the search engine, could identify one or more persons (called "useful persons") who have a common restaurant URL with Mr. Smith and who also have a restaurant URL for a restaurant in Dallas, the city that Mr. Smith entered in his search. The algorithm would then assign a mathematical priority to such a restaurant. As shown in FIG. **9** the search hit ranking includes the URL in a priority position that it ordinarily would not be located at. FIG. **9** makes use of excerpts of digital histories of the "useful person" and of the "searching person" to illustrate how the method works. These excerpts may take portions of entries from different pages in the digital history **10**.

Accordingly, the following method is presented. A method of using a digital history of a searching person who is a member of a network and who is searching a database of URLs for a certain kind of business in a particular geographic area by means of a search algorithm that considers a plurality of factors in ranking search results of URLs, comprising: (i) providing the search engine algorithm **211** with access to the digital histories of persons who are members of the network, (ii) searching the database of digital histories for URLs to identify a target business of said kind in the particular geographic area wherein a URL **98** of said target business appears in a digital history of a useful person who is a member of the network, the digital history of said useful person also including a URL for a second business of the same kind located in a second geographic area, wherein the searching person has in his digital history the URL of the second business, and (iv) including in the plurality of factors an assignment of priority to the URL of the target business. It is noted that geographic area need not mean a different area.

It is noted as before (in the first use of digital histories for web searching) that when the search engine accesses the database **100** of digital histories, it only looks at the digital network entries **20** and only those that are URLs. Alternatively, it searches all digital network entries **20** and those digital network entries **20** that are not URLs have a URL associated with them. This would be because in this embodiment when a person signs up and provides key data, if the key data **15** is not a URL then the person is either given a URL by the system or provides a pre-existing URL to the system along with or as part of the key data **15**. When the key data is transmitted and becomes a digital network entry **20**, it has a URL associated with it even if the key data **15** is primarily text.

This method requires that the URLs be categorized into topics that define business categories. Either database **100** or the search algorithm would need to do this. In this context the database **100** does not necessarily mean the actual database but rather the system web site **121** running database **100**. It is believed that most search engine algorithms already do this. One possible way of doing this is for the search engine algorithm, for example, Google®, to search the words in the web site of the URL and categorize the URL into topics based on the content of the words in the web site. This would require searching the actual world wide web. Another way is for the URL to be categorized by topic by the member of the network when the URL is entered as key data into database **100**. Another way for the system running database **100** to do this would be for the system **121** to search for well known names of businesses of a certain kind or the URLs of such businesses throughout the database. Alterna-

**19**

tively, the system **121** could access and use the same method that the search engine algorithms use to categorize such businesses.

More broadly speaking, the method comprises a method wherein a searching person searches a world wide web for a certain kind of business in a particular geographic area using a search algorithm that considers a plurality of factors in ranking search results of URLs, the method comprising (i) providing the search algorithm with access to a database of URLs, said database of URLs incorporating a plurality of personal subcollections of URLs, each of said personal subcollections of URLs including URLs that were transmitted in person to persons who are members of a network and who entered the transmitted URL into a personal subcollection of the member, (ii) searching URLs in said database to identify a target business of said kind in the particular geographic area wherein a URL of said target business appears in a personal subcollection of URLs of a useful person who is a member of the network, the personal subcollection of said useful person also including a URL for a second business of the same kind located in a second geographic area, wherein the searching person has in his personal subcollection of URLs the URL of the second business, and (iii) including in the plurality of factors an assignment of priority to the URL of the target business.

The present invention further contemplates an even broader example of this method applied to web searching (the second kind of use of digital histories in web searching) that is entirely independent of geographic area. For example, a searching person who has a patent attorney and whose patent attorney's URL is listed in the searching person's digital history **10** is now searching for a real estate attorney (the target business) on the world wide web (or on a telecommunications network). There may be a useful person in database **100** of digital histories in relation to this searching person. That is, the useful person would be one who also has the same patent attorney's URL listed in their digital history **10** and who in addition has a real estate attorney whose URL is listed in the useful person's digital history **10**. The searching person would trust that real estate attorney more than another real estate attorney, especially everything else being equal.

Accordingly, the following broader method is presented. A method of using a digital history of a searching person who is a member of a network and who is searching a database of URLs for a first kind of business within a particular topic by means of a search algorithm that considers a plurality of factors in ranking search results of URLs, comprising: (i) providing the search engine algorithm **21 1** with access to the digital histories of persons who are members of the network, (ii) searching through URLs in the digital histories of the database in order to identify a target business of said first kind wherein a URL **98** of said target business appears in a digital history of a useful person who is a member of the network, the digital history of said useful person also including a URL for a second business of a second kind (but within the same topic), wherein the searching person has in his digital history the URL of the second business, and (iii) including in the plurality of factors an assignment of priority to the URL of the target business. It is noted that "assignment of priority" in this case, as before, merely means that everything else being equal some degree of priority is given in the collection of factors considered y the search algorithm. This assignment of a degree of priority merely adds one additional factor in the collection of factors

**20**

determining overall priority in the search result ranking. It is further noted that geographic area need not mean a different city.

Again, more broadly speaking the method is presented wherein a searching person searches a world wide web for a certain first kind of business using a search algorithm that considers a plurality of factors in ranking search results of URLs, the method comprising (i) providing the search algorithm with access to a database of URLs, said database of URLs incorporating a plurality of personal subcollections of URLs, each of said personal subcollections of URLs including URLs that were transmitted in person to persons who are members of a network and who entered the transmitted URL into a personal subcollection of the member, (ii) searching URLs in said database to identify a target business of said first kind wherein a URL of said target business appears in a personal subcollection of URLs of a useful person who is a member of the network, the personal subcollection of said useful person also including a URL for a second business of the second kind, wherein the searching person has in his personal subcollection of URLs the URL of the second business, and (iii) including in the plurality of factors an assignment of priority to the URL of the target business.

