

**FENWICK & WEST LLP**

902 BROADWAY, SUITE 14   NEW YORK, NY 10010-6035

TEL 212.430.2600   WWW.FENWICK.COM

January 25, 2021

KEVIN X. MCGANN
PARTNER

EMAIL: KMCGANN@FENWICK.COM
Direct Dial: +1(212)430-2745

**VIA ECF**

Honorable Alvin K. Hellerstein
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>Weisner v. Google LLC,</u> 1:20-cv-02862-AKH (S.D.N.Y.)

Dear Judge Hellerstein:

    We represent Defendant Google LLC ("Google") in the above-referenced matter. Pursuant to Your Honor's individual rules, we write to request an extension of time for Google to answer, move or otherwise respond to Plaintiff Weisner's Second Amended Complaint by fourteen days, up to an including February 19, 2021.

    The current deadline for Google to answer, move or otherwise respond to the Second Amended Complaint is February 5, 2021. There have been no prior requests to extend this date. Weisner, through his counsel, has consented to this extension. There are no other deadlines scheduled that will be affected by this extension.

    For the reasons set forth above, Google respectfully requests a 14-day extension of time to answer, move or otherwise respond until and including Friday, February 19, 2021.

    Thank you for your consideration of this matter.

                                                 Respectfully submitted,

                                                 FENWICK & WEST LLP

                                                 /s/ *Kevin X. McGann*
                                                 Kevin X. McGann (#2842425)

cc:    Jacob Ginsburg (jg@jacobginsburglaw.com)
       Shmuel Nemanov (snemanov@gmail.com)