**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SHOLEM WEISNER and SHMUEL NEMANOV,

    Plaintiff and Involuntary Plaintiff,

        -against-    20 **CIVIL** 2862 (AKH)

           **JUDGMENT**

GOOGLE LLC.

           Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 28, 2021, Defendant's motion to dismiss is granted. Plaintiff's request for leave to file an amended complaint is denied as futile and for repeated failure to cure deficiencies; accordingly, this case is closed.

**Dated:** New York, New York
       July 28, 2021

                               **RUBY J. KRAJICK**
                                  _____
                                  **Clerk of Court**
                    **BY:**
                                  **Deputy Clerk**