# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SHOLEM WEISNER, ET AL, <br> *Plaintiff* | ) ) | |
| v. | ) | Case No. 1:20-cv-02862-AKH |
| GOOGLE, LLC, ET AL., <br> *Defendant* | ) ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SHOLEM WEISNER.

Date: 11/22/2021

/s Christopher W Niro
*Attorney's signature*

Christopher W Niro
*Printed name and bar number*

Aronberg Goldgehn
330 N. Wabash Ave., Suite 1700
Chicago, IL 60611-3586
*Address*

cniro@agdglaw.com
*E-mail address*

(312) 755-3161
*Telephone number*

(312) 222-6381
*FAX number*