IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER, SHMUEL NEMANOV,<br><br>Plaintiff and Involuntary Plaintiff,<br><br>v.<br><br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 1:20-cv-02862-AKH |

## DECLARATION OF MATTHEW DE PRETER IN SUPPORT OF HIS MOTION TO WITHDRAW AS COUNSEL FOR SHOLEM WEISNER

1. I, Matthew De Preter, declare under penalty of perjury pursuant to 28 U.S.C Sect 1746 that:

2. I am an attorney at law and member of the law firm Aronberg Goldgehn Davis & Garmisa with offices at 330 N. Wabash Ave. Suite 1700, Chicago, Illinois 60611 ("AG Law").

3. I filed and was granted leave to appear *pro hac vice* on behalf of Plaintiff Sholem Weisner in the above captioned case.

4. I am no longer engaged by Mr. Weisner to represent him in connection with this action.

5. My partner, William Niro was never engaged by Mr. Weisner to represent him but has inadvertently been added to the Court's docket as an attorney to be noticed.

6. Sholem Weisner will continue to be represented by the other attorneys, specifically lead counsel Jacob Ginsburg of Jacob Ginsburg, Esq. PLLC.

7. I respectfully request to withdraw as counsel of record for Sholem Weisner and that

both myself and Mr. William Niro are removed from the docket in this matter.

8. I am not asserting a charging or retaining lien.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and acknowledge that if they are willfully false, I am subject to punishment under penalty of perjury.

DATED: December 15, 2022         /s/ *Matthew De Preter*
                                 **Matthew De Preter**