UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV, <br><br> Plaintiff and Involuntary Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 20-cv-02862-AKH |

**DECLARATION OF DANIEL RABINOWITZ IN SUPPORT OF GOOGLE'S PROPOSED CONSTRUCTIONS PROVIDED IN THE JOINT CLAIM CONSTRUCTION CHART**

I, Daniel Rabinowitz, declare as follows pursuant to 28 U.S.C. § 1746:

1. I am an associate with the law firm Fenwick & West LLP, and an attorney for Defendant Google LLC. I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would competently testify thereto. I understand that willful false statements are punishable by fine or imprisonment or both. If called to testify as to the truthfulness of the matters stated herein, I could and would so testify.

2. Exhibit A to this declaration is a true and correct copy of the October 29, 2008 Response to Office Action, from a certified copy of the prosecution history for U.S. Patent Application No. 11/811,165, produced with production numbers FH-000200-221.

3. Exhibit B to this declaration is a true and correct copy of the August 13, 2009 Response to Office Action, from a certified copy of the prosecution history of U.S. Patent Application No. 11/811,165, produced with production numbers FH-000255-267.

4. Exhibit C to this declaration is a true and correct copy of the June 1, 2017 Response to Office Action, from a certified copy of the prosecution history of U.S. Patent Application No. 11/811,165, produced with production numbers FH-000306-314.

5. Exhibit D to this declaration is a true and correct copy of the March 13, 2018 Response to Office Action, from a certified copy of the prosecution history of U.S. Patent Application No. 11/811,165, produced with production numbers FH-000438-452.

6. Exhibit E to this declaration is a true and correct copy of the Office Action with a mail date of March 7, 2019, from a certified copy of the prosecution history of U.S. Patent Application No. 16/175,878, produced with production numbers FH-000624-629.

7. Exhibit F to this declaration is a true and correct copy of the Notice of Allowability and Office Action with a mail date of May 3, 2019, from a certified copy of the prosecution history of U.S. Patent Application No. 16/175,878, produced with production numbers FH-000685-691.

8. Exhibit G to this declaration is a true and correct copy of the Office Action with a mail date of January 13, 2020, from a certified copy of the prosecution history of U.S. Patent Application No. 16/580,041, produced with production numbers FH-001263-1269.

9. Exhibit H to this declaration is a true and correct copy of the Electronic Terminal Disclaimer filed on February 18, 2020, from a certified copy of the prosecution history of U.S. Patent Application No. 16/580,041, produced with production numbers FH-001309-1311.

10. Exhibit I to this declaration is a true and correct copy of the automatic notice of approval of the Electronic Terminal Disclaimer filed on February 18, 2020, from a certified copy of the prosecution history of U.S. Patent Application No. 16/580,041, produced with production numbers FH-001314.

Executed in New York, NY on February 27, 2023.

_____
Daniel Rabinowitz

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023, a copy of

**DECLARATION OF DANIEL RABINOWITZ IN SUPPORT OF GOOGLE'S PROPOSED CONSTRUCTIONS PROVIDED IN THE JOINT CLAIM CONSTRUCTION CHART**

was caused to be served upon the following in the manner indicated:

| | |
|---|---|
| **Jacob Ginsburg**<br>Jacob Ginsburg, Esq. PLLC<br>One Concord Drive<br>Monsey, NY 10952<br>Tel: 845-371-1914<br>Email: jg@jacobginburglaw.com | *VIA ECF* |
| **Shmuel Nemanov**<br>1361 St. John's Place<br>Apt. 1-B<br>Brooklyn, NY 11213<br>Email: snemanov@gmail.com | *VIA MAIL AND ELECTRONIC MAIL* |

                                                */s/ Daniel Rabinowitz*
                                                Daniel Rabinowitz (NY Bar # 5549209)