UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SHOLEM WEISNER,

                  Plaintiff,

   -against-

GOOGLE LLC and SHMUEL NEMANOV.

      Defendant and Involuntary Party.

------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The following is the procedure to be followed.

1. No later than April 18, 2023, Defendant shall tender to Plaintiffs a proposed protective order. The parties shall meet and confer to resolve any disputes and submit a joint letter to the Court summarizing their respective positions on any remaining disputes no later than April 26, 2023.

2. No later than April 28, 2023, the parties shall make required disclosures pursuant to Fed. R. Civ. P. 26.

3. No later than May 12, 2023, Plaintiff Weisner shall submit a statement identifying Google's acts, devices, and systems constituting the alleged infringement, and the particular aspects of the patent claims that are infringed.

4. No later than May 30, 2023, Defendant shall submit a list of individuals with knowledge of the acts, devices, and/or systems identified in Weisner's submission.

5. The parties shall appear for a status conference on June 1, 2023 at 2:15 p.m. No later than May 30, at 12:00 p.m., the parties shall jointly submit to the court (via HellersteinNYSDChambers@nysd.uscourts.gov) an agenda of subjects to be discussed, and a list of all counsel expected to appear on the record, along with their contact information.

6. The Court rules that given the existing lawsuit in the Supreme Court of Kings County as to the owner of the patents at issue, the Court declines at this time to exercise supplemental jurisdiction.

SO ORDERED.

Dated:   April 4, 2023                          /s/ Alvin Hellerstein_____
         New York, New York                     ALVIN K. HELLERSTEIN
                                                United States District Judge