**THE BERKMAN LAW OFFICE, LLC**

829 E 15TH STREET, BROOKLYN, NY 11230 | P 718.855.3627 F 718.855.4696 | BERKMANLAW.COM

June 1, 2023

**BY ECF**
Hon. Alvin K. Hellerstein
United States District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse500 Pearl Street
New York, New York 10007

    Re:  *Weisner, et al. v. Google LLC*
          Case no. 20-cv-02862

Dear Judge Hellerstein,

    This letter is to inform the Court that this firm is in the process of being retained as counsel, together with another firm that specializes in patent law, by Defendant Shmuel Nemanov. Unfortunately, neither I nor the other firm are able to appear at the conference today because we have not yet actually been retained and are therefore not yet in a position to appear on the record and speak for Mr. Nemanov. Further, I have a preexisting conflicting engagement. I thought it useful, though, to let the Court know that we do anticipate Mr. Nemanov having counsel soon.

    We thank the Court for its accommodations in this matter.

                                           Respectfully yours,

                                           Robert J. Tolchin