UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SHOLEM WEISNER, SHMUEL NEMANOV                                    :   Case No.: 1:20-cv-02862-AKH
                                                                  :
   **Plaintiff and Involuntary Plaintiff,**                       :
         v.                                                       :
                                                                  :
GOOGLE LLC                                                        :
                                                                  :
   **Defendant.**                                                 :
------------------------------------------------------------------X

# NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that upon the accompanying Declaration of Steven Horowitz, Esq. (formerly of Dr. Mark Friedman, Ltd.), Steven Horowitz seeks leave to withdraw as counsel for Plaintiff Sholem Weisner.

Dated:  July 24, 2023
      Raanana, Israel

Respectfully submitted,

\_\_s/ Steven Horowitz
Steven Horowitz (SH3966)
Hachashmonaim 10/6
Raanana 4325505 Israel
Tel: 972-54-9927127
sh@patentny.com
Of Counsel to:
Ostrolenk Faber LLP
845 Third Ave
New York, New York 10022
Tel: 212-382-0700
Fax: 212-382-0888

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of July, 2023, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** to be served on all counsel of record via the Court's ECF filing system pursuant to Federal and local rules.

        */s/ Steven Horowitz*
        Steven Horowitz, Esq.
        Hachashmonaim 10/6
        Raanana 4325505 Israel
        Tel: 972-54-9927127