UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV, <br><br> Plaintiff and Involuntary Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 20-cv-02862-AKH <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF DEFENDANT GOOGLE LLC'S MOTION TO WITHDRAW RINA PLOTKIN AS COUNSEL FOR GOOGLE LLC**

**PLEASE TAKE NOTICE** that Defendant Google LLC ("Google"), based upon this Notice and accompanying Memorandum of Law, will move this Court before the Honorable Alvin K. Hellerstein at the United States District Courthouse for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, at a date and time to be determined by the Court, for an Order withdrawing Ms. Rina Plotkin as counsel for Defendant Google LLC.

Dated:  August 4, 2023

Respectfully submitted,

FENWICK & WEST LLP

By:  */s/ Kevin X. McGann*
Kevin X. McGann (NY Bar #2842425)
Email: kmcgann@fenwick.com
Daniel Rabinowitz (NY Bar #5549209)
Email: drabinowitz@fenwick.com
Olivia L. Wheeling (NY Bar #5881784)
*Admitted pro hac vice*
Email: owheeling@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, Suite 14
New York, NY  10010-6035
Telephone:     212.430.2600

Allen Wang (Calif. State Bar #278953)
*Admitted pro hac vice*
Email: allen.wang@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500

*Attorneys for Google LLC*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2023, I caused a copy of

**NOTICE OF DEFENDANT GOOGLE'S MOTION TO WITHDRAW RINA PLOTKIN AS COUNSEL FOR GOOGLE LLC**

to be served upon the following in the manner indicated:

| | |
|---|---|
| **Jacob Ginsburg**<br>Jacob Ginsburg, Esq. PLLC<br>One Concord Drive<br>Monsey, NY 10952<br>Tel: 845-371-1914<br>Email: jg@jacobginburglaw.com | *VIA ECF* |
| **Shmuel Nemanov**<br>1361 St. John's Place<br>Apt. 1-B<br>Brooklyn, NY 11213<br>Email: snemanov@gmail.com | *VIA MAIL AND ELECTRONIC MAIL* |

                                        */s/ Kevin X. McGann*
                                        Kevin X. McGann (NY Bar #2842425)