UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SHOLEM WEISNER,

                           Plaintiff,

    -against-

GOOGLE LLC and SHMUEL NEMANOV.

            Defendant and Involuntary Party.

---------------------------------------------------------------- x

**ORDER**

20 Civ. 2862 (AKH)
23 Civ. 8186 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The joint status conference is rescheduled to February 7, 2024 at 2:30 p.m.

        SO ORDERED.

Dated:       January 5, 2024        _/s/ Alvin K. Hellerstein_____
                 New York, New York      ALVIN K. HELLERSTEIN
                                                United States District Judge