UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
SHOLEM WEISNER,                                              :
                                                             :
                                  Plaintiff,                 :     ORDER
                                                             :
            -against-                                        :
                                                             :     20 Civ. 2862 (AKH)
                                                             :     23 Civ. 8186 (AKH)
                                                             :
GOOGLE LLC and SHMUEL NEMANOV.                               :
                                                             :
                 Defendant and Involuntary Party.            :
                                                             :
                                                             :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties met at conference today, at which the following rulings were made:

1. As to the parties' joint letter concerning topics covered in depositions (ECF No. 177), objections 1-4 are sustained; objection 5 is sustained except that Google is to produce, with Bates numbers, all correspondence between it and the plaintiffs; objection 6 is sustained, except that the plaintiff may come to Google with requests for specific document identified from the listed lawsuits; objection 7 is sustained; objection 8 is sustained in part and overruled in part, as follows:

    a. There will be no questioning on Google's first or second affirmative defenses. There will only be questioning on the issue of invalidity on Google's third defense. There will be no questioning on Google's fourth defense. Objections to questioning on Google's fifth defense are overruled as to the remaining patents. Objections to questioning on Google's sixth through eighth defenses are deferred.

    Objections 9 and 11 are duplicative and are both sustained to the extent questioning is goes beyond the scope of Google maps operations pertaining to the timeline feature.

Objection 10 is overruled.  Objection 12 is sustained.  Objection 13 is deferred.  Objection 14 is overruled.

2. With regard to objections to the depositions of Weisner and Nemanov, objections made to answering questions about Weisner's medical conditions while the patent was pending are overruled.  Plaintiff procured the withdrawal of its denial for abandonment by pleading that he suffered from medical incapacity.  Google has the right to probe that question.

    SO ORDERED.

Dated:    February 7, 2024    __/s/ Alvin K. Hellerstein_____
    New York, New York    ALVIN K. HELLERSTEIN
    United States District Judge