| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| SHOLEM WEISNER,<br><br>          Plaintiff,<br>-against-<br><br>GOOGLE LLC and SHMUEL NEMANOV,<br><br>          Defendant and Involuntary Party. | 20 Civ. 2862 (AKH)<br>23 Civ. 8186 (AKH)<br><br>**NOTICE OF MOTION**<br>**RECONSIDERATION** |

**PLEASE TAKE NOTICE**, that upon the Affirmation of Jacob Ginsburg, affirmed February 18, 2024, Memorandum of Law, and upon the annexed Exhibits "1" through "11", submitted herewith, and upon all the papers, records on file in this action, and proceedings heretofore had herein, all matters of which the Court may take judicial notice, and any other argument or evidence that may be presented in support of this Motion, through the undersigned counsel, Plaintiff Sholem Weisner, will Move this Court before the Honorable Alvin K. Hellerstein at the United States District Courthouse for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, at a date and time to be determined by the Court, pursuant to SDNY Local Civil Rule 6.3 and other applicable law in order to request that the Court reconsider and reverse its February 7, 2024 Order (ECF #183 ¶2).

**PLEASE TAKE FURTHER NOTICE** that Answering Affidavits, if any, shall be served and filed pursuant to SDNY Local Civil Rule 6.1(a) or (b).

Dated: Monsey, New York          Respectfully submitted.
February 21, 2024

                              JACOB GINSBURG, ESQ. PLLC

1


      /s/Jacob Ginsburg
By: Jacob Ginsburg, Esq.
One Concord Drive
Monsey, NY 10952
(845) 371-1914
Attorney for Plaintiff
email: jg@jacobginsburglaw.com

| Via ECF To:<br>All Counsel of Record | Via Email: Involuntary Party Nemanov |
|---|---|