**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV,<br><br>  Plaintiff and Involuntary Plaintiff,<br><br> v.<br><br> GOOGLE LLC,<br><br>  Defendant. | The motion to file under seal is granted.  The defense shall file an unredacted version of ECF Nos. 199 and 200 under seal on thew docket, with the seal to be maintained by the Clerk of Court.<br><br>SO ORDERED.<br><br>Dated: 7/16/24          /s/ Alvin K. Hellerstein<br>New York, New York      Alvin K. Hellerstein<br>                  United States District Judge<br>  Case No.: 20-cv-02862-AKH |

### NOTICE OF DEFENDANT GOOGLE LLC'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

**PLEASE TAKE NOTICE** that Defendant Google LLC ("Google"), by and through its undersigned counsel, respectfully moves, pursuant to the Court's Individual Rule 4.B, for permission to leave to file materials under seal.  Specifically, Google seeks to file the following materials under seal: Google's Memorandum of Law in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity, Local Rule 56.1 Statement of Undisputed Facts in Support of Google's Motion for Summary Judgment, the Declaration of Scott Denning in Support of Google's Motion for Summary Judgment, and accompanying Exhibits C-N, P, and U listed in the attorney Declaration of Daniel Rabinowitz in Support of Google's Motion for Summary Judgment.  The reasons and circumstances that warrant filing these materials under seal are provided in Google's Memorandum of Law in Support of Motion for Leave to File Documents Under Seal and the accompanying Declaration of Dave Feltenberger in Support of Google's Motion to Seal.  In accordance with the Court's Individual Rule 4.B.i, Google files this notice with redacted versions of the materials via ECF, and separately submits unredacted copies of the materials to Chambers.

Dated: May 30, 2024

Respectfully submitted,

FENWICK & WEST LLP

By:    */s/ Kevin McGann*
      Kevin X. McGann (NY Bar #2842425)
      Email: kmcgann@fenwick.com
      Daniel Rabinowitz (NY Bar #5549209)
      Email: drabinowitz@fenwick.com
      Daniel Ledesma (NY Bar #5564299)
      Email: dledesma@fenwick.com
      Ryan A. Haddad (NY Bar #5850490)
      Email: rhaddad@fenwick.com
      **FENWICK & WEST LLP**
      902 Broadway, Suite 14
      New York, NY  10010-6035
      Telephone:    212.430.2600

      Allen Wang (Calif. State Bar #278953)
      *Admitted pro hac vice*
      Email: allen.wang@fenwick.com
      **FENWICK & WEST LLP**
      801 California Street
      Mountain View, CA  94041
      Telephone:    650.988.8500

      *Attorneys for Google LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2024, a copy of

**NOTICE OF DEFENDANT GOOGLE LLC's MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

**DEFENDANT'S GOOGLE LLC's MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

**DECLARATION OF DAVE FELTENBERGER IN SUPPORT OF GOOGLE LLC's MOTION TO SEAL;**

**DEFENDANT GOOGLE LLC's MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY;**

**DECLARATION OF SCOTT DENNING IN SUPPORT OF DEFENDANT GOOGLE'S MOTION FOR SUMMARY JUDGMENT;**

**LOCAL RULE 56.1 STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT; AND**

**EXHIBITS C-N, P, AND U AND DECLARATION OF DANIEL RABINOWITZ IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT.**

were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| **Jacob Ginsburg**<br>Jacob Ginsburg, Esq. PLLC<br>One Concord Drive<br>Monsey, NY 10952<br>Tel: 845-371-1914<br>Email: jg@jacobginsburglaw.com | *VIA ECF* |
| **Shmuel Nemanov**<br>1361 St. John's Place<br>Apt. 1-B<br>Brooklyn, NY 11213<br>Email: snemanov@gmail.com | *VIA MAIL AND ELECTRONIC MAIL* |

*/s/ Kevin X. McGann*
Kevin X. McGann (NYSB No. 2842425)