**UNITED STATED DISTRICY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV ) | |
| ) | Case No.:  20-cv-02862-AKH |
| Plaintiff and Involuntary Plaintiff    ) | |
| ) | |
| v.                                          ) | |
| ) | |
| GOOGLE LLC                           ) | |
| ) | |
| Defendant                             ) | |
| ) | |
| ) | |

**PLAINTIFF SHOLEM WEISNER'S**
**MOTION FOR LEAVE TO FILE**
**DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiff, SHOLEM WEISNER ("Weisner"), by and through its undersigned counsel, respectfully moves, pursuant to the Court's Individual Rule 4.B, for permission to leave to file materials under seal. Specifically, Weisner seeks to file the following materials under seal: Weisner's Memorandum of Law Opposing Google's Motion for Summary Judgment of Non-Infringement and Invalidity; and Weisner's Local Rule 56.1 Response to Google's Statement of Undisputed Facts and Plaintiff's Additional Proposed Facts. The reasons and circumstances that allegedly warrant filing these materials under seal were provided in Google's Memorandum of Law in Support of Motion for Leave to File Documents Under Seal (Dkt. 196) and the accompanying Declaration of Dave Feltenberger (Dkt. 197). The Court has not yet ruled on Google's Motion for Leave to File Documents Under Seal (Dkt. 195), and although Weisner does not join in Google's request to seal, out of courtesy and utmost caution, Weisner likewise seeks to file the above-stated responsive documents under seal, subject to the Court's ruling on Google's request. In accordance with the Court's Individual Rule 4.B.i, Weisner files this

motion with redacted versions of the materials via ECF, and separately submits unredacted copies

of the materials to Chambers.

Dated: July 3, 2024                                              Respectfully Submitted:

                                                                */s/ Aaron W. Davis*                                   .
The motion to seal is granted.  The Plaintiff Weisner           Aaron W. Davis, Esq. (admitted *Pro Hac Vice*)
shall file an unredacted version of ECF Nos. 213 and 214        VALHALLA LEGAL, PLLC
on the docket, to be maintained under seal by the Clerk of      P.O. Box 735
Court.                                                          Custer, SD 57730-0735
                                                                Phone: (763) 957-2397
SO ORDERED.                                                     Email: davis@valhallalegal.com

Dated: 7/16/24          /s/ Alvin K. Hellerstein               Jacob Ginsburg, Esq.
New York, New York    Alvin K. Hellerstein                     JACOB GINSBURG, ESQ. PLLC
                      United States District Judge             One Concord Drive
                                                                Monsey, NY 10952
                                                                Phone: (845) 371-1914
                                                                Email: jg@jacobginsburglaw.com

                                                                *Attorneys for Plaintiff, Sholem Weisner*

CERTIFICATE OF SERVICE:

    This will certify that a true and accurate copy of the foregoing was filed and served

electronically on all counsel of record via the Court's CM/ECF system, on this the 3rd day of July,

2024.

                                                                */s/ Aaron W. Davis*                              .
                                                                *Attorney for Plaintiff, Sholem Weisner*

2