**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV, <br><br> Plaintiff and Involuntary Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 20-cv-02862-AKH |

**NOTICE OF DEFENDANT GOOGLE LLC'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

**PLEASE TAKE NOTICE** that Defendant Google LLC ("Google") respectfully moves, pursuant to the Court's Individual Rule 4.B, for permission to leave to file materials under seal. Specifically, Google seeks to file the following materials under seal:

(1) Google's Reply to Plaintiff's Opposition to Motion for Summary Judgment of Non-Infringement and Invalidity; and

(2) Local Rule 56.1 Reply Statement of Undisputed Facts in Support of Google's Motion for Summary Judgment of Non-Infringement and Invalidity by Google LLC.

The support for filing these materials under seal was previously provided in Google's Memorandum of Law in Support of Motion for Leave to File Documents under Seal (Dkt. 196) in support of a prior Motion to Seal the same content (Dkt. 195) and the accompanying Declaration of Dave Feltenberger in Support of Google's Motion to Seal (Dkt. 197), previously filed with Google's Motion for Summary Judgment of Non-Infringement and Invalidity (Dkt. 198). The Court granted Google's motion to seal substantively the same information on July 16, 2024 (Dkt. 220). The same basis on which the Court granted Google's prior motion to seal applies to the present motion to seal the items listed above.

In accordance with the Court's Individual Rule 4.B.i, Google files this notice with redacted versions of the materials via ECF, and separately submits unredacted copies of the materials to Chambers.

Dated: July 19, 2024

Respectfully submitted,

FENWICK & WEST LLP

By:

Kevin X. McGann (NY Bar #2842425)
Email: kmcgann@fenwick.com
Daniel Rabinowitz (NY Bar #5549209)
Email: drabinowitz@fenwick.com
Ryan A. Haddad (NY Bar #5850490)
Email: rhaddad@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, Suite 14
New York, NY 10010-6035
Telephone: 212.430.2600

The motion to seal is granted. Defendants may file an unredacted version of ECF No. 230 under seal on the docket. The Clerk of court shall terminate the open motion at ECF No. 230.

SO ORDERED.

Dated: 7/22/2024          /s/ Alvin K. Hellerstein
New York, New York        Alvin K. Hellerstein
                          United States District Judge

Allen Wang (Calif. State Bar #278953)
*Admitted pro hac vice*
Email: allen.wang@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500

*Attorneys for Google LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2024, a copy of

**NOTICE OF DEFENDANT GOOGLE LLC's MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL;**

**GOOGLE'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY; AND**

**LOCAL RULE 56.1 REPLY STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY BY GOOGLE LLC.**

were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| **Jacob Ginsburg**<br>Jacob Ginsburg, Esq. PLLC<br>One Concord Drive<br>Monsey, NY 10952<br>Tel: 845-371-1914<br>Email: jg@jacobginsburglaw.com | *VIA ECF* |
| **Aaron W. Davis** (admitted *Pro Hac Vice*)<br>VALHALLA LEGAL, PLLC<br>P.O. Box 735<br>Custer, SD 57730-0735<br>Tel: 763-957-2397<br>Email: davis@valhallalegal.com | *VIA ECF* |
| **Shmuel Nemanov**<br>1361 St. John's Place<br>Apt. 1-B<br>Brooklyn, NY 11213<br>Email: snemanov@gmail.com | *VIA MAIL AND ELECTRONIC MAIL* |

Kevin X. McGann (NYSB No. 2842425)

3