UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHOLEM WEISNER and SHMUEL NEMANOV,

    Plaintiff and Involuntary Plaintiff,

v.

GOOGLE LLC,

    Defendant.

Case No.: 20-cv-02862-AKH

## NOTICE OF DEFENDANT GOOGLE LLC'S MOTION FOR RECONSIDERATION UNDER LOCAL CIVIL RULE 6.3

**PLEASE TAKE NOTICE** that Defendant Google LLC ("Google") respectfully moves, pursuant to Local Civil Rule 6.3, for reconsideration of the Court's Order (Dkt. 238), denying Google's Motion for Summary Judgment of Noninfringement (Dkt. 224)[1] and, upon reconsideration, for an order granting Google's motion for summary judgment.

The grounds for this motion for reconsideration are fully set forth in Google's Memorandum of Law in Support of Defendant Google LLC's Motion for Reconsideration under Local Civil Rule 6.3, and upon all pleadings and papers previously filed in this matter in support of Google's Motion for Summary Judgment.

Dated: September 5, 2024

Respectfully submitted,

FENWICK & WEST LLP

By: _____
Kevin X. McGann (NY Bar #2842425)
Email: kmcgann@fenwick.com

---

[1] Google refers to and cites the sealed versions of its briefing instead of the public versions (e.g., citing Dkt. 224 instead of Dkt. 199 for Google's Opening Brief).

Daniel Rabinowitz (NY Bar #5549209)
Email: drabinowitz@fenwick.com
Ryan A. Haddad (NY Bar #5850490)
Email: rhaddad@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, Suite 14
New York, NY  10010-6035
Telephone:     212.430.2600

Allen Wang (CA Bar #278953)
*Admitted pro hac vice*
Email: allen.wang@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500

*Attorneys for Google LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2024, copies of

**NOTICE OF DEFENDANT GOOGLE LLC'S MOTION FOR RECONSIDERATION UNDER LOCAL CIVIL RULE 6.3; and**

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT GOOGLE LLC'S MOTION FOR RECONSIDERATION UNDER LOCAL CIVIL RULE 6.3.**

were served upon the following in the manner indicated:

| | |
|---|---|
| **Jacob Ginsburg**<br>Jacob Ginsburg, Esq. PLLC<br>One Concord Drive<br>Monsey, NY 10952<br>Tel: 845-371-1914<br>Email: jg@jacobginsburglaw.com | *VIA ECF* |
| **Aaron W. Davis** (admitted *Pro Hac Vice*)<br>VALHALLA LEGAL, PLLC<br>P.O. Box 735<br>Custer, SD 57730-0735<br>Tel: 763-957-2397<br>Email: davis@valhallalegal.com | *VIA ECF* |
| **Shmuel Nemanov**<br>1361 St. John's Place<br>Apt. 1-B<br>Brooklyn, NY 11213<br>Email: snemanov@gmail.com | *VIA MAIL AND ELECTRONIC MAIL* |

Kevin X. McGann (NYSB No. 2842425)