UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SHOLEM WEISNER,

                        Plaintiff,

    -against-

GOOGLE LLC and SHMUEL NEMANOV.

            Defendant and Involuntary Party.

---------------------------------------------------------------- x

**ORDER**

20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The case management conference set for September 25, 2024 is cancelled. The following is the procedure to be followed.

1. No later than October 10, 2024, the parties shall meet and prepare a four-column table. At the meeting, the parties shall populate the first column with all phrases in the patent(s) requiring construction in the opinion of any of the parties.

2. No later than October 28, 2024, Plaintiff shall populate the second column of the table with Plaintiff's proposed construction of all phrases and produce the table to Defendants.

3. No later than November 11, 2024, Defendants shall populate the third column of the table with Defendants' proposed construction. If the Defendants differ, the defendants may propose particular versions.

4. No later than November 18, 2024, the Parties shall jointly file the table, leaving a blank column for the Court's rulings.

      5.      A Markman Hearing (*Markman v. Westview Instr., Inc.* 517 U.S. 370 (1998)) will be held on December 12, 2024, at 10:00 a.m. The Court will then decide the proper construction of each phrase and, after that, discuss the discovery program for the parties, or set a date for such discussions. Until the Claims construction order, there will be no discovery.

SO ORDERED.

Dated:    September 19, 2024           __/s/ Alvin K. Hellerstein_____
              New York, New York          ALVIN K. HELLERSTEIN
                                                    United States District Judge