UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SHOLEM WEISNER,

                         Plaintiff,

    -against-

GOOGLE LLC and SHMUEL NEMANOV,

             Defendant and Involuntary Party.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

23 Civ. 8186 (AKH)
20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    A status conference was held on December 12, 2024. The following dates and deadlines were set:

1. Discovery on damages as to both cases, *Weisner I* (20 Civ. 2862) and *Weisner II* (23 Civ. 8186), shall proceed simultaneously.

2. An infringement statement in *Weisner II* shall be supplied by January 30, 2025.

3. An in-person deposition of Plaintiff Sholem Weisner shall occur on February 12, 2025 and February 13, 2025. Questions concerning Weisner's medical issues shall take no longer than three hours.

4. Fact discovery as to all issues shall be completed by June 30, 2025.

5. The next status conference will be held on July 15, 2025 at 2:15 p.m. in Courtroom 14D. The parties shall provide a schedule of experts to the Court at this conference.

6. No later than July 14, 2025, at 12:00 p.m., the parties shall submit, via email (HellersteinNYSDChambers@nysd.uscourts.gov), a joint agenda of matters to be addressed at this conference.

1

7. No later than July 8, 2025, at 12:00 pm, the parties shall submit, via email (HellersteinNYSDChambers@nysd.uscourts.gov), a joint list of all counsel expected to appear on the record at this conference, along with their contact information.

SO ORDERED.

Dated: December 12, 2024
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge