UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SHOLEM WEISNER,

       Plaintiff,

-against-

GOOGLE LLC and SHMUEL NEMANOV,

   Defendant and Involuntary Party.
------------------------------------------------------------ x

**ORDER**

23 Civ. 8186 (AKH)
20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

  Plaintiff Sholem Weisner asks for reconsideration of my construction of the phrase "key data" in both of the above-captioned cases, *see Weisner I*, 20 Civ. 2862, ECF No. 141; *Weisner II*, 23 Civ. 8186, ECF No. 62 (Orders on Construction of Claims), by letter of December 20, 2024. His request is denied. The claims of the '905 patent, at issue in *Weisner I*, are different from those of the '068, '667, and '839 patents, at issue in *Weisner II*, requiring different definitions corresponding to each claim. The context differs and the definitions, accordingly, also differ. In *Weisner I*, the phrase "key data" is defined as "The information which a member has selected to receive from or transmit to the network database or other members." In *Weisner II*, the phrase "key data" is defined as "The information which a member has selected to transmit to other members during physical encounters." Accordingly, I deny Plaintiff's request for reconsideration.

SO ORDERED.

Dated:  January 6, 2025
    New York, New York

              ALVIN K. HELLERSTEIN
              United States District Judge

1