**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHOLEM WEISNER, | Civil Action No. 20-cv-02862-AKH |
| Plaintiff, | ("*Weisner I*") |
| | Civil Action No. 23-cv-08186-AKH |
| v. | ("*Weisner II*") |
| GOOGLE LLC., and SHMUEL NEMANOV | **JURY TRIAL DEMANDED** |
| Defendant. | |

**GOOGLE'S NOTICE OF MOTION AND MOTION TO**
**SANCTION PLAINTIFF FOR SPOLIATION OF EVIDENCE**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Google LLC's ("Google's") Motion to Sanction Plaintiff For Spoliation Of Evidence and all other pleadings and proceedings in this Action, Google, by and through their counsel, will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an Order issuing an adverse inference in favor of Google under Fed. R. Civ. P. 37(e).  The basis for this motion is set forth in the accompanying Memorandum of Law.

1

Dated: April 17, 2025

　　　　　　　　　　　　　　*/s/ Michael R. Rhodes*　　　　　　　
By:　Karim Z. Oussayef (NY Bar #4681334)
　　　koussayef@desmaraisllp.com
　　　Jamie L. Kringstein (NY Bar #5318928)
　　　jkringstein@desmaraisllp.com
　　　Ashley DaBiere (NY Bar #6117766)
　　　adabiere@desmaraisllp.com
　　　**DESMARAIS LLP**
　　　230 Park Avenue
　　　New York, NY  10169
　　　Tel: (212) 351-3400
　　　Fax: (212) 351-3401

　　　Michael R. Rhodes (NY Bar #5379961)
　　　mrhodes@desmaraisllp.com
　　　Kevin J. Gu (*pro hac vice*)
　　　kgu@desmaraisllp.com
　　　**DESMARAIS LLP**
　　　101 California Street, Suite 3000
　　　San Francisco, CA  94111
　　　Tel: (415) 573-1900
　　　Fax: (415) 573-1901

　　　*Counsel for Defendant Google, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on April 17, 2025.  As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Michael R. Rhodes*
Michael R. Rhodes
