# DESMARAIS LLP

www.desmaraisllp.com

NEW YORK

SAN FRANCISCO

WASHINGTON, DC

Kevin J. Gu
101 California St. Suite 3000
San Francisco, CA 94111
Direct: 415-573-1933
kgu@desmaraisllp.com

April 23, 2025

**Via ECF**

The Honorable Alvin K. Hellerstein
United States District Court Judge
US Courthouse, S.D.N.Y.
500 Pearl St.
New York, NY 10007-1312

*So ordered
4-23-25
A.K. Hellerstein*

Re:    *Weisner v. Google LLC*, Civil Action No. 20-cv-2862-AKH;
        *Weisner v. Google LLC, et al.*, Civil Action No. 23-cv-8186-AKH

Dear Judge Hellerstein,

      Pursuant to this District's ECF Rules and Instructions § 21.7, Google respectfully requests that the Court formally seal Dkt. 279-18 in Case No. 20-cv-02862-AKH, and Dkt. 94-18 in Case No. 23-cv-08186-AKH.

      Last night, Plaintiff asked Google to seal this exhibit pursuant to Fed. R. Civ. P. 5.2 because it contains Plaintiff's social security number and date of birth. *See* Ex. A. Google believes the document qualifies for the redaction exemptions detailed in Fed. R. Civ. P. 5.2(b)(3) and (b)(4) because the document contains records from the Connecticut state court proceeding associated with Case No. KNL-CR07-0103126-T and the records were not redacted when originally filed. As a courtesy, however, Google agreed to ask the ECF Help Desk and this Court to seal the document to address Plaintiff's concerns. *Id.* Google contacted the ECF Help Desk last night at 11:36pm ET to request sealing of the document. Google now respectfully requests that this Court formally seal Dkt. 279-18 in Case No. 20-cv-02862-AKH, and Dkt. 94-18 in Case No. 23-cv-08186-AKH.

Respectfully submitted,

/s/ Kevin J. Gu
Kevin J. Gu for Defendant Google LLC