UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SHOLEM WEISNER,

                         Plaintiff,

     -against-

GOOGLE LLC and SHMUEL NEMANOV,

             Defendant and Involuntary Party.

------------------------------------------------------------ x

**ORDER GRANTING MOTIONS TO SEAL**

23 Civ. 8186 (AKH)
20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

     I grant the parties' motions for sealing in relation to Defendant Google's motion to sanction Plaintiff Sholem Weisner for spoilation of evidence and related exhibits, ECF Nos. 88, 98, and 106 of 23 Civ. 8186, and ECF Nos. 273, 283, and 291 of 20 Civ. 2862.

     The Clerk of Court shall terminate ECF Nos. 88, 98, and 106 of 23 Civ. 8186, and ECF Nos. 273, 283, and 291 of 20 Civ. 2862.

            SO ORDERED.

Dated:       April 28, 2025
               New York, New York

                                               ALVIN K. HELLERSTEIN
                                               United States District Judge