UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

SHOLEM WEISNER,

                        Plaintiff,

   -against-

GOOGLE LLC and SHMUEL NEMANOV,

            Defendant and Involuntary Party.

------------------------------------------------------------- x

**DISCOVERY ORDER**

23 Civ. 8186 (AKH)
20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Plaintiff's motion to compel discovery answers, made in a joint letter of April 18, 2025 (ECF 97), pursuant to my Individual Rule 2(E) is denied. The Requests to Admit are argumentative, and inappropriate. The interrogatories suffer from the same problem. The Court is unable to ascertain from the great mass papers thrust upon it the particular issues in dispute. And plaintiff has failed to satisfy his burden that he is "entitled to prevail" on particular discovery issues. *See* Local Rule 37.1.

    I next see the parties July 15, 2025, at 2:15 p.m. in Courtroom 14D. I expect fact discovery to have been completed by the bar date of June 30, 2025. Plaintiff should move into depositions, without wasting time on paper discovery that will lead to nothing more than endless contentions.

SO ORDERED.

Dated:    April 29, 2025
                New York, New York

                                      ALVIN K. HELLERSTEIN
                                      United States District Judge