UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SHOLEM WEISNER,  :
 :
                   Plaintiff,  :
 :
-against-  :
 :
 :
GOOGLE LLC and SHMUEL NEMANOV,  :
 :
        Defendant and Involuntary Party.  :
---------------------------------------------------------------- x

**ORDER DENYING DEFENDANT'S MOTION FOR SANCTIONS**

20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    I deny Defendant's motion for sanctions as unnecessary. Defendant will be entitled, at trial, to prove Plaintiff's failure to retain relevant documents, and to urge the trier of fact to draw appropriate inferences from such failure.

    The Clerk of Court shall close ECF No. 275.

    SO ORDERED.

Dated:    April 29, 2025          /s/ Alvin K. Hellerstein
           New York, New York     ALVIN K. HELLERSTEIN
                                        United States District Judge