UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SHOLEM WEISNER,

                            Plaintiff,

   -against-

GOOGLE LLC and SHMUEL NEMANOV,

               Defendant and Involuntary Party.
---------------------------------------------------------------- x

**ORDER REGULATING PROCEEDINGS**

23 Civ. 8186 (AKH)
20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      A status conference was held on July 15, 2025 to discuss expert discovery, motion practice, and trial scheduling:

1. Motions for summary judgment as to the affirmative defenses of inequitable conduct and prosecution laches shall be filed by July 31, 2025. Opposition briefs shall be filed by August 14, 2025. Reply briefs shall be filed by August 19, 2025. Oral argument will be held on August 27, 2025 at 2:30 p.m. in Courtroom 14D. A bench trial on factual issues pertaining to this motion, if necessary, will be held on September 11, 2025 at 10:00 a.m. in Courtroom 14D.

2. As to expert disclosures, Plaintiff shall disclose his experts (with the exception of his medical expert), including their identification and CVs (to include writings and speeches) by August 14, 2025. Defendant represented that it already made its expert disclosures. Plaintiff's expert reports as to damages and infringement shall be due by August 29, 2025, with opposition due September 30, 2025. All expert depositions shall be completed by October 31, 2025. Issues as to Plaintiff's medical expert and the schedule therefor will be discussed on August 27, 2025, following oral argument.

1

3. A jury trial will begin on February 2, 2026 at 10:00 a.m. The final pretrial conference will be held on January 27, 2026 at 10:30 a.m. in Courtroom 14D.

4. As to Plaintiff's pending motion to compel of July 14, 2025, Defendant shall file its opposition by July 24, 2025. Oral argument will be held on July 29, 2025 at 10:30 a.m. in Courtroom 14D.

5. Plaintiff's motion to seal of July 14, 2025 is denied since there has been insufficient justification for sealing. General descriptions about the patent may not be sealed. That a document was covered by a protective order is not justification. The motion may be renewed with respect to any personal matters and, for other items, specific justifications for specific items.

The Clerk of Court shall terminate ECF No. 128 of 23 Civ. 8186.

SO ORDERED.

Dated: July 15, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge