UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

SHOLEM WEISNER,

                Plaintiff,

  -against-

GOOGLE LLC and SHMUEL NEMANOV,

           Defendant and Involuntary Party.

------------------------------------------------------------ x

**<u>ORDER DENYING
PLAINTIFF'S MOTION TO
COMPEL DISCOVERY</u>**

23 Civ. 8186 (AKH)
20 Civ. 2862 (AKH)

**ALVIN K. HELLERSTEIN, U.S.D.J.:**

On July 29, 2025, I heard oral argument from the parties on Plaintiff's July 14, 2025 motion to compel discovery. For the reasons I stated on the record, I deny this motion.

At the status conference of November 15, 2023, Plaintiff stated that he needed no further discovery, and Google asked for a deposition of Plaintiff Weisner. (20 Civ. 2862, ECF No. 168). Thus, I set the close of discovery for January 17, 2024. (20 Civ. 2862, ECF No. 167). The date was since enlarged to June 30, 2025, *see* 20 Civ. 2862, ECF No. 257, and I fixed a trial date of February 2, 2026, *see* 20 Civ. 2862, ECF No. 317. Plaintiff now makes 173 requests for additional discovery, of multiple documents, the consequences of which would be a lengthy delay and unnecessary expense. Accordingly, I deny Plaintiff's motion to compel.

The Clerk of Court shall terminate ECF No. 129 of 23 Civ. 8186 and ECF No. 314 of 20 Civ. 2862.

          SO ORDERED.

Dated:     July 29, 2025
         New York, New York

                        ALVIN K. HELLERSTEIN
                        United States District Judge