UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SHOLEM WEISNER,

                      Plaintiff,

  -against-

GOOGLE LLC and SHMUEL NEMANOV,

        Defendant and Involuntary Party.
------------------------------------------------------------- x

**ORDER CONSOLIDATING CASES**

23 Civ. 8186 (AKH)
20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    I hereby order the consolidation of Docket No. 23 Civ. 8186 into Docket No. 20 Civ. 2862 for all purposes, including trial. All further entries shall be made under Docket No. 20 Civ. 2862. New pleadings will not be necessary.

    SO ORDERED.

Dated:    July 29, 2025
             New York, New York

                                          ALVIN K. HELLERSTEIN
                                          United States District Judge

1