UNITED STATES DISTRICY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV | ) |
| | ) Case No.: 20-cv-02862-AKH |
| Plaintiff and Involuntary Plaintiff | ) ("*Weisner I*") |
| | ) Case No.: 23-cv-08186-AKH |
| v. | ) ("*Weisner II*") |
| | ) |
| GOOGLE LLC | ) |
| | ) |
| Defendant | ) |
| | ) |

*motion granted 8-5-25* [handwritten]

**PLAINTIFF SHOLEM WEISNER'S
MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiff, SHOLEM WEISNER ("Weisner"), by and through its undersigned counsel, respectfully moves, pursuant to the Court's Individual Rule 4.B, for permission to leave to file materials under seal. Specifically, Weisner seeks to file the following materials under seal: Portions of Plaintiff's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment; Portions of Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment; the Declaration of Dr. Laurence Westreich; and, Portions of Exhibits 2, 3, 4, and 7 to the Declaration of Aaron W. Davis. As required by Rule 4(B) of the Court's Individual Rules and Practices, each of these exhibits has been contemporaneously filed on ECF under seal.

Good cause exists to file the entirety or portions of each of these exhibits under seal. The redactions relate to the highly confidential, personal medical information of Plaintiff Weisner.

Plaintiff has filed redacted versions of the Statement of Undisputed Material Fact, the Memorandum, and the exhibits on the public docket.

Accordingly, Plaintiff respectfully requests that the Court grant this motion for leave to file Portions of Plaintiff's Statement of Undisputed Material Facts in Support of Motion for Summary Judgment; Portions of Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment; the Declaration of Dr. Laurence Westreich; and, Portions of Exhibits 2, 3, 4, and 7 to the Declaration of Aaron W. Davis under seal and in redacted form on the public docket.

Dated: July 31, 2025                    Respectfully Submitted:

/s/ Aaron W. Davis
Aaron W. Davis, Esq. (admitted *Pro Hac Vice*)
VALHALLA LEGAL, PLLC
P.O. Box 735
Custer, SD 57730-0735
Phone: (763) 957-2397
Email: davis@valhallalegal.com

Jacob Ginsburg, Esq.
JACOB GINSBURG, ESQ. PLLC
One Concord Drive
Monsey, NY 10952
Phone: (845) 371-1914
Email: jg@jacobginsburglaw.com

*Attorneys for Plaintiff, Sholem Weisner*

CERTIFICATE OF SERVICE:

This will certify that a true and accurate copy of the foregoing was filed and served electronically on all counsel of record via the Court's CM/ECF system, on this the 31st day of July, 2025.

/s/ Aaron W. Davis
*Attorney for Plaintiff, Sholem Weisner*