UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
SHOLEM WEISNER,

                      Plaintiff,

   -against-

GOOGLE LLC and SHMUEL NEMANOV,

             Defendant and Involuntary Party.
------------------------------------------------------------ x

**DISCOVERY ORDER**

23 Civ. 8186 (AKH)
20 Civ. 2862 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Since Plaintiff has used Dr. Laurence Westreich as a medical expert, and has submitted a declaration from Dr. Westreich in support of his cross-motion for summary judgment, Defendant may depose him by August 12, 2025. This deposition may be conducted in Dr. Westreich's home, or in another place of convenience.

    The motion to seal parts of the parties' joint letter is granted.

    The parties are hereby reminded that, pursuant to my Order of July 29, 2025, "[a]ll further entries shall be made under Docket No. 20 Civ. 2862."

    The Clerk of Court shall terminate ECF Nos. 154, 156 and 157 of 23 Civ. 8186, and ECF Nos. 355, 357 and 358 of 20 Civ. 2862.

    SO ORDERED.

Dated:    August 7, 2025
            New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge