UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
SHOLEM WEISNER,                           )  Case No. 20-cv-02862-AKH
                                          )  ("*Weisner I*")
              Plaintiff,    )  Case No. 23-cv-08186-AKH
                                          )  ("*Weisner II*")
      v.                                )
                                          )
GOOGLE LLC and SHMUEL NEMANOV,            )
                                          )
              Defendant and )
              Involuntary Party. )
---------------------------------------------------------------- x

## PLAINTIFF'S NOTICE OF MOTION FOR RECONSIDERATION

     PLEASE TAKE NOTICE, that upon the Affidavit of Kevin P. Potere, affirmed August 12, 2025, Memorandum of Law in Support of Plaintiff's Motion for Reconsideration, and upon the annexed Exhibits "1" through "3", submitted herewith, and upon all the papers, records on file in this action, and proceedings heretofore had herein, all matters of which the Court may take judicial notice, and any other argument or evidence that may be presented in support of this Motion, through the undersigned counsel, Plaintiff SHOLEM WEISNER, will Move this Court before the Honorable Alvin K. Hellerstein at the United States District Courthouse for the Southern District of New York, located at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, at a date and time to be determined by the Court, pursuant to SDNY Local Civil Rule 6.3 and other applicable law in order to request that the Court reconsider and reverse its July 29, 2025 Order (ECF #336).

     PLEASE TAKE FURTHER NOTICE that Answering Affidavits, if any, shall be served and filed pursuant to SDNY Local Civil Rule 6.1(a) or (b).

Dated: August 12, 2025                                Respectfully submitted,

*/s/ Kevin P. Potere*
Aaron W. Davis, Esq. (admitted *Pro Hac Vice*)
VALHALLA LEGAL, PLLC
P.O. Box 735
Custer, SD 57730-0735
Phone: (763) 957-2397
Email: davis@valhallalegal.com

Kevin P. Potere
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Tel: 214.978.6600
kpotere@skiermontderby.com

Jacob Ginsburg, Esq.
JACOB GINSBURG, ESQ. PLLC
One Concord Drive
Monsey, NY 10952
Phone: (845) 371-1914
Email: jg@jacobginsburglaw.com

*Attorneys for Plaintiff, Sholem Weisner*

## CERTIFICATE OF SERVICE

    This will certify that a true and accurate copy of the foregoing was filed and served electronically on all counsel of record via the Court's CM/ECF system, on this the 12th day of August, 2025.

                                            */s/ Kevin P. Potere*
                                            *Attorney for Plaintiff, Sholem Weisner*