UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SHOLEM WEISNER,       )  Case No. 20-cv-02862-AKH
                     )  ("*Weisner I*")
         Plaintiff,   )  Case No. 23-cv-08186-AKH
                     )  ("*Weisner II*")
    v.                )
                     )
GOOGLE LLC and SHMUEL NEMANOV,  )
                     )  So ordered.
         Defendant and  )  /s/ Alvin K. Hellerstein, U.S.D.J.
         Involuntary Party.  )  8/13/25
                     )
------------------------------------------------------------- x

**PLAINTIFF'S MOTION FOR LEAVE
TO FILE DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiff SHOLEM WEISNER ("Weisner"), by and through his undersigned counsel, respectfully moves, pursuant to the Court's Individual Rule 4.B, for permission to leave to file materials under seal. Specifically, Weisner seeks to file the following materials under seal: Portions of Plaintiff's Memorandum of Law in Support of Motion for Reconsideration and Exhibits 2 and 3 to the Declaration of Kevin P. Potere. As required by Rule 4(B) of the Court's Individual Rules and Practices, each of these exhibits has been contemporaneously filed on ECF under seal.

Good cause exists to file the entirety or portions of each of these exhibits under seal. The redactions relate to the highly confidential revenue and other financial information of Defendant Google LLC, and exhibit 2 has been designated as CONFIDENTIAL – ATTORNEYS' EYES ONLY entirely.

Plaintiff has filed redacted versions of the Memorandum and the exhibits on the public docket.

Accordingly, Plaintiff respectfully requests that the Court grant this motion for leave to file Portions of Plaintiff's Memorandum of Law in Support of Motion for Reconsideration and Exhibits 2 and 3 to the Declaration of Kevin P. Potere under seal and in redacted form on the public docket.

Dated:   August 12, 2025                    Respectfully submitted,

/s/ Kevin P. Potere
Aaron W. Davis, Esq. (admitted *Pro Hac Vice*)
VALHALLA LEGAL, PLLC
P.O. Box 735
Custer, SD 57730-0735
Phone: (763) 957-2397
Email: davis@valhallalegal.com

Kevin P. Potere, Esq.
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Tel: 214.978.6600
kpotere@skiermontderby.com

Jacob Ginsburg, Esq.
JACOB GINSBURG, ESQ. PLLC
One Concord Drive
Monsey, NY 10952
Phone: (845) 371-1914
Email: jg@jacobginsburglaw.com

*Attorneys for Plaintiff, Sholem Weisner*

## **CERTIFICATE OF SERVICE**

      This will certify that a true and accurate copy of the foregoing was filed and served electronically on all counsel of record via the Court's CM/ECF system, on this the 12th day of August, 2025.

                                                           */s/ Kevin P. Potere*
                                                         *Attorney for Plaintiff, Sholem Weisner*