UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
SHOLEM WEISNER,　　　　　　　　　　)　Case No. 20-cv-02862-AKH
　　　　　　　　　　　　　　　　　　)　("*Weisner I*")
　　　　　　　Plaintiff,　　　　　　)　Case No. 23-cv-08186-AKH
　　　　　　　　　　　　　　　　　　)　("*Weisner II*")
　　v.　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　**So ordered.**
GOOGLE LLC and SHMUEL NEMANOV,　　　)
　　　　　　　　　　　　　　　　　　)　**/s/ Alvin K. Hellerstein, U.S.D.J.**
　　　　　　Defendant and　　　　　 )　**8/14/2025**
　　　　　Involuntary Party.　　　　)
------------------------------------------------------------- x

**PLAINTIFF SHOLEM WEISNER'S UNOPPOSED MOTION
FOR THE COURT TO FORMALLY SEAL FILED DOCUMENT**

PLEASE TAKE NOTICE that Plaintiff, SHOLEM WEISNER ("Weisner"), by and through its undersigned counsel, respectfully moves, pursuant to the Court's Individual Rule 4.B, and SDNY Electronic Case Filing Rules & Instructions, Rule 21.7, for the Court to formally seal the following document ("Requested Document"):

- Dkt No. 362 from Case Number 20-cv-02862-AKH

The ECF Help Desk has already put a temporary seal on the Requested Document, pursuant to ECF Filing Rule 21.7 and informed Chambers of their actions.

The Requested Document was originally filed as a redacted version of a document that was filed under seal at Dkt. No. 363. The parties have since discovered that an error took place in the redacting of this public document and confidential information was inadvertently not protected by the attempted redactions. The Requested Document which is the subject of this motion contain confidential facts regarding Defendant Google LLC's confidential business information, including sensitive financial information about Google's business units and organization. Google contends that the disclosure of this information to a non-party would create a substantial risk of serious harm

to Google, including by providing its competitors an unfair advantage. Substantial risks to Plaintiff and Google cannot be avoided by less restrictive means than by filing the above-identified Requested Document under seal. Plaintiff will re-file a new and appropriately redacted version of Dkt. 363 from Case Number 20-cv-02862-AKH.

Accordingly, Plaintiff respectfully requests that the Court grant this unopposed motion for the Court to formally seal the following document ("Requested Document"):

- Dkt No. 362 from Case Number 20-cv-02862-AKH.

Dated: August 13, 2025

Respectfully submitted,

/s/ Kevin P. Potere
Aaron W. Davis, Esq. (admitted *Pro Hac Vice*)
VALHALLA LEGAL, PLLC
P.O. Box 735
Custer, SD 57730-0735
Phone: (763) 957-2397
Email: davis@valhallalegal.com

Kevin P. Potere
SKIERMONT DERBY LLP
1601 Elm Street, Suite 4400
Dallas, TX 75201
Tel: 214.978.6600
kpotere@skiermontderby.com

Jacob Ginsburg, Esq.
JACOB GINSBURG, ESQ. PLLC
One Concord Drive
Monsey, NY 10952
Phone: (845) 371-1914
Email: jg@jacobginsburglaw.com

*Attorneys for Plaintiff, Sholem Weisner*

## CERTIFICATE OF SERVICE

      This will certify that a true and accurate copy of the foregoing was filed and served electronically on all counsel of record via the Court's CM/ECF system, on this the 13th day of August, 2025.

                                                */s/ Kevin P. Potere*
                                                *Attorney for Plaintiff, Sholem Weisner*