IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV<br><br>Plaintiff and Involuntary Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>Defendant. | Civil Action No. 20-cv-02862-AKH ("*Weisner I*")<br>Civil Action No. 23-cv-08186-AKH ("*Weisner II*")<br><br>So ordered.<br>/s/ Alvin K. Hellerstein, U.S.D.J.<br>8/15/2025 |

### GOOGLE'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Google LLC ("Google") Motion to File Documents Under Seal and all other pleadings and proceedings in this Action, Google, by and through their counsel, will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an Order directing that Google's unredacted version of its Opposition to Plaintiff's Motion for Summary Judgment on Affirmative Defenses of Inequitable Conduct and Prosecution Laches ("Opposition"), Statement of Undisputed Material Facts In Opposition to Plaintiff's Motion for Summary Judgment on Affirmative Defenses of Inequitable Conduct and Prosecution Laches ("SOF"), Response to Plaintiff Sholem Weisner's Statement of Undisputed Material Facts In Support of Motion for Summary Judgment on Affirmative Defenses of Inequitable Conduct and Prosecution Laches ("Resp. to SOF") and the unredacted versions of Exhibits AD, AF, AG, and AH attached to the Declaration of Karim Z. Oussayef in support of the Opposition be filed and maintained under seal. Redacted versions of Google's Opposition, Statement of Facts, and Resp. to Statement of

1

Facts are also being filed for the public record, to the extent they contain non-confidential information. The basis for this motion is set forth in the accompanying Memorandum of Law.

Case 1:20-cv-02862-AKH   Document 308   Filed 08/15/25   Page 2 of 4

Dated: August 14, 2025

By: /s/ *Karim Z. Oussayef*

Karim Z. Oussayef (NY Bar #4681334)
koussayef@desmaraisllp.com
Jamie L. Kringstein (NY Bar #5318928)
jkringstein@desmaraisllp.com
Ashley DaBiere (NY Bar #6117766)
adabiere@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Michael R. Rhodes (NY Bar #5379961)
mrhodes@desmaraisllp.com
Kevin J. Gu (*pro hac vice*)
kgu@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

*Counsel for Defendant Google, LLC*

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on August 14, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

*/s/ Karim Z. Oussayef*
Karim Z. Oussayef
