UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV )<br>                                        )<br>     Plaintiff and Involuntary Plaintiff    )<br>                                        )<br>v.                                        )<br>                                        )<br>GOOGLE LLC                     )<br>                                        )<br>     Defendant                  )<br>                                        )<br>                                        ) | Case No.: 20-cv-02862-AKH<br>("*Weisner I*")<br>Case No.: 23-cv-08186-AKH<br>("*Weisner II*")<br><br>So ordered.<br>/s/ Alvin K. Hellerstein, U.S.D.J.<br>8/15/2025 |

**PLAINTIFF SHOLEM WEISNER'S
MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL**

     PLEASE TAKE NOTICE that Plaintiff, SHOLEM WEISNER ("Weisner"), by and through its undersigned counsel, respectfully moves, pursuant to the Court's Individual Rule 4.B, for permission to leave to file materials under seal. Specifically, Weisner seeks to file the following materials under seal: Portions of Plaintiff's Response to Google's Rule 56.1 Statement of Facts; Portions of Plaintiff's Memorandum of Law opposing Google's Motion for Summary Judgment; and, Portions of Exhibits 1, 2, and 3 to the Declaration of Aaron W. Davis. As required by Rule 4(B) of the Court's Individual Rules and Practices, each of these exhibits has been contemporaneously filed on ECF under seal.

     Good cause exists to file the entirety or portions of each of these exhibits under seal. The remaining redactions relate to the confidential personal medical information of Plaintiff Weisner.

     Plaintiff has filed redacted versions of the Response to Google's Rule 56.1 Statement of Facts, the Memorandum, and the exhibits on the public docket.

Accordingly, Plaintiff respectfully requests that the Court grant this motion for leave to file Portions of Plaintiff's Response to Google's Rule 56.1 Statement of Facts; Portions of Plaintiff's Memorandum of Law opposing Google's Motion for Summary Judgment; and, Portions of Exhibits 1, 2, and 3 to the Declaration of Aaron W. Davis under seal and in redacted form on the public docket.

Dated: August 14, 2025          Respectfully Submitted:

*/s/ Aaron W. Davis*   .
Aaron W. Davis, Esq. (admitted *Pro Hac Vice*)
VALHALLA LEGAL, PLLC
P.O. Box 735
Custer, SD 57730-0735
Phone: (763) 957-2397
Email: davis@valhallalegal.com

Jacob Ginsburg, Esq.
JACOB GINSBURG, ESQ. PLLC
One Concord Drive
Monsey, NY 10952
Phone: (845) 371-1914
Email: jg@jacobginsburglaw.com

*Attorneys for Plaintiff, Sholem Weisner*

CERTIFICATE OF SERVICE:

This will certify that a true and accurate copy of the foregoing was filed and served electronically on all counsel of record via the Court's CM/ECF system, on this the 14th day of August, 2025.

*/s/ Aaron W. Davis*   .
*Attorney for Plaintiff, Sholem Weisner*