UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
SHOLEM WEISNER and : **ORDER OF REFERENCE TO**
SHMUEL NEMANOV, : **MAGISTRATE JUDGE**
:
    Plaintiff and Involuntary Plaintiff, :
:  20 Civ. 2862 (AKH)
  -against- :
:
:
GOOGLE LLC, :
:
                               Defendant. :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Both parties having moved for summary judgment on the affirmative defenses of inequitable conduct and prosecution laches, *see* ECF Nos. 339 & 342, and the issues being separable from the underlying Complaint, I hereby refer these motions, and any bench trial that may be appropriate, to U.S. Magistrate Judge Valerie Figueredo, for a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B)-(C).

      Oral argument on these motions, previously set for August 27, 2025, and the bench trial, previously set for September 11, 2025, are hereby canceled.

      SO ORDERED.

Dated:    August 26, 2025
            New York, New York

                                                    ALVIN K. HELLERSTEIN
                                                    United States District Judge

1