IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER,<br><br>                    Plaintiff,<br><br>v.<br><br>GOOGLE LLC., and SHMUEL NEMANOV<br><br>                    Defendant. | Civil Action No. 20-cv-02862-AKH<br>Civil Action No. 23-cv-08186-AKH<br><br>**JURY TRIAL DEMANDED** |

**GOOGLE'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Defendant Google LLC ("Google") Motion to File Documents Under Seal and all other pleadings and proceedings in this Action, Google, by and through their counsel, will move this Court at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, NY 10007, on a date and time to be determined by the Court, for an Order directing that Google's unredacted version of its Memorandum of Law in Opposition to Plaintiff's Motion for Reconsideration ("Opposition") be filed and maintained under seal.  Redacted versions of Google's Opposition and certain exhibits are also being filed for the public record, to the extent they contain non-confidential information.  The basis for this motion is set forth in the accompanying Memorandum of Law.

So ordered.
/s/ Alvin K. Hellerstein, U.S.D.J.
8/27/2025

1

Dated: August 26, 2025

By: /s/ Michael R. Rhodes
Karim Z. Oussayef (NY Bar #4681334)
koussayef@desmaraisllp.com
Jamie L. Kringstein (NY Bar #5318928)
jkringstein@desmaraisllp.com
Ashley DaBiere (NY Bar #6117766)
adabiere@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Michael R. Rhodes (NY Bar #5379961)
mrhodes@desmaraisllp.com
Kevin J. Gu (*pro hac vice*)
kgu@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
Tel: (415) 573-1900
Fax: (415) 573-1901

*Counsel for Defendant Google, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was filed electronically on August 26, 2025. As of this date, all counsel of record have consented to electronic service and are being served with a copy of this document through the Court's CM/ECF system.

                                        */s/ Michael R. Rhodes*
                                        Michael R. Rhodes