UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV ) <br> ) <br> Plaintiff and Involuntary Plaintiff ) <br> ) <br> v. ) <br> ) <br> GOOGLE LLC ) <br> ) <br> Defendant ) <br> ) <br> ) | Case No.: 20-cv-02862-AKH <br> ("*Weisner I*") <br> Case No.: 23-cv-08186-AKH <br> ("*Weisner II*") <br><br> So ordered. <br> /s/ Alvin K. Hellerstein, U.S.D.J. <br> 8/28/25 |

**PLAINTIFF SHOLEM WEISNER'S
MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiff, SHOLEM WEISNER ("Weisner"), by and through its undersigned counsel, respectfully moves, pursuant to the Court's Individual Rule 4.B, for permission to leave to file materials under seal. Specifically, Weisner seeks to file portions of Plaintiff's Reply Memorandum of Law in Support of Motion for Reconsideration. As required by Rule 4(B) of the Court's Individual Rules and Practices, the Reply Memorandum has been contemporaneously filed on ECF under seal.

Good cause exists to file portions of the Reply Memorandum under seal, as the redactions relate to the highly confidential revenue and other financial information of Defendant Google LLC that was designated HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY by Google under the Protective Order (ECF 155). Plaintiff has filed a redacted version of his Reply Memorandum on the public docket as well.

Accordingly, Plaintiff respectfully requests that the Court grant this motion for leave to file portions of Plaintiff's Reply Memorandum of Law in Support of Motion for Reconsideration, under seal and in redacted form on the public docket.

Dated: August 27, 2025               Respectfully Submitted:

                                              */s/ Aaron W. Davis*       .
Aaron W. Davis, Esq. (admitted *Pro Hac Vice*)
VALHALLA LEGAL, PLLC
P.O. Box 735
Custer, SD 57730-0735
Phone: (763) 957-2397
Email: davis@valhallalegal.com

Jacob Ginsburg, Esq.
JACOB GINSBURG, ESQ. PLLC
One Concord Drive
Monsey, NY 10952
Phone: (845) 371-1914
Email: jg@jacobginsburglaw.com

*Attorneys for Plaintiff, Sholem Weisner*

CERTIFICATE OF SERVICE:

This will certify that a true and accurate copy of the foregoing was filed and served electronically on all counsel of record via the Court's CM/ECF system, on this the 27th day of August, 2025.

                                              */s/ Aaron W. Davis*      .
*Attorney for Plaintiff, Sholem Weisner*