**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV ) | |
| ) | Case No.: 20-cv-02862-AKH |
| Plaintiff and Involuntary Plaintiff ) | ("*Weisner I*") |
| ) | Case No.: 23-cv-08186-AKH |
| v. ) | ("*Weisner II*") |
| ) | |
| GOOGLE LLC ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |

---

**NOTICE OF PLAINTIFF'S EMERGENCY MOTION AND MOTION TO VACATE BENCH TRIAL WITH MAGISTRATE JUDGE, OR ALTERANTIVELY, TO STAY THE BENCH TRIAL**

---

PLEASE TAKE NOTICE that Plaintiff Sholem Weisner ("Plaintiff"), by and through counsel, hereby respectfully moves for the Court to vacate the bench trial with the Magistrate Judge on Google's affirmative defenses of inequitable conduct and prosecution laches, or alternatively that the bench trial be stayed, and for other specific relief enumerated in the accompanying Memorandum. The grounds for this emergency motion are set forth in Plaintiff's Memorandum of Law in Support of his Emergency Motion, the Declaration of Attorney Aaron W. Davis, and the accompanying exhibits listed in the Declaration of Attorney Aaron W. Davis.

Plaintiff respectfully requests that this Court issue the following order:

(1) Vacating the Magistrate Judge's Order (ECF 409) setting a bench trial on Google's Affirmative Defenses, or alternatively staying the bench trial;

(2) Ordering that the Magistrate Judge's Report and Recommendation be promptly issued so that the parties can proceed with filing their objections and responses, pursuant to Fed. R. Civ. P. 72(b);

(3)(a) Ordering that Plaintiff will be granted his right to a jury trial on all issues of fact, including those related to Google's Affiramtive Defenses, during the February 2, 2026, trial ("Jury Trial"), with the jury finding the facts and Judge Hellerstein making the equitable determinations on Google's Affirmative Defenses in a post-trial opinion, thus mooting the need for any separate bench trial; **or**

(4) In the event the Court denies the request to vacate the bench trial with the Magistrate Judge, then and in that event ordering a stay of all proceedings <u>related to the bench trial only</u> pending the outcome of an appeal process, as Plaintiff intends to file a Petition for Writ of Mandamus on these important Constitutional—and statutory-right issues—to the appropriate appellate court. The jury trial set to begin February 2, 2026, would proceed as scheduled.

Dated: September 29, 2025                     Respectfully Submitted,


                                              */s/ Aaron W. Davis                    .*
                                              Aaron W. Davis, Esq. (admitted *Pro Hac Vice*)
                                              VALHALLA LEGAL, PLLC
                                              P.O. Box 735
                                              Custer, SD 57730-0735
                                              Phone: (763) 957-2397
                                              Email: davis@valhallalegal.com

                                              Jacob Ginsburg, Esq.
                                              JACOB GINSBURG, ESQ. PLLC
                                              One Concord Drive
                                              Monsey, NY 10952
                                              Phone: (845) 371-1914
                                              Email: jg@jacobginsburglaw.com

                                              *Attorneys for Plaintiff Sholem Weisner*

**CERTIFICATE OF SERVICE:**

This will certify that a true and accurate copy of the foregoing was filed and served electronically on all counsel of record via the Court's CM/ECF system, on this the 29th day of September, 2025.

*/s/ Aaron W. Davis* .
*Attorney for Plaintiff, Sholem Weisner*
