UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHOLEM WEISNER and SHMUEL NEMANOV,

        Plaintiff and Involuntary Plaintiff,      20-cv-02862 (AKH) (VF)

-against-      23-cv-08186 (AKH) (VF)

GOOGLE LLC,      **ORDER**

        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

    Defendant's response to Plaintiffs' motion at ECF No. 424 is due on or before **October 17, 2025 at 12:00 p.m.**

    **SO ORDERED.**

DATED:    New York, New York
          October 14, 2025

_____
VALERIE FIGUEREDO
United States Magistrate Judge