UNITED STATES DISTRICY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV )<br>)<br>Plaintiff and Involuntary Plaintiff )<br>)<br>v. )<br>)<br>GOOGLE LLC )<br>)<br>Defendant )<br>)<br>) | Case No.: 20-cv-02862-AKH<br>("*Weisner I*")<br>Case No.: 23-cv-08186-AKH<br>("*Weisner II*") |

**PLAINTIFF SHOLEM WEISNER'S
MOTION FOR LEAVE TO FILE
DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiff, SHOLEM WEISNER ("Weisner"), by and through its undersigned counsel, respectfully moves, pursuant to the Court's Individual Rule 4.B, for permission to leave to file materials under seal. Specifically, Weisner seeks to file the following materials under seal: portions of his Objections to the Opinion Testimony of Robert Stoll and all the Report of Robert Stoll as an attachment to Plaintiff's Objections. As required by Rule 4(B) of the Court's Individual Rules and Practices, each of these documents has been contemporaneously filed on ECF under seal.

Good cause exists to file the entirety or portions of each of these exhibits under seal. The redactions relate to the highly confidential, personal medical information of Plaintiff Weisner.

Plaintiff has filed redacted versions of his Objections to the Opinion Testimony of Robert Stoll and all the Report of Robert Stoll as an attachment to Plaintiff's Objections on the public docket.

Accordingly, Plaintiff respectfully requests that the Court grant this motion for leave to file under seal portions of his Objections to the Opinion Testimony and all the Report of Robert Stoll as an attachment to Plaintiff's Objections and file those documents in redacted form on the public docket.

Dated: October 13, 2025

Respectfully Submitted:

/s/ Aaron W. Davis                .
Aaron W. Davis, Esq. (admitted *Pro Hac Vice*)
VALHALLA LEGAL, PLLC
P.O. Box 735
Custer, SD 57730-0735
Phone: (763) 957-2397
Email: davis@valhallalegal.com

Jacob Ginsburg, Esq.
JACOB GINSBURG, ESQ. PLLC
One Concord Drive
Monsey, NY 10952
Phone: (845) 371-1914
Email: jg@jacobginsburglaw.com

*Attorneys for Plaintiff, Sholem Weisner*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

Dated: October 14, 2025

The motion to seal is GRANTED as similar information has been sealed. See, e.g., ECF No. 375. The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 423.

CERTIFICATE OF SERVICE:

This will certify that a true and accurate copy of the foregoing was filed and served electronically on all counsel of record via the Court's CM/ECF system, on this the 13th day of October, 2025.

/s/ Aaron W. Davis                .
*Attorney for Plaintiff, Sholem Weisner*

2