UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHOLEM WEISNER and SHMUEL NEMANOV,

        Plaintiff and Involuntary Plaintiff,      20-cv-02862 (AKH) (VF)

      -against-      23-cv-08186 (AKH) (VF)

GOOGLE LLC,      **ORDER**

        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO,** United States Magistrate Judge.

    By **October 17, 2025 at 12:00 p.m.**, the parties are directed to provide the Court two copies of binders (with a copy to their adversary) of the following:

    i.    a copy of each of the party's proposed exhibits, ordered sequentially;

    ii.    following the exhibits, a copy of any deposition testimony the party intends to offer in its case in chief (<u>i.e.</u>, not for impeachment); and

    iii.    copies of any charts or other demonstrative evidence the party intends to display at trial. If a document is too bulky to be placed into the binder, it may be submitted separately in an unsealed envelope or redweld marked with the exhibit number, or on a disk.

The parties shall add page numbers to any exhibit of more than five pages that does not already contain page numbers.

**SO ORDERED.**

DATED:    New York, New York
              October 15, 2025

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge