UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SHOLEM WEISNER and SHMUEL NEMANOV,

        Plaintiff and Involuntary Plaintiff,      20-cv-02862 (AKH) (VF)

        -against-      23-cv-08186 (AKH) (VF)

GOOGLE LLC,      **ORDER**

        Defendant.
-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

A conference in this matter is scheduled for **Friday, October 17, at 3 p.m.** The parties are directed to call Judge Figueredo's conference line at the scheduled time. Please dial **(646) 453-4442**, pass code **[733 839 998#]**.

Counsel for the parties, as well as Plaintiff Sholem Weisner, are directed to attend.

**SO ORDERED.**

DATED:    New York, New York
             October 16, 2025

                                                                             VALERIE FIGUEREDO
                                                                             United States Magistrate Judge