UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
:
SHOLEM WEISNER and : **ORDER DENYING**
SHMUEL NEMANOV, : **PLAINTIFF'S MOTION TO**
: **VACATE OCTOBER 21-23,**
Plaintiff and Involuntary Plaintiff, : **2025 PROCEEDINGS BEFORE**
: **MAGISTRATE JUDGE**
-against- :
:
:
GOOGLE LLC, : 20 Civ. 2862 (AKH) (VF)
:
Defendant. :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiff Sholem Weisner moves, on an "emergency" basis, to vacate the proceedings scheduled for October 21-23, 2025 before U.S. Magistrate Judge Valerie Figueredo. Plaintiff cites the Federal Circuit's decision denying Plaintiff's petition for mandamus as the basis for its motion. *See* ECF No. 433.

Plaintiff's motion is an attempt to relitigate the same issue I addressed in my opinion and order on October 1, 2025. ECF No. 414. Nothing in the Federal Circuit's decision undermines my prior opinion. I have read the case cited by the Federal Circuit, *Beazer East, Inc. v. Mead Corp.*, 412 F.3d 429, 439 (3d Cir. 2005). *Beazer* is distinguishable because it involved an equitable allocation proceeding, which the Third Circuit determined was not a pretrial matter under 28 U.S.C. § 636(b)(1), while here the hearing relates to a summary judgment motion on certain of Google's affirmative defenses. *Id.* at 438-440. Therefore, *Beazer* does not change the sufficiency of the basis for my referral to the magistrate judge.

As I stated earlier, 28 U.S.C. § 636(b)(1) allows me to refer the matter to a magistrate judge for a report and recommendation. Accordingly, Magistrate Judge Figueredo shall proceed as scheduled on October 21-23, 2025.

Thus, for the reasons stated in this and my October 1, 2025 opinion, Plaintiff's motion is DENIED.

The Clerk of Court shall terminate ECF No. 435.

SO ORDERED.

Dated: October 17, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2