IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV,<br><br>         Plaintiff and Involuntary Plaintiff,<br><br>         v.<br><br>GOOGLE LLC,<br><br>         Defendant | Civil Action No. 20-cv-02862-AKH<br>("*Weisner I*")<br>Civil Action No. 23-cv-08186-AKH<br>("*Weisner II*")<br><br>Hon. Alvin K. Hellerstein |

## ORDER GRANTING GOOGLE'S MOTION TO COMPEL MR. SHMUEL NEMANOV'S APPEARANCE AT THE INEQUITABLE CONDUCT BENCH TRIAL

Upon Defendant Google LLC's ("Google") Motion to Compel Mr. Shmuel Nemanov's Appearance at the Inequitable Conduct Bench Trial ("Motion"), with proper notice having been provided, the Court having reviewed all submissions in connection with this motion, and the Court having jurisdiction, it is hereby:

ORDERED that Google's Motion is GRANTED;

ORDERED that **Mr. Nemanov shall appear at the Court's bench trial on inequitable conduct on February 2, 2026, starting at 10 A.M.; February 3, 2026, starting at 10:30 A.M.; and February 9, 2026, starting at 10:00 A.M.** at Courtroom 14-D, 500 Pearl Street, New York, New York; and

ORDERED that Google is permitted to serve both this order and a trial subpoena on Mr. Nemanov via his e-mail addresses, snemanov@gmail.com and shmuel.nemanov@icloud.com.

Dated: January 29, 2026

_____
Hon. Alvin K. Hellerstein