UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ x

SHOLEM WEISNER and SHMUEL NEMANOV,                :
                                             :

                    Plaintiff and : **ORDER**
           Involuntary Plaintiff, :

    -against-                            : 20 Civ. 2862 (AKH)
                                              :
                                              :

GOOGLE LLC.                                       :

                                Defendant. :

------------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       In response to Plaintiff Weisner's request, the three emails that I have received from Involuntary Plaintiff Shmuel Nemanov will be filed to the docket, and the Clerk of Court will accept them.  The Clerk of Court shall terminate ECF No. 508.

            SO ORDERED.

Dated:         February 20, 2026               _____/s/ Alvin Hellerstein_____
                  New York, New York            ALVIN K. HELLERSTEIN
                                                United States District Judge