IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV, <br><br> Plaintiff and Involuntary Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant | Civil Action No. 20-cv-02862-AKH ("*Weisner I*") <br><br> Civil Action No. 23-cv-08186-AKH ("*Weisner II*") |

## GOOGLE'S MOTION FOR ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(d), Plaintiff Google LLC ("Google") requests that this Court "promptly approve" and enter judgment in favor of Google, based on the Court's order of February 12, 2026 (Trial Transcript at 425:13-23).[1] *See* Fed. R. Civ. P. 58(a) ("Every judgment and amended judgment must be set out in a separate document."). A proposed form of judgment is attached. *See* Fed. R. Civ. P. 58(b)(2).

## CONCLUSION

Google respectfully requests that this Court promptly enter judgment in substantially the form enclosed.

---

[1] Certain other deadlines are triggered "after the entry of judgment," including motions for attorneys fees under Fed. R. Civ. P. 54(d)(2)(B), motions to amend or make additional findings under Fed. R. Civ. P. 52(b), and a bill of costs under Local Civil Rule 54.1(a).

Dated: February 25, 2026

By:

Respectfully submitted,

*/s/ Karim Z. Oussayef*

Karim Z. Oussayef (NY Bar #4681334)
koussayef@desmaraisllp.com
Jamie L. Kringstein (NY Bar #5318928)
jkringstein@desmaraisllp.com
Ashley DaBiere (NY Bar #6117766)
adabiere@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY  10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Michael R. Rhodes (NY Bar #5379961)
mrhodes@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA  94111
Tel: (415) 573-1900
Fax: (415) 573-1901

*Counsel for Defendant Google LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2026, I electronically filed a true and correct copy of the foregoing with the Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

Dated: February 25, 2026            By:    */s/ Karim Z. Oussayef*
                                                Karim Z. Oussayef (NY Bar #4681334)
                                                **DESMARAIS LLP**
                                                230 Park Avenue, 26th Floor
                                                New York, NY 10169
                                                Tel: (212) 351-3400
                                                Fax: (212) 351-3401
                                                Email: koussayef@desmaraisllp.com

                                                *Counsel for Defendant Google LLC*