UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Sholem Weisner, et al.,

                       Plaintiffs,                    20 CIVIL 2862 (AKH)

      -against-                                    **JUDGMENT**

Google LLC,

                       Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** The Court decides in favor of the defendant. The Complaint is hereby dismissed.

DATED: New York, New York
             February 26, 2026

                                                                                 TAMMI M. HELLWIG

So Ordered:                                                    **Clerk of Court**

                                                         BY:    K. Mango

    **USDJ**                                                                **Deputy Clerk**