**IN UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV<br><br>        Plaintiff and Involuntary Plaintiff,<br><br>v.<br><br>GOOGLE LLC<br><br>        Defendant. | Civil Action No. 20-cv-02862-AKH ("*Weisner I*")<br>Civil Action No. 23-cv-08186-AKH ("*Weisner II*")<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT GOOGLE LLC'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO WITHDRAW JAMIE L. KRINGSTEIN AS COUNSEL**

Pursuant to Local Civil Rule 1.4, Defendant Google LLC ("Google") submits this Memorandum of Law in Support of its Motion to Withdraw Jamie L. Kringstein as Counsel for Defendant Google LLC in this case because Ms. Kringstein will be on secondment and not associated with the law firm of Desmarais LLP starting on April 13, 2026.  Ms. Kringstein also requests that she be removed from the CM/ECF noticing list and any other service lists in the above captioned case.

No other changes are required regarding other attorneys at Desmarais LLP, and it shall continue acting as counsel of record for Google.

Google does not expect that withdrawal of Ms. Kringstein will cause any disruption in this matter, and Ms. Kringstein is not asserting a retaining or charging lien.

        **So ordered.**

        **/s/ Alvin K. Hellerstein**
        **U.S.D.J.**
        **April 13, 2026**

1

Dated: April 10, 2026

By:

*/s/ Karim Z. Oussayef*

Karim Z. Oussayef (NY Bar #4681334)
koussayef@desmaraisllp.com
Jamie L. Kringstein (NY Bar #5318928)
jkringstein@desmaraisllp.com
Ashley DaBiere (NY Bar #6117766)
adabiere@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY  10169
Tel: (212) 351-3400
Fax: (212) 351-3401

Michael R. Rhodes (NY Bar #5379961)
mrhodes@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA  94111
Tel: (415) 573-1900
Fax: (415) 573-1901

*Counsel for Defendant Google, LLC*

2