UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                                     :

SHOLEM WEISNER, et al.,                   :

                              Plaintiffs, :

       -against-                     :

GOOGLE LLC,                           :

                           Defendant. :

------------------------------------------------------------- x

**AMENDED JUDGMENT**

20 Civ. 2862 (AKH)
23 Civ. 8186 (AKH)

It is hereby **ORDERED, ADJUDGED AND DECREED**: The Court decides in favor of the defendant. The Complaint is hereby dismissed.

**DATED**: New York, New York

        May 14, 2026

SO ORDERED.

_____
ALVIN K. HELLERSTEIN
United States District Judge

1