# DESMARAIS LLP

www.desmaraisllp.com

NEW YORK

SAN FRANCISCO

WASHINGTON, DC

Karim Z. Oussayef
New York
Direct: 212-351-3427
koussayef@desmaraisllp.com

May 26, 2026

**Via ECF and Facsimile**

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312
Fax: 212-805-7942

**So ordered.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**May 27, 2026**

Re:    *Weisner v. Google LLC*, Civil Action No. 20-cv-2862-AKH ("*Weisner I*");
       *Weisner v. Google LLC, et al.*, Civil Action No. 23-cv-8186-AKH
       ("*Weisner II*")

Dear Judge Hellerstein:

Pursuant to Federal Rule of Civil Procedure 16(b)(4), Local Civil Rule 7.1(e), and Section 1(D) of Your Honor's Individual Rules, Defendant Google LLC ("Google") respectfully seeks a one-week extension to reply to Plaintiff Sholem Weisner's Opposition To Google's Motion For Attorneys' Fees Under 35 U.S.C. § 285 (*Weisner I*, Dkt. 541). Pursuant to Local Civil Rule 6.1(b)(3), the current deadline for Google to reply is May 28, 2026. Accordingly, Google seeks an extension up to and including June 4, 2026. Google seeks this extension to account for the Memorial Day holiday. This is the first time Google has requested an extension of time for its reply to Mr. Weisner's opposition. Mr. Weisner was previously granted an extension to his opposition to Google's opening motion for attorney's fees. Dkt. 526.

On May 22, 2026 and May 25, 2026, Google's counsel informed Plaintiff's counsel via email that it sought a one-week extension in light of the upcoming Memorial Day holiday and asked if Plaintiff's counsel opposed. Plaintiff's counsel never responded to either of Google's inquiries. The proposed extension will not affect any remaining dates in the current schedule.

Very truly yours,

*/s/ Karim Z. Oussayef*

Karim Z. Oussayef for Defendant Google LLC