**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV )<br><br>        Plaintiff and Involuntary Plaintiff  )<br><br>    v.  )<br><br>GOOGLE LLC  )<br><br>        Defendant  ) | Case No.: 20-cv-02862-AKH<br>("*Weisner I*")<br>Case No.: 23-cv-08186-AKH<br>("*Weisner II*")<br><br>**ORDER GRANTING LEAVE TO FILE DOCUMENT UNDER SEAL** |

ALVIN K. HELLERSTEIN, U.S.D.J.:

Plaintiff's Motion for Leave to file a document under seal in Opposition to Google's Motion for Attorneys' Fees Under 35 U.S.C. § 285 is GRANTED. The Court finds that there is good cause for Plaintiff to be allowed to file partially under seal: Plaintiff Sholem Weisner's Memorandum of Law in Opposition to Google's Motion for Attorneys' Fees Under 35 U.S.C. § 285.

SO ORDERED.

Dated: ___May 27___, 2026

_____
ALVIN K. HELLERSTEIN
United States District Judge