## IN UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHOLEM WEISNER and SHMUEL NEMANOV<br><br>       Plaintiff and Involuntary Plaintiff,<br><br>       v.<br><br>GOOGLE LLC<br><br>       Defendant. | Civil Action No. 20-cv-02862-AKH<br>("*Weisner I*")<br>Civil Action No. 23-cv-08186-AKH<br>("*Weisner II*")<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING GOOGLE'S MOTION TO SEAL

Having considered Google's Motion to File Under Seal, and good cause appearing therefore, Google may file the following documents under seal:

1.     Google's unredacted Motion for Attorneys' Fees; and

2.     Exhibits 2 through 4 to the Declaration of K. Oussayef In Support of Google's Motion for Attorneys' Fees.

IT IS SO ORDERED.

DATED: 6/2/2026

_____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

1