Alternatively, an even broader example would be where instead of the business of the second kind being within the same geographic area or within the same topic category (attorneys) the method can just call a useful person someone who has any other business whose URL is found in both the searching person's digital history and the useful person's digital history. However, it is believed that the trust level would be reduced. That is, while I might trust the real estate attorney selection of someone who has the same patent attorney as me, I will be somewhat less impressed with the real estate attorney selection of someone who has the same doctor or the same grocery store as me.

The search engine will preferably give also priority based on time in the following sense. We stated that a useful person in database **100** of digital histories in relation to this searching person also has the same patent attorney's URL listed in their digital history **10** and also has a real estate attorney whose URL is listed in the useful person's digital history **10**. If the useful person's selection of the real estate attorney and/or patent attorney was a long time before the searching person is doing his search, it should be given less priority.

Furthermore, the frequency of useful selection may also be considered. If the useful person has even more in common with the searching person, i.e. he has two patent attorneys URLs in his digital history that are in common with the patent attorneys URLs in the searching person's digital history **10**, the useful person's selection of real estate attorney is even more trusted and given more priority in the search ranking.

It can be appreciated from these examples that the method of using digital histories in web searching has countless other applications that differ from the above examples. Accordingly, these examples should be treated as merely illustrative of the concept involved. In addition, all factors used by search engine algorithms today or in the future can be used in the method of the present invention involving using digital histories to improved web searching.

In a further embodiment of the method of the present invention using digital history for enhanced web searching, all digital network entries **20** can be either a URL or would have a URL associated with it. When a person signs up and provides key data **15**, the person also provides a pre-existing URL or is given a new URL by the system.

US 10,380,202 B2

21

It is to be understood that while the method and apparatus of this invention have been described and illustrated in detail, the above-described embodiments are simply illustrative of the principles of the invention. It is to be understood also that various other modifications and changes may be devised by those skilled in the art which will embody the principles of the invention and fall within the spirit and scope thereof. It is not desired to limit the invention to the exact construction and operation shown and described. The spirit and scope of this invention are limited only by the spirit and scope of the following claims.

What is claimed is:

**1**. A method of creating and/or using physical location histories, comprising:

maintaining a processing system that is connected to a telecommunications network and configured to provide an account to an individual member and to a stationary vendor member of a member network;

providing an application that configures a handheld mobile communication device of each individual member of a member network to, upon instances of a physical encounter between the individual member and the stationary vendor member of a plurality of stationary vendor members of the member network at a physical premises of the stationary vendor member, a location of the physical encounter determined by a positioning system in communication with either the handheld mobile communication device or a communication device of the stationary vendor member, and upon acceptance by the handheld mobile communication device of the individual member of an automatic proposal from the stationary vendor member, transmit a URL of the stationary vendor member and a URL of the individual member to the processing system automatically, thereby generating a location history entry, in at least the account of the individual member, that includes (i) the URL of, and a location of, the stationary vendor member, (ii) a time and date of the physical encounter, and (iii) an identity or the account of the individual member and of the stationary vendor member,

the URL of the individual member associated with the individual member before the physical encounter between the individual member and the stationary vendor member;

the application maintaining a viewable physical encounter history on the handheld mobile communication device that includes URLs from multiple stationary vendor members and is searchable from the handheld mobile communication device (i) by URL of the individual member and of the stationary vendor member, (ii) by geographic location, and (iii) by time of the physical encounter,

maintaining, using the processing system, a database of physical encounter histories of members of the member network whose accounts received the location history entry that was generated during the physical encounters, the individual member's account having data transfer privileges that allow the physical encounter history to be accumulated through transmission of location history entries from multiple handheld mobile communication devices of the individual member over time; and

wherein the physical encounter history of a particular individual member includes at least one visual timeline of physical encounters of the particular individual member.

22

**2**. The method of claim **1**, further comprising searching the physical encounter histories of the database by URL in response to a search query that utilizes a search engine.

**3**. The method of claim **2**, further comprising using results of the searching of the physical encounter histories of the database by URL to affect a ranking of the first stationary vendor member in a response to the search query.

**4**. The method of claim **1**, wherein the location history of each individual member includes at least one visual timeline of physical encounters of that individual member.

**5**. The method of claim **1**, further comprising entering digital member entries into the physical encounter histories.

**6**. The method of claim **1**, wherein upon the instances of the physical encounter the URL of the stationary vendor member is transmitted by short range communication to the handheld mobile communication device of the individual member.

**7**. The method of claim **1**, wherein a search of a physical encounter history of a particular individual member is available to the particular individual member, upon the particular individual member signing in to an account at the processing system.

**8**. A method of creating and/or using physical location histories, comprising:

maintaining a processing system that is connected to a telecommunications network and configured to provide an account to an individual member and to a stationary vendor member of a member network;

providing an application that configures a handheld mobile communication device of each individual member of a member network to, upon instances of (i) a physical encounter between the individual member and a stationary vendor member of a plurality of stationary vendor members of the member network at a physical premises of the stationary vendor member, a location of the physical encounter determined by a positioning system in communication with either the handheld mobile communication device or a communication device of the stationary vendor member, when acceptance by the handheld mobile communication device of the individual member of an automatic proposal from the stationary vendor member occurs, and upon instances of (ii) a physical encounter between an individual member and a second individual member of the member network recognized when a short range communication is transmitted by the handheld mobile communication device of one of the individual member and the second individual member to the other of the individual member and the second individual member, transmit automatically to the processing system, a URL of the individual member and a URL of either (i) the stationary vendor member or (ii) the second individual member thereby generating a location history entry, in at least the account of the individual member and of any second individual member participating in the physical encounter, that includes (i) the URL of, and a location of, the stationary vendor member or the secondary vendor member, (ii) a time and date of the physical encounter, and (iii) an identity or the account of the individual member and of the stationary vendor member or second individual member,

the URL of the individual member associated with the individual member before the physical encounter between the individual member and the stationary vendor member or second individual member;

the application maintaining a viewable physical encounter history on the handheld mobile communication device

US 10,380,202 B2

23

that includes URLs from multiple stationary vendor members and is searchable from the handheld mobile communication device (i) by the URL of the individual member and by the URL of either the second individual member or the stationary vendor member, (ii) by geographic location, and (iii) by time of the physical encounter,

maintaining, using the processing system, a database of physical encounter histories of members of the member network whose accounts received the location history entry that was generated during the physical encounters, the individual member's account having data transfer privileges that allow the physical encounter history to be accumulated through transmission of location history entries from multiple handheld mobile communication devices of the individual member over time; and

wherein the physical encounter history of a particular individual member includes at least one visual timeline of physical encounters of the particular individual member.

**9**. The method of claim **8**, wherein each physical encounter history of the database identifies by URL the physical encounters recorded therein of the individual member and of either the second individual member or stationary vendor member.

**10**. The method of claim **8**, further comprising searching the physical encounter histories of the database by URL in response to a search query that utilizes a search engine.

**11**. The method of claim **10**, further comprising using results of the searching of the physical encounter histories of the database by URL to affect a ranking of the stationary vendor member in a response to a search query.

**12**. The method of claim **8**, wherein the short range communication includes a proposal from the second individual member, which the individual member has an option to accept, to transmit the location history entry to the physical encounter history of the individual member.

**13**. The method of claim **8**, further comprising entering digital member entries into the physical encounter histories.

**14**. A system for creating and/or using physical location histories, comprising:

a processing system connected to a telecommunications network and to a positioning system and configured to provide an account to an individual member and to a stationary vendor member of a member network;

an application that configures a handheld mobile communication device of each individual member of the member network to, upon instances of a physical encounter between the individual member and the stationary vendor member of a plurality of stationary vendor members of the member network at a physical premises of the stationary vendor member, the physical encounter recognized by the handheld mobile communication device upon receiving a short range communication from a transmitting device of the stationary

24

member, transmit a URL of the stationary vendor member and a URL of the individual member to the processing system automatically as a result of the physical encounter at the physical premises, thereby generating a location history entry, in at least the account of the individual member, that includes (i) the URL of, and a location of, the stationary vendor member, (ii) a time and date of the physical encounter, and (iii) an identity or the account of the individual member and of the stationary vendor member,

the URL of the individual member associated with the individual member before the physical encounter between the individual member and the stationary vendor member, a location of the individual member at the physical premises determined by a positioning system or by the key data of the stationary vendor member;

each application configured to maintain a viewable physical encounter history on the handheld mobile communication device that includes URLs from multiple stationary vendor members and is searchable from the handheld mobile communication device (i) by URL of the individual member and of the stationary vendor member, (ii) by geographic location, and (iii) by time of the physical encounter, the individual member's account having data transfer privileges that allow the physical encounter history to be accumulated through transmission of location history entries from multiple handheld mobile communication devices of the individual member over time;

the processing system including a database of physical encounter histories of members of the member network whose accounts received the location history entry that was generated during the physical encounters,

wherein the physical encounter history of a particular individual member includes at least one visual timeline of physical encounters of the particular individual member.

**15**. The system of claim **14**, wherein the short range communication from the transmitting device of the stationary vendor member includes a proposal, which the individual member has an option to accept, to transmit the location history entry to the physical encounter history of the individual member.

**16**. The system of claim **14**, wherein the physical location histories also have digital member entries.

**17**. The system of claim **14**, wherein the URL is an address on the world wide web.

**18**. The system of claim **14**, wherein the short range communication involves transfer of the URL of the stationary vendor member.

**19**. The system of claim **14**, wherein the location history entry is also thereby generated in the account of the stationary vendor member.

\*    \*    \*    \*    \*

## EXHIBIT A-1

'202 Patent Claim Chart and Exhibits A-H

| Patent Claim | Google Product |
|---|---|
| *Below is/are non-limiting example(s) of how Google infringes the claim elements of claim 1 of US10380202:* | *Exhibits taken from Google's public domain* |
| 1. A method of creating and/or using physical location histories, | Google maps allows an account holder to create and use physical location history. |
| Maintaining a processing system that is connected to a telecommunications network and configured to provide an account to an individual member and to a stationary vendor member of a member network[1]; | Googles processing system is connected to a telecommunications network (World Wide Web) and is configured to provide an account to an individual member and to a stationary vendor member of a member network of googles account (users) members as follows;<br><br>The stationary member account is currently called "Google My Business". This is a free add-on to all google accounts (users). It provides a profile (aka knowledge panel) that contains a stationary vendor information, and is integrated with Google Maps. See <mark>Exhibit A</mark>.<br><br>Google Maps provides to each individual Google member (user) a URL of an account page with account information. |

| | |
|---|---|
| providing an application that configures a handheld mobile communication device of each individual member of a member network[2] to; | Google Maps - an app that is downloadable on handheld devices configures a handheld mobile communication device of any individual member. |
| upon instances of a physical encounter between the individual member and the stationary vendor member of a plurality of stationary vendor members of the member network at a physical premises of the stationary vendor member, a location of the physical encounter determined by a positioning system in communication with either the handheld mobile communication device or a communication device of the stationary vendor member, | The App utilizes the devices built in Global Positioning Systems (GPS) and utilizes device's shortrange capabilities (Wifi and Bluetooth technology, and other sensors) to know the position of the members location and recognize instances of a physical encounter between the individual member and the stationary vendor member at a physical premises of the stationary vendor member. See Exhibit B |
| and upon acceptance by the handheld mobile communication device of the individual member of an automatic proposal from the stationary vendor member, transmit a URL of the stationary vendor member and a URL of the individual member to the processing system automatically, | Google provides an automatic proposal to the individual member with an option to accept and verify or deny the physical encounter. Upon verification Google stores the encounter of the stationary vendor member's URL  and the individual member's URL to their system. See Exhibit C and Exhibit D. |
| thereby generating a location history entry, in at least the account of the individual member, that includes (i) the URL of, and a location of, the stationary vendor member, | Google generates a location history entry, in the account of the  individual member, that includes (i) the URL of, and the location of, the stationary vendor member, (The URL of |

(ii) a time and date of the physical encounter, and (iii) an identity or the account of the individual member and of the stationary vendor member[3],

the URL of the individual member

associated with the individual member before the physical encounter between the individual member and the stationary vendor member the application maintaining a viewable physical encounter history on the handheld mobile communication device that includes URLs from multiple stationary vendor members[4]

the Google My Business profile info) (ii) the time and date of the physical encounter, and (iii) the identity or the account of the individual member and of the stationary vendor member.

This information of the location history is visible to Google members (users) account within Google Maps under the Timeline tab after the physical encounter.

The Timeline tab shows all records of the physical encounter entries with a link "Place details" to the Google My Business listing (aka knowledge panel) - which is a stationary vendor member. See ==Exhibit C== ==and D.==

and is searchable from the handheld

mobile communication device (i) by URL of the individual member and of the stationary vendor member, (ii) by geographic location, and (iii) by time of the physical encounter, maintaining, using the processing system, a database of physical encounter histories of members of the member network whose accounts received the location history entry that was generated during the physical encounters[5]

The Timeline tab lists each entry with the time and location information.

Google Maps Timeline offers multiple options of looking up the location history entries by the individual member account

by clicking the Timeline Tab within Google Maps and of the stationary vendor member by opening the Google My Business link for the place's info card by geographic location,

By finding the place on Google Maps map interface. Within the Google Maps Timeline Tab.

By selecting a date within the Google Maps Location History Timeline Tab.

See ==Exhibit C and D.== and ==Exhibit C== ==and E==

| | |
|---|---|
| the individual member's account having data transfer privileges that allow the physical encounter history to be accumulated through transmission of location history entries from multiple handheld mobile communication devices of the individual member over time[6]; and wherein the physical encounter history of a particular individual member includes at least one visual timeline of physical encounters of the particular individual member. | Google's system allows the individual members account to connect multiple hand mobile communication devices on the account such that the individual member can accumulate location history entities from multiple mobile communication devices of the individual over time; See Exhibit F <br><br> ==For a complete visual record of how Google's timeline works see this video:== <br><br> ==https://drive.google.com/file/d/1wbZVJhsFusMXjpRsnRPYsjhthNJ5Sp-N== |

| Below is/are non-limiting example(s) of how Google infringes the claim elements of claims 2-7 of US 10380202 | *Exhibits taken from Google's public domain* |
|---|---|
| 2. The method of claim 1, searching the physical encounter histories of<br><br>the database by URL in response to a search query that utilizes a search engine | When the individual member carrying their mobile device searches, Google's algorithm feeds them results that are similar to where they've been. See Exhibit G. |
| 3. The method of claim 2, using results of the searching of the physical encounter histories of the database by URL to affect a ranking of the first stationary vendor member in a response to the search query | Google's algorithm uses the results of the<br><br>search referenced in claim 2 to affect the ranking of the stationary vendor member in response to the search query. Exhibit H |
| 4. The method of claim 1, the location history of each individual member includes at least one visual timeline of physical encounters of that individual member. | Google Maps location history application allows the user to go to MyTimeline or MyPlaces and see a visual timeline of the individual member's physical encounters (physical places that the individual member encountered over time) |
| 5. The method of claim 1, entering digital member entries into the physical encounter histories. | For example, Google's Google Photos within Google Timeline allows the user to take a photo and enter it into the location history.<br><br>See Exhibit C. |

| | |
|---|---|
| 6. The method of claim 1, upon the instances of the physical encounter the URL of the stationary vendor member is transmitted by short range communication to<br><br>the handheld mobile communication device of the individual member. | For example, one way Google implements this<br><br>is that upon the physical encounter the stationary vendor member's URL is transmitted<br><br>by short range communication from an Eddystone beacon or from a router or other infrastructure in or near the stationary vendor member to the handheld mobile communication device of the individual member |
| 7. The method of claim 1, a search of a physical encounter history of a<br><br>particular individual member is available to the particular individual member, upon the<br><br>particular individual member signing in to an account at the processing system. | Google's app allows the individual member to<br><br>search their physical encounter history, called location, as a result of registering for an<br><br>account with Google's system linked to its<br><br>processing system |

| Below is/are non-limiting example(s) of how Google infringes the claim elements of claim 14 of US10380202: | Exhibits taken from Google's public domain |
|---|---|
| 14. A system for creating and/or using physical location histories, | Google maps allows an account holder to create and use physical location history. |
| a processing system connected to a telecommunications network and to a positioning system and configured to provide an account to an individual member and to a stationary vendor member of a member network[1]; | Googles processing system is connected to a telecommunications network (World Wide Web) and is configured to provide an account to an individual member and to a stationary vendor member of a member network of googles account (users) members as follows; |
| | The stationary member account is currently called "Google My Business". This is a free add-on to all google accounts (users). It provides a profile (aka knowledge panel) that contains a stationary vendor information, and is integrated with Google Maps. ==See Exhibit A.== |
| | Google Maps provides to each individual Google member (user) a URL of an account page with account information. |
| | Google stores the location history of the individual members in their system in order to be able to provide and use the information as mentioned below |

7

| | |
|---|---|
| an application that configures a handheld mobile communication device of each individual member of a member network[2] to, upon instances of a physical encounter between the individual member and the stationary vendor member of a plurality of stationary vendor members of the member network at a physical premises of the stationary vendor member, the physical encounter recognized by the handheld mobile communication device upon receiving a short range communication from a transmitting device of the stationary member, transmit a URL of the stationary vendor member and a URL of the individual member to the processing system automatically, as a result of the physical encounter at the physical premises[7], | Google Maps - an app that is downloadable on handheld devices configures a handheld mobile communication device of any individual member.<br><br>The App utilizes the devices built in Global Positioning Systems and the stationary vendors communication device (- Wifi an Bluetooth technology, and other sensors) to know the position of the members location and recognize instances of a physical encounter between the individual member and the stationary vendor member at a physical premises of the stationary vendor member. See <mark>Exhibit B</mark> |
| thereby generating a location history entry, in at least the account of the individual member, that includes (i) the URL of, and a location of, the stationary vendor member, (ii) a time and date of the physical encounter, and (iii) an identity or the account of the individual member and of the stationary vendor member[3],<br><br>the URL of the individual member associated with the individual member before the physical encounter between the individual member and the stationary vendor member | Google generates a location history entry, in the account of the  individual member, that includes (i) the URL of, and the location of, the stationary vendor member, (The URL of the Google My Business profile info) (ii) the time and date of the physical encounter, and (iii) the identity or the account of the individual member and of the stationary vendor member,<br><br>This information of the location history is visible to Google members (users) account within |

8

| | |
|---|---|
| A location of the individual member at the physical premises determined by a positioning system or by the key data of the stationary vendor member each application configured to maintaining a viewable physical encounter history on the handheld mobile communication device that includes URLs from multiple stationary vendor members[4] | Google Maps under the Timeline tab after the physical encounter. The Timeline tab shows all records of the physical encounter entries with a link "Place details" to the Google My Business listing (aka knowledge panel) - which is a stationary vendor member. See Exhibit C and D. |
| and is searchable from the handheld mobile communication device (i) by URL of the individual member and of the stationary vendor member, (ii) by geographic location, and (iii) by time of the physical encounter, | The Timeline tab lists each entry with the time and location information. Google Maps Timeline offers multiple options of looking up the location history entries. by  the individual member account by clicking the Timeline Tab within Google Maps. and of the stationary vendor member by opening the Google My Business link for the place's info card. by geographic location, by finding the place on Google Maps map interface. Within the Google Maps Timeline Tab. By selecting a date within the Google Maps Location History Timeline Tab. See Exhibit E |
| the individual member's account having data transfer privileges  that allow  the physical encounter history to be accumulated through | Google's system allows the individual members account to connect multiple hand mobile communication devices on the account |

9

| | |
|---|---|
| transmission of location history entries from multiple handheld mobile communication devices of the individual member over time; and the processing system including a database of physical encounter histories of members of the member network whose accounts received the location history entry that was generated during the physical encounters wherein the physical encounter[5] history of a particular individual member includes at least one visual timeline of physical encounters of the particular individual member | such that the individual member can accumulate location history entities from multiple mobile communication devices of the individual over time; See Exhibit F. For a complete visual record of how Google's timeline works see this video: https://drive.google.com/file/d/1wbZVJhsFusMXjpRsnRPYsjhthNJ5Sp-N |

| Below is/are non-limiting example(s) of how Google infringes the claim elements of claims 15-18 of US10380202 | |
|---|---|
| 15. The system of claim 14, the short range communication from the transmitting device of the stationary vendor member includes a proposal, which the individual member has an option to accept, to transmit the location history entry to the physical encounter history of the individual member. | Google provides an automatic proposal to the individual member with an option to accept and verify or deny the physical encounter. Upon verification Google stores the encounter of the stationary vendor member's URL  and the individual member's URL to their system. See Exhibit C and D |
| 16. The system of claim 14, wherein the physical location histories also have digital member entries. | For example, Google's Google Photos within Google Timeline allows the user to take a photo and enter it into the location history. See Exhibit C. |
| 17. The system of claim 14, wherein the URL is an address on the world wide web. | For example, the URL is an address on the world wide web |
| 18. The system of claim 14, wherein the short range communication involves transfer of the URL of the stationary vendor member. | The short range communication in some cases includes the URL of the store |

[1]See patent specification in exhibit A, column 8, lines 60-end:

"In a preferred embodiment, customers of the system of the present invention sign up at a web site for a fee and obtain an account with the system, thereby becoming a member of the network. In certain other preferred embodiments, no fee will be charged. By signing up the members thereby obtain data receiving privileges. They also thereby obtain limited data transmitting privileges"

[2] See patent specification in exhibit A, column 9, line 30-35:

"In a second more preferred embodiment depicted in FIGS. 6-8, the network device is not registered upon sign up. Rather, any network device can be used by any member of the system provided it has software in it. Upon sign up for the system, a member selects a user name and password that will be uniquely associated with his account on the database. Alternatively, the new member of the network provides some other authentication data which is uniquely associated with his particular account."

[3] See patent specification in exhibit A, column 11, line 20-45:

"As shown in FIG. 3, the minute you enter the store your electronic communication device, such as a cell phone, receives a message or signal from the store's pre-positioned transmitting cell phone or other transmitting device near any of the entrances of the premises. The data that the store is proposing to transmit to you is the store's electronic business card, the store's URL or other an advertisement or promotional information from the store. It would be key data that the store, as a member of the network, previously provided to an account at database. Again, purely by way of an illustration of one preferred embodiment of the manner in which the transmission would take place, if the member who receives a signal from the vendor member or store then hits the button on his cell phone to accept and store the information, the data is transmitted, stored and automatically sent to the database on the system web site at the member's account at database that holds the digital leg history (e.g. 10A) of the individual member. FIG. 3A shows that the store has other pre-positioned electronic communication devices at other entrances to is premises.

Although the drawing figures show database as being located at a system web site, the present invention also contemplates database being located remote from network device held by the member at any telecommunications network. Typically, said telecommunications network would be a global network such as the world wide web, although it does not have to be."

[4] See patent specification in exhibit A column 20, line 65:

"When a person signs up and provides key data, the person also provides a pre-existing URL or is given a new URL by the system"

[5] See patent specification in exhibit A, column 5, line 40-50 & 60-65 & column 14 lines 65-end

"(13) to provide such a digital history wherein digital network entries automatically include a viewable recordation of time and place of entry and wherein digital member entries automatically include a viewable recordation of time and place of entry, the place of entry information coming from a global positioning system that the person is in communication with"

"(17) to provide to provide a method and apparatus that allows a person to capture, access and relive important moments or periods of the person's life in the form of a digital "leg" history and that simultaneously provides a format for businesses to advertise within the digital "leg" history".

"Furthermore, the place of entry and the time of entry are separate labels that are independent of the content of the entry itself."

---

[6] See patent specification in exhibit A, column 9, line 30-35

"Rather, any network device can be used by any member of the system provided it has software in it"

[7] See patent specification in exhibit A, column 15, line 45-60

"In a further preferred embodiment, in the data bank of his leg history for the day, all entries have a time stamp and also have a geographical place stamp because the system makes use of a GPS or other navigational system that is activated at the moment the accountholder uploads either a digital network entry or a digital member entry into his databank on the system.

The digital network entries and the digital member entries are automatically transmitted to a database located on a telecommunications network at the time of entry. "At a time of entry" means when the digital network entry or the digital member entry is captured by and entered into the network device, and preferably when these entries are entered into device for the first time. When a person wants to review their digital leg history, they obtain access to the entire digital history for viewing by simply going to the web site of the system and accessing the database, after entry of authentication data."

# US10380202 Exhibits

---

*CLAIM '202 Independent claim 1, Element 1:*
*"Maintaining a processing system that is connected to a telecommunications network and configured to provide an account to an individual member and to a stationary vendor member of a member network";*

---

## Exhibit A: US10380202

https://www.google.com/business/faq/?gmbsrc=us-en-ha-se-z-gmb-s-z-h~bk%3B



# All your Google My Business questions, answered

- ### What is Google My Business and what do I get with it?

Google My Business is a free tool that allows you to promote your Business Profile and business website on Google Search and Maps. With your Google My Business account, you can see and connect with your customers, post updates to your Business Profile, and see how customers are interacting with your business on Google.

- ### What is a Business Profile?

Your free Business Profile on Google helps your business show up when it matters most: the moment customers are searching for your business or products or services like yours on Google Search and Maps. Log into your Google My Business account to update your address, phone number, website, open hours, and more to help customers find and connect with your business. Keep your profile updated with fresh photos, special offers, and promotions to make it easy for customers to choose you.

Example of business URL profile:



# Exhibit B US10380202

*Claim '202 Independent claim 1, Element 1:*
*providing an application that configures a handheld mobile communication device of each*
*individual member of a member network  to;*

*upon instances of a physical encounter between the individual member and the stationary*
*vendor member of a plurality of stationary vendor members of the member network at a*
*physical premises of the stationary vendor member, a location of the physical encounter*
*determined by a positioning system in communication with either the handheld mobile*
*communication device or a communication device of the stationary vendor member,*

https://support.google.com/accounts/answer/3467281?hl=en

## Help your phone get a more accurate location (Google Location Services a.k.a. Google Location Accuracy)

### Turn your phone's location accuracy on or off

1. Open your device's Settings app.
2. Tap Location.
   - If you don't see "Location," follow the steps for older Android versions.
3. Tap Advanced  Google Location Accuracy.
4. Turn Improve Location Accuracy on or off.

When Google Location Accuracy is on

When you have Google Location Accuracy turned on, your phone uses these sources to get the most accurate location:

- GPS
- Wi-Fi
- Mobile networks
- Sensors

When Google Location Accuracy is off

**Let your phone scan for nearby networks or devices**

To help apps get better location info, you can let your phone scan for nearby Wi-Fi access points or Bluetooth devices.

1. Open your device's Settings app.
2. Tap Location.
   - If you don't see "Location," follow the steps for older Android versions.
3. Tap Wi-Fi and Bluetooth scanning.
4. Turn Wi-Fi scanning or Bluetooth scanning on or off.



==Exhibit C & D== ==Exhibit C & D== US10380202

*Claim '202 Independent claim 1, Element 1:*
*"and upon acceptance by the handheld mobile communication device of the individual member of an automatic proposal from the stationary vendor member, transmit a URL of the stationary vendor member and a URL of the individual member to the processing system automatically,*

*thereby generating a location history entry, in at least the account of the individual member, that includes (i) the URL of, and a location of, the stationary vendor member, (ii) a time and date of the physical encounter, and (iii) an identity or the account of the individual member and of the stationary vendor member*

*the URL of the individual member associated with the individual member before the physical encounter between the individual member and the stationary vendor member the application maintaining a viewable physical encounter history on the handheld mobile communication device that includes URLs from multiple stationary vendor members*

https://support.google.com/maps/answer/6258979?co=GENIE.Platform%3DiOS&hl=en&oco=0

# Google Maps Timeline

You can view and manage your Location History information through Google Maps Timeline, which is available to both mobile and desktop users. In Timeline, you can edit specific entries from your Location History, delete information from ranges in time or delete all of your Location History data. Your Timeline is private, so only you can see it.

If you have other settings like Web & App Activity turned on and you pause Location History or delete location data from Location History, you may still have location data saved in your Google Account as part of your use of other Google sites, apps, and services. For example, location data may be saved as part of activity on Search and Google Maps when your Web & App Activity setting is on, and included in your photos, depending on your camera app settings.

Android Computer, iPhone & iPad

Note: You can see Timeline on the Google Maps app version 9.12 and up. If your Google Maps app is older, visit maps.google.com/timeline on your desktop or mobile browser to see Timeline.

# Create Timeline

When you turn on Location History, your Timeline will reflect the places you have gone with the devices in which your account is logged-in and which are reporting location. Learn more about Location History.

Open Timeline:

1. On your Android phone or tablet, open the Google Maps app   .
2. Tap Account Circle  ⊖  ›  Your Timeline  〰  .
3. Tap More  ⋮  ›  Settings.
4. Make sure you see "Location is on." If you don't, tap Location is off  ›  turn on Location.
5. Make sure you see "Location History is on." If you don't, tap Location History is off  ›  turn on Location History.

# See your travels

Timeline will include where you travelled and the way you travelled from place to place, like walking, biking, driving, or public transportation, during the times when you have Location History turned on.

1. On your Android phone or tablet, open the Google Maps app   .
2. Tap Account Circle  ⊖  ›  Your Timeline  〰  .
3. To see another day or month, tap Show calendar  🗓  ›  swipe left or right and tap a day

Tip: To see places that you've visited recently, tap Saved  ▢  ›  Visited.

# Turn on or pause Location History

When you turn on Location History, Google records your location data and places in your Google Account, even when you're not using Google Maps. To turn on or pause your Location History, follow the steps below:

1. On your Android phone or tablet, go to Timeline.
2. Click Settings  ›  Location History  ›  Choose Enable Location History or Pause Location History.

Learn more about how to manage or delete your Location History.

# Edit Timeline

# Change the places you visited and activities you have done

# Switch between miles and kilometers

# Delete a day

# Delete location history

## Improve the accuracy of Timeline

Occasionally, you may find mistakes on Timeline. For example, when you are in dense urban areas, Timeline may show that you visited one restaurant when in fact you dined at another nearby. You can help us improve the accuracy of Timeline to limit the likelihood that this will happen by doing the following:

1.  Turn on Web & App Activity: If you have previously turned on Web & App Activity, Timeline will use information from your use of other Google products (like Google Search) during the time it was on. For example, if you searched for a local restaurant Timeline will consider that information when determining whether you visited that restaurant or the one next door.
2.  Confirm where you've been: You can manually confirm the places that you have been by recording them directly on Timeline.

# Confirm current locations in Timeline and see places near you

You can confirm your location in Google Maps in real time, even if you don't have Location History turned on. Confirming places you go can help you remember how many times you've been to the area, and how you got there.

Locations you confirm are visible in Timeline, and you can delete them individually, or by deleting your Location History. Learn more about how to manage your Location History.

1.  On your Android phone or tablet, open the Google Maps app    .
2.  Tap on the blue dot  ›  See nearby places.
3.  Scroll through the list of places and choose your current location.
4.  On the next screen, under "Are you here now?" tap Yes.
5.  Tap View in Timeline to look at all the places you've been and the times you were there.

You can also confirm your location in real time from Google Chrome or the Google app:

1.  Open Google Maps in Chrome or the Google app.
2.  Search for your current location.
3.  Tap "More about [this place]."
4.  Tap "Yes" when you see "Are you here now?"

## Tips and tricks

Find the last time you visited a place

If a visit to a place is in Timeline, you can see the last time you visited from the place's info card in Google Maps. Here's how:

1. On your Android phone or tablet, open the Google Maps app 👤 .
2. Tap Account Circle 👤 › Your Timeline 〜 .
3. Select a place from Timeline.
4. Tap Details.
5. Scroll down until you see "You visited [x] ago."

Note: You'll only see this info if the place is already in your timeline.

## Find Google Photos in Timeline

You can choose to link your Google Photos account with Timeline. When this setting is enabled, photos will show up in Timeline when they're uploaded to Google Photos. To control whether your Google Photos appear in Timeline or not, follow these steps:

1. On your Android phone or tablet, open the Google Maps app 👤 .
2. Tap Account Circle 👤 › Your Timeline 〜 .
3. Tap More ⋮ › Settings.
4. Under "Timeline" find "Google Photos."
   • To show photos on Timeline, make sure the switch is on.
   • To stop photos from showing up on Timeline, make sure the switch is off.

Note: You can remove photos from Timeline, but this will not result in them or their metadata being deleted from Google Photos.



## Exhibit D: US10380202

## Snapshot of the timeline view in Google maps





**Exhibit E:** US10380202

*"and is searchable from the handheld*
*mobile communication device (i) by URL of the individual member and of the stationary vendor member, (ii)*
*by geographic location, and (iii) by time of the physical encounter, maintaining, using the processing system,*
*a database of physical encounter histories of members of the member network whose accounts received the*
*location history entry that was generated during the physical encounters"*

Google Maps users view of a sample date.

Fig. 1



Clicking here brings the user to the specific vendor member page. See fig. 2

Pictures automatically upload tagged with time and location records and shows in the URL encounter of the location history

Fig. 2



**YOU WERE AT**

**Walmart Supercenter**

4400 E 2nd St, Casper, WY 82609

2:25 PM to 4:35 PM



Clicking on DETAILS brings the user to the URL page for this specific vendor member. See fig. 3

⊕ Add a stop in Walmart Supercenter

🪁 From Google Photos



Pictures automatically upload tagged with time and location records and shows in the URL encounter of the location history

Fig 3



Dynamic data constantly updating

Location history

## Exhibit F: US10380202

*Claim '202 Independent claim 1, Element 1:*
*"the individual member's account having data transfer privileges that allow the physical encounter history to be accumulated through transmission of location history entries from multiple handheld mobile communication devices of the individual member over time ; and wherein the physical encounter history of a particular individual member includes at least one visual timeline of physical encounters of the particular individual member".*

https://myaccount.google.com/activitycontrols/location?pli=1



**Exhibit G: US10380202**

*searching the physical encounter histories of
the database by URL in response to a search query
that utilizes a search engine*

https://support.google.com/maps/answer/7677966?co=GENIE.Platform%3DAndroid&hl=en

# Find places you'll like

As you use Google Maps more often, you'll see matches for various places. These matches show how well a place matches your preferences.

## How to get matches

To see your matches, you need to:

- Sign in to your account
- Turn on Web & App Activity

Note: If you don't see your matches or they're not very accurate, you may need to rate places and set your preferences (see below).

How matches are created

Your matches show how well different places fit with your preferences. They're unique to you and improve over time. Matches are based on:

- Any dietary restrictions or cuisines that you list in your preferences
- The types of cuisine and restaurants you typically visit or avoid
- Whether you've saved, rated, or visited a place or somewhere similar
- Your interactions with places on Google Maps or Google Search

How ratings affect your matches

When you rate and review places in Google Maps, you give us a better idea of the places you like. The more you rate places, the more accurate your matches will be.

## Improve your matches

Your matches are based on your Google Location History and Web & App Activity, which includes your Google searches. To make your matches more accurate, follow these steps:

### Turn on Location History

Learn how to manage your Location History.

### Update your preferences

1. On your Android phone or tablet, open the Google Maps app   .
2. Tap Account Circle ⊖  ›  Settings ⚙.
3. Under "Exploring places," tap Food & drink preferences.
4. Choose your dietary preferences (such as vegetarian, gluten-free, or alcohol-free).
5. Choose your cuisine or interests.
6. To list more items, under "Interested" or "Less interested," tap Add ＋ ›  an option ›  Add preferences.

### Rate more places

Learn how to review places you've visited in Google Maps.

### Add places as favorites

The more places you save as favorites, the more accurate your matches will be.

Learn how to save places you like in Google Maps.

## Clear your feedback about places

To remove places from your "Interested" or "Not Interested" lists:

1. On your Android phone or tablet, open the Google Maps app   .
2. Tap Account Circle ⊖  ›  Settings ⚙.
3. Tap Exploring places  ›  Your feedback about places.
4. Next to the place you want to remove, tap Clear ✕.

## Exhibit H: US10380202

Claim:
"using results of the searching of the physical encounter histories of the database by URL to affect a ranking of the first stationary vendor member in a response to the search query"

**https://maps.googleblog.com/2015/09/discover-deliciousness-with-explore-in.html**

The official blog for Google Maps

### Discover deliciousness with "explore" in Google Maps

September 2, 2015

Whether you're a tourist looking for a casual dinner or a local trying to find a new neighborhood watering hole, Google Maps for mobile provides the most detailed and useful information so you can make the best decision on where to go. Starting today in Google Maps for Android in the US and UK, you'll be able to uncover the best your city has to offer with our updated explore feature. And in NYC, San Francisco and London, you'll enjoy curated recommendations from Google Maps. Now you can discover what is unique (and delicious!) about the neighborhood you're in -- whether it's pre-theater dining in the Theater District in NYC, Dolores Park picnic fare in the Mission in San Francisco or centuries-old pubs in The City in London.

Having the best local guide is great, but what's better: having the best local guide *for you*. To do that, you've got to know where you're going, the time of day for your meal, and what vibe you want. After all, the best spot for a quick bite alone may not be your top pick for a dinner with friends. With today's Google Maps update, no matter the occasion — think *Lunch nearby* right now or *Best spots for dinner with kids* this weekend — you can be confident that Google Maps has you covered.

Once you pick the category that suits your craving, you can see in-depth details about each location. Swipe through photos, get details (family-friendly? quick bite?), and check out ratings and reviews from Google and other diners. And for select spots, you also discover why it may be particularly relevant to you: for example, Google Maps may recommend a place that's popular with other diners who visited a place you've been to in the past.

While Google Maps may offer a suggested list, such as lunch or dinner based on your location and time of day, sometimes a change of scenery is in order! Never fear, all options for nearby neighborhoods, categories and cuisines are all just one tap away. And if you don't find the perfect place at first glance, you can choose to load more places from the area, expand the area or switch to a different category.

Now enjoy, and eat up!